# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ROBERT MICHAEL MILLER

    *Plaintiff-Appellant*,

v.                                  No. 23-1604

MERRICK B. GARLAND, *et al.*,

    *Defendant-Appellee.*

_____

## MOTION FOR EXTENSION OF TIME
## FOR APPELLEE TO FILE FORMAL BRIEF

Pursuant to Fourth Circuit Rules 31(c) and 34(b) as well as Rule 26(b) of the Federal Rules of Appellate Procedure, the government hereby respectfully moves for leave to file a formal brief as well as an extension of time, to and including Monday, October 30, 2023, to file its brief in the above-captioned appeal. Pro se plaintiff consents to this motion.

1. This appeal arises out of a challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF): *Factoring Criteria for Firearms with Attached "Stabilizing Braces,"* 88 Fed. Reg. 6478 (Jan. 31, 2023). The rule interprets the National Firearms Act of 1934 (NFA), 26 U.S.C. § 5801 *et seq.*, which regulates, among other firearms, short-barreled rifles. The Act requires that these short-barreled rifles be taxed and registered. *See, e.g.*, 26 U.S.C. §§ 5801-5802. The rule explains when

a firearm qualifies as a rifle in circumstances where the firearm includes a rearward attachment marketed as a "stabilizing brace." *See* 88 Fed. Reg. 6478.

2. This appeal has been set on an informal briefing schedule. *See* Dkt. No. 2-1. Under that schedule, the parties may file a formal brief only by permission of the Court, and appellee has 14 days to file a response brief. *See* Fourth Cir. R. 34(b).

3. The government seeks leave to file a formal brief. Plaintiff argues that the agency's rule violates the Administrative Procedure Act (APA), the National Firearms Act (NFA), and the Second Amendment, among other things. These challenges raise administrative and constitutional questions that are being litigated in courts across the country. *See, e.g.*, *Mock v. Garland*, No. 23-10319 (5th Cir.); *Firearms Regulatory Accountability Coal., Inc. v. Garland*, No. 1:23-CV-24 (D.N.D.); *Colon v. ATF*, No. 8:23-CV-223 (M.D. Fla.). Under these circumstances, the government believes a formal brief would be most useful to the Court.

4. In addition, the government respectfully requests an extension of time to file a response brief to Monday, October 30, 2023. Plaintiff filed his informal opening brief on August 29. Under the informal briefing schedule currently in place, a response brief is currently due on September 12; under the usual formal briefing schedule, a response brief would be due September 28. In either event, the government respectfully requests an extension until Monday, October 30, which would constitute a 45-day extension under the informal schedule or a 30-day

2

extension under the usual formal schedule. The government has not previously sought or received any extension of time to file its brief.

The extension of time is necessary to allow appellate counsel adequate time to prepare the government's response and to coordinate with agency counsel, in light of other appellate deadlines and preplanned leave. Sean R. Janda is the attorney with principal responsibility for preparing the government's brief in this case. Mr. Janda will be on preplanned leave from September 16 through September 28. In addition, he has recently been occupied with pressing deadlines in a number of other matters, including *VanDerStok v. Garland*, No. 23-10718 (5th Cir.) (oral argument scheduled for Sept. 7, 2023); *East Bay Sanctuary Covenant v. Garland*, No. 23-16032 (9th Cir.) (opening brief due Sept. 7, 2023; reply brief due Oct. 12, 2023); *Harrington v. Purdue Pharma*, No. 23-124 (S. Ct.) (opening brief due Sept. 20, 2023); and a number of additional internal matters.

Ben Lewis is also an attorney with principal responsibility for preparing the government's brief in this case. In addition to this appeal, Mr. Lewis is responsible for drafting briefs in the following cases: *Poling v. Kijakazi*, No. 23-5209 (S. Ct.) (brief in opposition due Sept. 25, 2023); *DeWilde v. United States Att'y Gen.*, 23-8054 (10th Cir.) (response brief currently due Oct. 13, 2023). Mr. Lewis is also scheduled to present oral argument in the following cases: *Nevada Chapter of the Associated General Contractors of America v. Walsh*, No. 22-16544 (9th Cir.) (oral argument scheduled for

3

Oct. 5, 2023); *Orlandi v. Nolen*, No. 22-1269 (D.C. Cir.) (oral argument scheduled for Oct. 12, 2023).

Abby C. Wright, the attorney with review responsibility over this case, is responsible for reviewing the following cases: *Kaweah Delta Health Care District v. Becerra*, No. 23-55157 (9th Cir.) (cross-appeal brief due Sept. 1, 2023); *Rivera-Fuentes v. Kijakazi*, No. 23-1151 (1st Cir.) (response brief due Sept. 5, 2023); *Kent v. Bureau of Indian Affairs*, No. 22-70013 (9th Cir.) (response brief due Sept. 25, 2023); *Stirling v. Salazar*, No. 23-35059 (9th Cir.) (response brief currently due Sept. 28, 2023). She is also responsible for overseeing oral argument preparation in the following cases: *VanDerStok v. Garland*, No. 22-11071 (5th Cir.) (oral argument scheduled for Sept. 7, 2023); *Collins v. Yellen*, No. 22-20632 (5th Cir.) (oral argument scheduled for Sept. 8, 2023); *Fejes v. Federal Aviation Administration* (9th Cir.) (oral argument scheduled for Sept. 12, 2023); *Carpenter v. Vilsack*, No. 22-8079 (10th Cir.) (oral argument scheduled for Sept. 13, 2023); *W.J. v. Secretary of Health and Human Services*, No. 22-2119 (Fed. Cir.) (oral argument scheduled for Sept. 26, 2023); *Row 1 Inc. v HHS*, No. 23-5020 (D.C. Cir.) (oral argument scheduled Oct. 6, 2023); *Orlandi v. Nolen*, No. 22-1269 (D.C. Cir.) (oral argument scheduled for Oct. 12, 2023); *Sandpaper Residents Association v. HUD*, No. 22-5334 (D.C. Cir.) (oral argument scheduled for Oct. 17, 2023).

The requested extension will not delay the resolution of this case, and counsel will exercise diligence in preparing the brief within the time requested. Plaintiff consents to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court grant the government leave to file a formal brief and an extension of time to Monday, October 30, 2023, in which to file that brief.

Respectfully submitted,

ABBY C. WRIGHT
SEAN R. JANDA
<u>s/ Ben Lewis</u>
BEN LEWIS
   (202) 514-2494
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., NW, Rm. 7250*
   *Washington, DC 20530*

SEPTEMBER 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users or have consented to electronic notification and that service will be accomplished by the CM/ECF system.

*s/ Ben Lewis*
BEN LEWIS

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface requirements of Rule 32(a)(5) because it uses Garamond, a proportionally spaced font, in 14-point font. It complies with Rule 32(a)(6) because it is set in a plain, roman style. It complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 956 words.

*s/ Ben Lewis*
BEN LEWIS
