FILED: September 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1604
(1:23-cv-00195-RDA-JFA)

_____

ROBERT MICHAEL MILLER

      Plaintiff - Appellant

v.

MERRICK B. GARLAND, U.S. Attorney General, U.S. Department of Justice; STEVEN DETTELBACH, Director, Bureau of Alcohol Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

      Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to file a formal brief and an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 10/30/2023

    Any reply brief: 21 days from service of response brief.

                                   For the Court--By Direction

                                   /s/ Nwamaka Anowi, Clerk