No. 23-1604

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

ROBERT MILLER,

Plaintiff-Appellant,

v.

MERRICK B. GARLAND, U.S. Attorney General, U.S. Department of Justice; STEVEN MICHAEL DETTELBACH, Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendants-Appellees.

_____

On Appeal from the United States District Court
for the Eastern District of Virginia

_____

**ADDENDUM FOR APPELLEES**

_____

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

JESSICA D. ABER
  *United States Attorney*

ABBY C. WRIGHT
SEAN R. JANDA
BEN LEWIS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7250*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-2494*

**ADDENDUM**

# TABLE OF CONTENTS

**Statutes:**

The National Firearms Act of 1934
    26 U.S.C. § 5801 ................................................................... 1
    26 U.S.C. § 5811 ................................................................... 2
    26 U.S.C. § 5812 ................................................................... 3
    26 U.S.C. § 5821 ................................................................... 4
    26 U.S.C. § 5822 ................................................................... 5
    26 U.S.C. § 5841 ................................................................... 6
    26 U.S.C. § 5845 ................................................................... 7

Other Provisions of Title 26 of the U.S. Code
    26 U.S.C. § 7801 ................................................................... 9

**Regulations:**

27 C.F.R. Ch. II, Subch. B, pt. 478, Subpart B—Definitions
    27 C.F.R. § 478.11 ............................................................. 10

27 C.F.R. Ch. II, Subch. B, Pt. 479, Subpart B—Definitions
    27 C.F.R. § 479.11 ............................................................. 11

**Historical Laws:**

Virginia (1631),
    Act of Mar. 2, 1631, act LVI, 1631 Va. Acts 1, 174-175 ..................................... 12
Massachusetts (1651),
    Colonial Laws of Massachusetts Reprinted from the Edition of 1672, at
    1, 125-126 (1890) ............................................................. 15
Rhode Island (1667),
    *Records of the Colony of Rhode Island and Providence Plantations, In New*
    *England*, 2:196 (John Russell Bartlett, ed., Providence: A. Crawford
    Greene and Brother vol. 2, 1857) ............................................................. 18
South Carolina (1747),
    "An Act for the better regulating of the Militia of this Province," 1747,
    McCord, *Statutes at Large*, 9:645-663 .................................................... 20
Connecticut (1775),
    The Public Records of the Colony of Connecticut 190-192 (1890) ................. 39

Massachusetts (1775),
  1775-1776 Mass. Acts 15-22................................................................43
New York (1778),
  Laws of the State of New York, Vol. I, 62-71 (1886) ..........................51
New Jersey (1781),
  Act of Jan. 8, 1781, ch. XII, § 13, 1781 N.J. Laws 39-54....................62
Massachusetts (1805),
  General Laws of Massachusetts, Vol. II, 105-108 (1823) ...................78
Massachusetts (1809),
  General Laws of Massachusetts, Vol. II, 198-200 (1823) ...................81
New Hampshire (1820),
  Laws of the State of New Hampshire; with the Constitutions of the
  United States and of the State Prefixed 276-278 (1830) ....................85
Maine (1821),
  Laws of the State of Maine 546 (1830)................................................89
Mississippi (1844),
  Act of Feb. 24, 1844, ch. 1, § 1, 1844 Miss. Laws 57-59....................91
North Carolina (1857),
  Revenue, ch. 34, § 23(4), 1857 N.C. Sess. Laws 28-29, 33-34............94
Georgia (1866),
  County Bonds, Taxes, Etc. tit. VI, 1866 Ga. Laws 27-28...................99
Alabama (1867),
  Joseph Abram Walker, The Revised Code of Alabama 167-169 § 10,
  (Reid & Screws, State Printers, 1867) ..............................................102
Mississippi (1867),
  Act of Feb. 21, 1867, ch. CCCXVII, §§ 1-8, 1867 Miss. Laws 412-414 ..........106

**Add.1**

## The National Firearms Act of 1934

**26 U.S.C. § 5801**

**§ 5801. Imposition of tax**

**(a) General rule.**—On 1st engaging in business and thereafter on or before July 1 of each year, every importer, manufacturer, and dealer in firearms shall pay a special (occupational) tax for each place of business at the following rates:

    **(1)** Importers and manufacturers: $1,000 a year or fraction thereof.

    **(2)** Dealers: $500 a year or fraction thereof.

**(b) Reduced rates of tax for small importers and manufacturers.—**

    **(1) In general.**—Paragraph (1) of subsection (a) shall be applied by substituting "$500" for "$1,000" with respect to any taxpayer the gross receipts of which (for the most recent taxable year ending before the 1st day of the taxable period to which the tax imposed by subsection (a) relates) are less than $500,000.

    **(2) Controlled group rules.**—All persons treated as 1 taxpayer under section 5061I(3) shall be treated as 1 taxpayer for purposes of paragraph (1).

    **(3) Certain rules to apply.**—For purposes of paragraph (1), rules similar to the rules of subparagraphs (B) and (C) of section 448(c)(3) shall apply.

Add.2

**26 U.S.C. § 5811**

**§ 5811. Transfer tax**

**(a) Rate.**—There shall be levied, collected, and paid on firearms transferred a tax at the rate of $200 for each firearm transferred, except, the transfer tax on any firearm classified as any other weapon under section 5845I shall be at the rate of $5 for each such firearm transferred.

**(b) By whom paid.**—The tax imposed by subsection (a) of this section shall be paid by the transferor.

**(c) Payment.**—The tax imposed by subsection (a) of this section shall be payable by the appropriate stamps prescribed for payment by the Secretary.

**Add.3**

**26 U.S.C. § 5812**

**§ 5812. Transfers**

**(a) Application.**—A firearm shall not be transferred unless (1) the transferor of the firearm has filed with the Secretary a written application, in duplicate, for the transfer and registration of the firearm to the transferee on the application form prescribed by the Secretary; (2) any tax payable on the transfer is paid as evidenced by the proper stamp affixed to the original application form; (3) the transferee is identified in the application form in such manner as the Secretary may by regulations prescribe, except that, if such person is an individual, the identification must include his fingerprints and his photograph; (4) the transferor of the firearm is identified in the application form in such manner as the Secretary may by regulations prescribe; (5) the firearm is identified in the application form in such manner as the Secretary may by regulations prescribe; and (6) the application form shows that the Secretary has approved the transfer and the registration of the firearm to the transferee. Applications shall be denied if the transfer, receipt, or possession of the firearm would place the transferee in violation of law.

**(b) Transfer of possession.**—The transferee of a firearm shall not take possession of the firearm unless the Secretary has approved the transfer and registration of the firearm to the transferee as required by subsection (a) of this section.

**Add.4**

**5 U.S.C. § 5821**

**§ 5821. Making tax**

**(a) Rate.**—There shall be levied, collected, and paid upon the making of a firearm a tax at the rate of $200 for each firearm made.

**(b) By whom paid.**—The tax imposed by subsection (a) of this section shall be paid by the person making the firearm.

**(c) Payment.**—The tax imposed by subsection (a) of this section shall be payable by the stamp prescribed for payment by the Secretary.

**26 U.S.C. § 5822**

**§ 5822. Making**

No person shall make a firearm unless he has (a) filed with the Secretary a written application, in duplicate, to make and register the firearm on the form prescribed by the Secretary; (b) paid any tax payable on the making and such payment is evidenced by the proper stamp affixed to the original application form; (c) identified the firearm to be made in the application form in such manner as the Secretary may by regulations prescribe; (d) identified himself in the application form in such manner as the Secretary may by regulations prescribe, except that, if such person is an individual, the identification must include his fingerprints and his photograph; and (e) obtained the approval of the Secretary to make and register the firearm and the application form shows such approval. Applications shall be denied if the making or possession of the firearm would place the person making the firearm in violation of law.

**26 U.S.C. § 5841**

**§ 5841. Registration of firearms**

**(a) Central registry.**—The Secretary shall maintain a central registry of all firearms in the United States which are not in the possession or under the control of the United States. This registry shall be known as the National Firearms Registration and Transfer Record. The registry shall include—

    **(1)** identification of the firearm;

    **(2)** date of registration; and

    **(3)** identification and address of person entitled to possession of the firearm.

**(b) By whom registered.**—Each manufacturer, importer, and maker shall register each firearm he manufactures, imports, or makes. Each firearm transferred shall be registered to the transferee by the transferor.

**(c) How registered.**—Each manufacturer shall notify the Secretary of the manufacture of a firearm in such manner as may by regulations be prescribed and such notification shall effect the registration of the firearm required by this section. Each importer, maker, and transferor of a firearm shall, prior to importing, making, or transferring a firearm, obtain authorization in such manner as required by this chapter or regulations issued thereunder to import, make, or transfer the firearm, and such authorization shall effect the registration of the firearm required by this section.

**(d) Firearms registered on effective date of this Act.**—A person shown as possessing a firearm by the records maintained by the Secretary pursuant to the National Firearms Act in force on the day immediately prior to the effective date of the National Firearms Act of 1968 shall be considered to have registered under this section the firearms in his possession which are disclosed by that record as being in his possession.

**(e) Proof of registration.**—A person possessing a firearm registered as required by this section shall retain proof of registration which shall be made available to the Secretary upon request.

26 U.S.C. § 5845

## § 5845. Definitions

For the purpose of this chapter—

**(a) Firearm.**—The term "firearm" means (1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection I; (6) a machinegun; (7) any silencer (as defined in section 921 of title 18, United States Code); and (8) a destructive device. The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the Secretary finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon.

**(b) Machinegun.**—The term "machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

**(c) Rifle.**—The term "rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger, and shall include any such weapon which may be readily restored to fire a fixed cartridge.

**(d) Shotgun.**—The term "shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed shotgun shell to fire through a smooth bore either a number of projectiles (ball shot) or a single projectile for each pull of the trigger, and shall include any such weapon which may be readily restored to fire a fixed shotgun shell.

**(e) Any other weapon.**—The term "any other weapon" means any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver having a barrel with a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination

shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire. Such term shall not include a pistol or a revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition.

<div align="center">***</div>

## Other Provisions of Title 26 of the U.S. Code

**26 U.S.C. § 7801**

**§ 7801. Authority of Department of the Treasury**

**(a) Powers and duties of Secretary.**--

**(1) In general.**--Except as otherwise expressly provided by law, the administration and enforcement of this title shall be performed by or under the supervision of the Secretary of the Treasury.

**(2) Administration and enforcement of certain provisions by Attorney General.**--

**(A) In general.**--The administration and enforcement of the following provisions of this title shall be performed by or under the supervision of the Attorney General; and the term "Secretary" or "Secretary of the Treasury" shall, when applied to those provisions, mean the Attorney General; and the term "internal revenue officer" shall, when applied to those provisions, mean any officer of the Bureau of Alcohol, Tobacco, Firearms, and Explosives so designated by the Attorney General:

**(i)** Chapter 53.

**(ii)** Chapters 61 through 80, to the extent such chapters relate to the enforcement and administration of the provisions referred to in clause (i).

**(B) Use of existing rulings and interpretations.**--Nothing in the Homeland Security Act of 2002 alters or repeals the rulings and interpretations of the Bureau of Alcohol, Tobacco, and Firearms in effect on the effective date of such Act, which concern the provisions of this title referred to in subparagraph (A). The Attorney General shall consult with the Secretary to achieve uniformity and consistency in administering provisions under chapter 53 of title 26, United States Code.

<div align="center">

**Regulations**

</div>

**27 C.F.R. § 478.11**

**§ 478.11. Meaning of terms.**

<div align="center">*** </div>

Rifle. A weapon designed or redesigned, made or remade, and intended to be fired from the shoulder, and designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile through a rifled bore for each single pull of the trigger.

(1) For purposes of this definition, the term "designed or redesigned, made or remade, and intended to be fired from the shoulder" shall include a weapon that is equipped with an accessory, component, or other rearward attachment (e.g., a "stabilizing brace") that provides surface area that allows the weapon to be fired from the shoulder, provided other factors, as described in paragraph (2), indicate that the weapon is designed, made, and intended to be fired from the shoulder.

(2) When a weapon provides surface area that allows the weapon to be fired from the shoulder, the following factors shall also be considered in determining whether the weapon is designed, made, and intended to be fired from the shoulder:

   (i) Whether the weapon has a weight or length consistent with the weight or length of similarly designed rifles;

   (ii) Whether the weapon has a length of pull, measured from the center of the trigger to the center of the shoulder stock or other rearward accessory, component or attachment (including an adjustable or telescoping attachment with the ability to lock into various positions along a buffer tube, receiver extension, or other attachment method), that is consistent with similarly designed rifles;

   (iii) Whether the weapon is equipped with sights or a scope with eye relief that require the weapon to be fired from the shoulder in order to be used as designed;

   (iv) Whether the surface area that allows the weapon to be fired from the shoulder is created by a buffer tube, receiver extension, or any other accessory, component, or other rearward attachment that is necessary for the cycle of operations;

   (v) The manufacturer's direct and indirect marketing and promotional materials indicating the intended use of the weapon; and

   (vi) Information demonstrating the likely use of the weapon in the general community.

<div align="center">*** </div>

<div align="center">

**Add.10**

</div>

**27 C.F.R. § 479.11**

**§ 479.11. Meaning of terms.**

\*\*\*

Rifle. A weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger, and shall include any such weapon which may be readily restored to fire a fixed cartridge.

(1) For purposes of this definition, the term "designed or redesigned, made or remade, and intended to be fired from the shoulder" shall include a weapon that is equipped with an accessory, component, or other rearward attachment (e.g., a "stabilizing brace") that provides surface area that allows the weapon to be fired from the shoulder, provided other factors, as described in paragraph (2), indicate that the weapon is designed, made, and intended to be fired from the shoulder.

(2) When a weapon provides surface area that allows the weapon to be fired from the shoulder, the following factors shall also be considered in determining whether the weapon is designed, made, and intended to be fired from the shoulder:

(i) Whether the weapon has a weight or length consistent with the weight or length of similarly designed rifles;

(ii) Whether the weapon has a length of pull, measured from the center of the trigger to the center of the shoulder stock or other rearward accessory, component or attachment (including an adjustable or telescoping attachment with the ability to lock into various positions along a buffer tube, receiver extension, or other attachment method), that is consistent with similarly designed rifles;

(iii) Whether the weapon is equipped with sights or a scope with eye relief that require the weapon to be fired from the shoulder in order to be used as designed;

(iv) Whether the surface area that allows the weapon to be fired from the shoulder is created by a buffer tube, receiver extension, or any other accessory, component, or other rearward attachment that is necessary for the cycle of operations;

(v) The manufacturer's direct and indirect marketing and promotional materials indicating the intended use of the weapon; and

(vi) Information demonstrating the likely use of the weapon in the general community.

\*\*\*



THE

# Statutes at Large:

BEING

A COLLECTION

OF ALL

# LAWS OF VIRGINIA,

FROM THE

FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY OF VIRGINIA,
PASSED ON THE FIFTH DAY OF FEBRUARY ONE THOU-
SAND EIGHT HUNDRED AND EIGHT.

VOLUME I.

By WILLIAM WALLER HENING.

"The *Laws* of a country are necessarily connected with every thing belonging to the people of it;
so that a thorough knowledge of them, and of their progress, would inform us of every thing that
was most useful to be known about them; and one of the greatest imperfections of historians in
general, is owing to their ignorance of law."    *Priestley's Lect. on Hist. Vol. I. pa.* 149.

*NEW-YORK:*
PRINTED FOR THE EDITOR, BY R. & W. & G. BARTOW.
1823.

174                    LAWS OF VIRGINIA,

### ACT LI.

To go armed
to church.

ALL men that are fittinge to beare armes, shall
bringe their peices to the church uppon payne of
every effence, yf the mayster allow not thereof to pay
2 lb. of tobacco, to be disposed by the church-wardens,
who shall levy it by distresse, and the servants to be
punished.

### ACT LII.

Obedience
to superiors.

NOE person within this colony uppon rumour of
supposed change and alteration shall presume to be
disobedient to the present government, nor servants to
their private officers, maysters and overseers, at their
uttermost perills.

### ACT LIII.*

Adjoining
plantations
to assist, upon
alarms.

THE ioyninge plantations, to assist the fronteires
or their neighbours, uppon alarmns, the default to be
severelie censured, and false alarmns punished.

### ACT LIV.

No hides to be
exported.

IT is ordered, That no cowe hides, oxe hides, bull
hides, goate skynes, deer skynes, or other hides, or
skynes whatsoever, be sent or carryed out of this co-
lony uppon forfeiture of thrice the value, whereof the
one halfe to the informer, and the other halfe to pub-
lique uses.

### ACT LV.

Terms of the
quarterly
courts at
James City.

IT is established and appoynted, That the fowre
quarter corts shall be held at James-City yearlie, as
followeth, vizt. uppon the first day of September, the
first day of December, the first of March, and the first
day of June.

### ACT LVI.

Commanders
to exercise
their men at
stated

IT is ordered and appoynted, That the comanders of
all the severall plantations, doe uppon holy days exer-
cise the men under his comand, and that the coman-

---

* There is no act numbered LIII in the manuscript

USCA4 Appeal: 23-1604    Doc: 16    Filed: 10/30/2023    Pg: 18 of 113

**Add.14**

ders yearlie doe likewise uppon the first day of December, take a muster of theire men, togeather with the women and children, and theire ages, countryes, and towns, where they were borne, with the shipps they came in, and the yeare of the Lord, as also of armes and munition, corne, cattle, hoggs, goates, barques, boates, gardens, and orchards, and yf they shall make default, to be censured by the Governor and Counsell.

*periods—and also take a censu of the inhabitants.*

### ACT LVII.

#### *The third of March,* 1631.

*IT is agreed uppon by the Grand Assembly,* That Capt. *Samuel Mathwes,* when he hath finished, and perfected, the worke at the ffort at Poynt Comfort, shall give notice to the comissioners for that purpose, that they may viewe the worke.

*Fort at Point Comfort.*

### ACT LVIII.

*IT is further agreed,* That Capt. *Samuel Mathewes,* shall leave 6 sufficient men thereon for a guard, and that he shall receive satisfaction for them, of the country, until such tyme as it can be otherwise provided for.

*Guard at Point Comfort.*

### ACT LIX.

THAT the inhabitants about the corporation of James Citty, with the ayde of the Burgisses thereof, shall with all convenient speed that may be, remove the carriadges for the ordinance, into some dry place to preserve them for the decayinge of the weather, or otherwise.

*Carriages for ordinance.*

### ACT LX.

*IT is thought fitt,* That no boates be permitted to goe and trade to Canida, that be not of the burden of ten tunnes, and have a flush deake, or fitted with a gratinge and a trapaulinge.

*Size and construction of boats to trade to Canada*

**Add.14**

# THE

# COLONIAL LAWS

OF

# MASSACHUSETTS.

## REPRINTED FROM THE EDITION OF 1672,

### WITH THE SUPPLEMENTS THROUGH 1686.

Published by Order of the City Council of Boston,

*UNDER THE SUPERVISION OF WILLIAM H. WHITMORE,*
RECORD COMMISSIONER.

CONTAINING A NEW AND COMPLETE INDEX.



BOSTON:
1887.

and Chattel as shall be found in any Corn-field or other inclosure.

And whosoever Impounds any Swine or Chattel, shall give present notice to the Owner if he be known, or otherwise they shall be cryed at the two next Lectures or Markets; And if Swine or Chattel escape out of Pound, the Owner if known, shall pay all damages according to Law. *A.* 57. *p.* 24

And every person or persons having notice given them, or otherwise left in writing at their House or place of their usual abode, of any of their Chattel Impounded or otherwayes Restrained, shall forthwith give satisfaction to the party so wronged, or otherwise Replevie their Chattel, and prosecute the same according to Law, upon peril of suffering all the loss and damage that shall come to their Chattel by standing in the Pound or other lawful place of Restraint.  [ *1645, 47, 57.* ]

> Cattle impounded to be replevied or damage satisfied

2. And if any person shall resist or rescue any Chattel going to Pound, or shall by any way or means convey them out of Pound or other Custody of the Law, whereby the party wronged may lose his damages, and the Law be deluded, that in case of meer rescues, the party so offending shall forfeit to the Treasury *forty shillings.*

> Rescues and Pound breach

And in case of Pound breach *five pounds,* and shall also pay all damages to the party wronged, and if in the rescues any bodily harm be done to the person of any Man or other Creature, they may have remedy against the Rescuers; And if either be done by any not of ability to answer the forfeiture and damages aforesaid, they shall be openly Whipped by Warrant from any Magistrate before whom the offender is convicted in the Town or Plantation where the offence was committed, not exceeding *twenty stripes* for the meer Rescue or Pound breach; And for all damages to the party, they shall satisfie by service, as in case of Theft.

> Fine or

> be whipped

And if it appear there were any procurement of the Owner of the Chattel thereunto, and that they were Abetters therein, they shall pay forfeiture and damages as if themselves had done it.  [ *1647.* ]

## P O W D E R.

*WHereas by favour of the Government in England, several quantities of Powder and other Ammunition are yearly Imported into this Jurisdiction for our necessary use and defence; To the end the favour we receive may not be Abused, nor our selves Deprived of the just and necessary use thereof;* *A.* 52. *p.* 3.

It is hereby Ordered and Enacted; That all Merchants or others, that shall import into this Jurisdiction either Powder, Lead, Bullets Shot, or any Ammunition whatsoever, shall give particular notice of the quantity thereof to the *Publick Notary,* upon the pain and penalty of *forty pounds,* within one Month after the Landing of such Goods, who is hereby enjoyned to take particular notice of the same, with the Mark and Number, and faithfully to enter the same in a Book, and the Names of the Persons to whom they are sold, or into whose Custody or

> Powder imported to be Entred with the publick Notary

F f                power

*Prescriptions. Prison.*

power they are committed, that he may give account thereof upon Oath to the Governour, Deputy Governour or any of the Council from time to time; And the said Notary is hereby prohibited, upon the penalty of *one hundred pounds,* to grant Certificate to any Merchant or other of any such Goods but such as he shall have particular notice of, and entred as aforesaid.

*And to the end this Order may be duly observed, and that no person may plead ignorance thereof;*

It is hereby Ordered, That the Captain of the Castle shall upon the arrival of any Ship or Vessel in the Massachusets Bay, from any forraign parts, give notice of the contents of this Order, to the Master or Merchant of any such Vessels, and the Constables of all other Port-Towns in this Jurisdiction, are hereby required to do the same. [ *1651.* ]

*L. 1. p. 45.*

2. And it is further Ordered; That no person ( except for the defence of themselves and their Vessels at Sea ) shall transport any Gun-powder out of this Jurisdiction, without licenfe first obtained from some two of the Magistrates, upon penalty of forfeiting all such Powder as shall be transporting or transported, or the value thereof.

*And that there may be no default for want of an Officer to take care herein;*

Searchers for powder exporting

This Court, the Court of Assistants, or any Shire Court, shall appoint meet persons, from time to time in all needful places, who have hereby power granted them, to search all Persons and Vessels that are or any way shall be suspicious to them to be breakers of this Order, and what they finde in any Vessel or Hands, without licenfe as aforesaid, to seize the same, and to keep the one half to their own use in recompence of their pains, and to deliver the other half forthwith to the Treasurer. [ *1645, 51.* ]

---

### Prescriptions.

IT is Ordered, Decreed, and by this Court Declared; That no Custome or Prescription shall ever prevail amongst us in any Moral case, ( our meaning is ) to maintain any thing that can be proved to be Morally sinful by the Word of God. [ *1641.* ]

---

### Prisoners, Prison, House of Correction.

Prisoners carried at their own charge

IT is Ordered; That such Malefactors as are committed to any common Prison, shall be conveyed thither at their own charge if they be able, otherwise at the charge of the Country. [ *1646.* ]

2. For

Bartlett, John Russell. Records Of The Colony Of Rhode Island And
        Providence Plantations, In New England. Vol. 2, A. Crawford
        Greene And Brother, 1857. The Making of Modern Law: Primary
        Sources, link.gale.com/apps/doc/DT0103439491/MMLP?u=
        gtown_law&sid=SERVICE_ID&xid=81cf14e3&pg=198.
        Accessed 15 Feb. 2023.

**196**      RECORDS OF THE COLONY OF RHODE ISLAND,

1667.    Whereas, the Governor and Councill of the towne of
Newport being mett the 29th of the first month, 1667, to
take care that the place with respect to the serving of the
King's interest and oure owne might bee putt in a suita-
ble posture of deffence against a common adversary, as al-
so that other defects which might prove hazzardous to the
same might be forthwith supplyed, but could not at that
time come to such mature results therein, as a matter of
such concernment doth require, the said Governor and
Councill being mett this 28th of the 3d month, 1667, to
resume the former debate, after serious consideration and
advice, have resulted and concluded as followeth :

Rate.    1.    ffirst, that our Honoured Gouernour and Deputie
Gouernour be desired to make enquiry where the obstruc-
tion lies that the former rate, made for the paying for our
Charter as it relates to the towne of Newport, is not yett
levied, and to hasten the levying and taking thereof, itt
lying as a block in our way to our further proceedings.

Amunition.    2.    That Lieut. Joseph Torrey, and Ensigne John Bliss
Constable Carr, and the Clarke of the band be required forth-
with to goe from house to house throughout the towne of
Newport, the villages and precincts thereof, and to take a
precise and exact account of all the armes, amunition and
weapons of warr each person is furnished with, or hath in
his house to spare to others, and in what condition with
regard to service the same is in : and itt to returne unto
the Gouernor.   And also to call vpon such as have de-
ffects, that they may be supplyed in the place forthwith,
under the penaltie the law hath provided, to repaire to
such persons as may supply them.

Repair arms.    3.    That the Honoured Gouernour bee desired to give
forth his warrant to Capt. Rich. Morrise, Geo. Halsey,
John Audly, Emanuell Wooly, Henry Stevens, Gabriell
Hick, and others that are skilled therein, to charge them
vnder the penaltie the law hath provided, to sett against
all excuses, and forthwith require all such armes, and

APPENDIX.

*Acts relating to the Militia.*

AN ACT FOR THE BETTER REGULATING THE MILITIA OF THIS PRO-
VINCE, AND FOR REPEALING THE FORMER ACTS FOR REGULATING THE
MILITIA ; AND FOR REPEALING AN ACT ENTITLED "AN ACT FOR THE
FURTHER SECURITY AND BETTER DEFENCE OF THIS PROVINCE.

WHEREAS, the safety and defence of this Province, next to the bless-
ing of almighty God, and the defence of our most gracious Sovereign, *Governor to*
chiefly depends on the knowledge and use of arms and good discipline ; *organize the*
we humbly pray his most sacred Majesty that it may be enacted, and *Militia.*

I. *Be it enacted*, by his Excellency James Glen, Esquire, Governor-in-
chief and Captain General in and over his Majesty's Province of South
Carolina, by and with the advice and consent of his Majesty's Honorable
Council, and the Assembly of this Province, and by the authority of the
same, That it shall and may be lawful to and for the Governor, Lieutenant-
Governor or President of this Province, who now is or shall hereafter be
appointed or commissioned by his Majesty, his heirs or successors, to
assemble and call together all male persons in this Province, from the age
of sixteen to sixty years, within the several towns, counties, parishes and
places in this Province, at such times, and arm and array them in such
manner, as is hereafter expressed and declared, and to form them into
companies, troops and regiments : and in case of insurrection, rebellion or
invasion, them to lead, conduct and employ, or cause to be led, conducted
and employed, as well within the said several counties, towns, parishes
and places where such persons reside, as into any other counties or places
within this Province, for suppressing all such insurrections and rebellions,
and repelling such invasions, as may happen to be. And that the said
Governor, Lieutenant-Governor or President for the time being, shall have
full power and authority, from time to time, to constitute, appoint and
give commissions to such persons as they shall think fit, to be Colonels,
Majors, Adjutants, Captains and other commission officers of the said
persons so to be armed, arrayed and weaponed.

II. *And be it further enacted* by the authority aforesaid, That in every
county within this Province, there shall be formed one or more regiment *Regiments and*
or regiments, and within every parish within the respective counties, one *companies.*
or more company or companies ; which said regiment or regiments, com-
pany or companies, shall consist of such number of men as the Governor,
Lieutenant-Governor or President of this Province for the time being,
shall in his discretion think fit.

III. *And be it further enacted* by the authority aforesaid, That the
several field officers who shall be in commission, or the majority of them, *How to be*
in each respective regiment, are hereby fully authorized and empowered *divided.*
to settle and ascertain the districts and divisions of the companies in each
parish, under their command, if they shall think it necessary to divide the
inhabitants of any parish into more companies than one. *Provided*, that
such divisions be agreeable to the directions and regulations prescribed by
this Act.

IV. *And be it further enacted* by the authority aforesaid, That it shall *Battalion*
and may be lawful to and for the Colonel, or in his absence, the next field *musters.*
officer of every regiment formed or to be formed in this Province, on any
days and times when any three or more of the companies of the militia
shall be assembled to be trained, mustered or exercised within six miles of
one another, to cause such companies to assemble together at some conve-
nient place within the district of such regiment to which such companies

646                                    APPENDIX.

A.D. 1747.                     *Acts relating to the Militia.*

shall respectively belong, and there to train and exercise such companies
in battalions, in such manner and form as such Colonel or other field offi-
cer shall think fit; anything in this Act to the contrary notwithstanding;
excepting all companies upon any Islands along the sea coast in this Pro-
vince.

V. *And be it further enacted* by the authority aforesaid, That every
captain or other inferior commissioned officer of any company within this
Province, who shall refuse or neglect to conduct or lead his company, or

**Fines of cap-**
**tains, &c., for**
**neglect.**
to attend the same, to the place of rendezvous of any general muster here-
by appointed, or to the exercising of the companies in battalion, accord-
ing to the directions of this Act, every such captain and other inferior
commissioned officer of such company, who shall so refuse or neglect as
aforesaid, shall, for every such offence, forfeit and pay the sum of twenty-
five pounds, current money; and the said offences shall be heard, tried and
determined, and the said fines levied, in the same way and manner as other
offences of captains or other commanding officers of companies, by this
Act are directed to be tried; heard, determined and levied.

**Company**
**musters.**
VI. *And be it further enacted* by the authority aforesaid, That it
shall be lawful for every captain or other commanding officer of the seve-
ral companies in this Province, to assemble, muster; train and exercise
their respective companies, or any of them, for ordinary musters, at any
time or times throughout the year, giving notice of such muster by beat of
drum, or in such other expeditious manner as such captain or other com-
manding officer shall think fit; anything in any former law, usage or
custom, to the contrary in any wise notwithstanding. *Provided always,*
that it shall not be lawful to assemble any of the said companies for ordi-
nary musters, above six times in one year. *Provided also,* and it is here-
by declared, that no person or persons whatsoever shall be compelled or
obliged, at any general muster, to go out of the county where such person
resides, nor at ordinary musters to go out of the parish where he dwells,
nor to remain at the place where such general or ordinary musters shall be
appointed, above one day, except in time of actual rebellion, insurrection
or invasion, or other cases hereinafter particularly mentioned and provided;
nor shall this Act, nor anything herein contained, be deemed; construed
or taken to extend to the giving or declaring any power for transporting or
sending any of his Majesty's subjects in this Province, or any way com-
pelling them, to march out of this Province, otherwise than by the laws of
this Province ought to be done.

**Captains to en-**
**rol and sum-**
**mon the inhab-**
**itants.**
VII. *And be it further enacted* by the authority aforesaid, That the
captains of the several and respective companies in each county in this
Province, shall severally and respectively, enter, enlist and enroll all the
names of all the male inhabitants of this Province, from the age of sixteen
to sixty years, within their several and respective parishes and divisions;
and shall cause the several persons so elected to be duly summoned to
appear at the times and places appointed for ordinary musters in each
several and respective parish or division; and the publishing the muster
days as aforesaid, shall be deemed a sufficient summons within the intent
of this Act, to oblige the persons liable to appear at such musters; and the
persons whose names shall be so entered, enlisted and enrolled, shall be
deemed and held to be enlisted in and to belong to the company of that
parish or division in which they are or shall be so enlisted and enrolled;
and shall be obliged to appear at musters and on all other occasions, and
to be subject to the directions of this Act without any farther or other
notice whatsoever.

## APPENDIX.                                                   647

*Acts relating to the Militia.*

A. D. 1747.

**VIII.** *And be it further enacted* by the authority aforesaid, That every person liable to appear and bear arms at any muster, exercise or training hereby appointed, pursuant to the directions of this Act, shall constantly keep in his house, or at his usual place of residence, and bring with him to such muster, exercise or training, one gun or musket, fit for service, a cover for his lock, one cartridge box, with at least twelve cartridges, filled with good gun powder and ball, a horn or flask, filled with at least a quarter of a pound of gun powder, and shot pouch, with bullets proportionable to the gun powder, one girdle or belt, one ball of wax sticking to the end of his cartridge box, to defend his arms in rain, one worm and picker, four spare flints, a bayonet, sword or hatchet ; of the fitness and sufficiency of which arms, every commanding officer of the company to which such person belongs is hereby declared to be the judge. *[Arms.]*

**IX.** *And be it further enacted* by the authority aforesaid, That in case any person liable to appear and bear arms at muster as aforesaid, shall neglect or refuse to appear completely armed and furnished as aforesaid, at any general muster of the regiment, to which the company in which he is entered and enlisted shall belong, every such person shall forfeit and pay a sum not exceeding five pounds, current money ; and in case any such person shall neglect or refuse to appear in manner aforesaid, completely armed and furnished as aforesaid, at any ordinary muster, every such person shall forfeit and pay a sum not exceeding three pounds, current money ; which said several penalties shall be recovered, applied and disposed of as is hereinafter directed. *[Penalty for not being armed.]*

**X.** *And be it further enacted* by the authority aforesaid, That it shall and may be lawful for the commission officers of any of the companies of this Province, six times in the year, and not oftener, to take to their assistance, if they think fit, the sergeants of such companies, and at any convenient time of the day, to repair to the place or places of residence of any person or persons, as well those persons who are obliged to appear on alarms, as to other persons liable to bear arms, and entered and enlisted in any such company, and to demand a sight of the arms, ammunition, furniture and accoutrements aforesaid ; and in case any person shall refuse or neglect to produce any such arms, furniture, ammunition and accoutrements, or to suffer the same to be viewed and inspected, or if, when produced, the said officers shall find the same defective, it shall and may be lawful for the said officers to fine every person offending herein, in any sum not exceeding three pounds, current money, and to proceed against him or them for levying the same in all respects after the same manner as is directed for proceeding against persons who do not appear at ordinary musters. *[Inspection of arms.]*

**XI.** And *whereas,* it may be convenient and necessary, on some particular and special occasions, to assemble the said companies at other times than are usually fixed for ordinary musters. *It is therefore further enacted and declared,* That whenever any of the said companies shall be assembled or mustered on any particular or special occasion, such assembling and mustering shall be esteemed and accounted as a muster day, and one of the six times on which the said companies are obliged to muster in one year. And *provided also,* that the said general muster of any of the said companies, according to the directions of this Act, shall be esteemed and accounted as and for one other of the six times on which the said companies are obliged to muster in any one year ; anything in this Act to the *[Special musters.]*

648                                     APPENDIX.

A. D. 1747.                    *Acts relating to the Militia.*

contrary notwithstanding. *Provided, always*, that no company or companies in this Province be assembled on such special and particular occasions, without the order, command or direction of the Governor, Lieutenant-Governor or President of this Province for the time being. *Provided also*, that this clause shall not be construed to hinder the assembling of any of the said companies or parts thereof, for suppressing insurrections, pirates, sea rovers or fugitive slaves.

XII. And *whereas*, it may very much contribute to the safety and welfare of this Province, to have a troop or troops of horse in readiness, and on particular and extraordinary occasions, which troop have heretofore usually attended the Governors of this Province, as the service of the country has required. *Be it further enacted* by the authority aforesaid, That the Governor, Lieutenant-Governor or President of this Province for the time being, shall be, and he is and they are hereby, authorized and empowered, from amongst the inhabitants of this Province who have sufficient substance to undergo the charge, and will voluntarily enter and enlist, to form a troop or troops of horse, not exceeding in the whole the number of two hundred men, and to appoint and commission proper officers to command such troop or troops, and to muster, train and exercise the said troop or troops, not less than four times in a year, at Charlestown, or such other place as the Governor, Lieutenant-Governor or President of this Province shall direct and appoint.

XIII. And *be it further enacted* by the authority aforesaid, That every person who shall enlist in the said troop or troops so to be formed, shall provide himself with a good and able horse, (his own property,) fourteen hands in height at least, and with such clothes, arms, ammunition and furniture, as the Colonel of such troop for the time being shall direct and appoint ; and every person so enlisted in the said troop or troops, shall be excused and exempted from all service whatsoever in any other regiment, troop or company whatsoever, (the patrol duty excepted ;) *provided*, no person whatsoever shall be admitted to enlist in the said troop or troops, unless he shall be first approved by the Colonel of the said troop or troops ; and every person so enlisted shall obtain a certificate from the Colonel of the said troop or troops, specifying the time of his enlisting in the said troop or troops, which certificate the person so enlisted shall produce to the captain or commanding officer of the company of such parish or division where the person so enlisted shall live and reside ; and until the person so enlisted shall have produced and shewn such certificate, he shall be liable and subject to all the penalties and forfeitures inflicted by this Act for not keeping arms, or not appearing at the musters, trainings and exercises directed by this Act. And the person so enlisted shall not be discharged from the same without giving three months notice, in writing, to the Colonel or other commanding officer of the said troop or troops, of his intent to be discharged, and shall produce a certificate, at the end of the said three months, to such commanding officer, that he is enlisted in the foot company of the parish or division where he resides ; and upon such notice given and certificate produced, he shall be discharged from the said troop to which he belongs, and not otherwise.

XIV. And *be it further enacted* by the authority aforesaid, That in the time of any actual rebellion, insurrection or invasion, the said troop or troops shall attend the Governor, Lieutenant-Governor or President of this Province for the time being, in any part of this Province where the Governor, Lieutenant-Governor or President shall go or be in person ; and in

Troops of horse.

## APPENDIX.

649

*Acts relating to the Militia.*

such times of rebellion, insurrection or invasion, shall march, ride, or go to any place within this Province where the said Governor, Lieutenant-Governor or President for the time being, shall judge their service shall or may be required ; and shall, on all other occasions, attend the said Governor, Lieutenant-Governor or President, upon notice given in the public newspapers, or by being personally summoned by any person appointed for that purpose by the Colonel or other commanding officer of the troop or troops ; and if any person enlisted in the said troops, or either of them, shall neglect or refuse to appear at the days and times appointed for muster, or upon due summon on other occasions, on such horses, and with such clothes, arms and other accoutrements as the Colonel of the said troops shall direct and appoint as aforesaid, every such person shall forfeit a sum not exceeding five pounds, current money, to be applied, recovered and disposed as is hereinafter directed.

XV. *And be it further enacted* by the authority aforesaid, That every able male person, from the age of sixteen to sixty years, who has once resided, and shall be within this Province for the space of three months, slaves excepted, is hereby declared to be liable to bear arms in the regiments, troops or companies in this Province, or some or one of them, according to the directions of this Act, except the several persons hereinafter particularly mentioned, who shall be excused and exempted from appearing at general and ordinary musters, at such times and in such manner as is hereafter mentioned and provided, that is to say :—all those persons who are or have been members of his Majesty's council, and their officers for the time being, the members of Assembly for the time being, and their officers, the chief justice and justices of the court of common pleas, the attornies of the said court, the clerk of the crown and peace, the provost marshal, the master and register of the high court of chancery for the time being, the judge of vice admiralty, the officers of his Majesty's customs, the surveyor-general of his Majesty's lands in this Province, the clergy, the public treasurer, powder receiver, comptroller, waiters, and commissary for the time being, his Majesty's justices of the peace, who shall actually qualify themselves and act as such, and no other, all non-commissioned colonels, lieutenant-colonels, majors and captains, in the several regiments, who have borne their several commissions for the space of ten years, or who shall have borne such commission, or any or all of them, successively, for the space of ten years in the whole, the pilots, and one person to attend each boat, and one white man to attend each ferry in this Province, and all white servants residing and employed without the limits of the parish of Saint Philip, Charlestown. *Provided,* that all the persons aforesaid, the members of his Majesty's honorable council, and of the Assembly and their officers, and the pilots and ferrymen only excepted, shall, in the time of rebellion, insurrection or actual invasion, attend under the proper colours of the company in the district in which such person shall actually live or reside, completely armed and furnished, as in this Act is directed for the foot soldiers, or shall attend the Governor, Lieutenant-Governor or President for the time being, with horse and arms, in the same manner as the troopers are hereinbefore directed, on pain of forfeiting the sum of one hundred pounds, current money.

XVI. *And be it further enacted* by the authority aforesaid, That every master or other person who hath the power over, **government** or command of, any white apprentice or man servant, who shall be employed within the

*Who exempt from muster*

VOL. IX—82.

650                                    APPENDIX.

*Acts relating to the Militia.*

Apprentices
and servants,
to be armed by
their masters.

limits of Saint Philip's, Charlestown, shall, at his or their own proper costs
and charges, furnish and provide every such apprentice or man servant,
during his servitude, with the arms and furniture directed by this Act; and
every master and other person as aforesaid shall constantly keep such
arms and furniture as aforesaid, for every such apprentice or servant, and
shall send him or them so completely armed and furnished as aforesaid, to
all musters, trainings and exercise, directed by this Act; and in case such
apprentice or servant shall not appear, or his arms and furniture shall be
found deficient, the master or such other person as aforesaid, having the
government of such apprentice or servant, shall, on default made in any of
the premises, be subject to the same forfeitures and penalties as are in-
flicted on other persons made liable by this Act to appear and bear arms at
exercises, musters and trainings.  *Provided, always*, that if any such ser-
vant as aforesaid, who shall be duly furnished and provided as is hereinbe-
fore directed, and shall be sent to muster by the master or other person
under whose government such servant shall be, shall, of his own accord,
and contrary to the will and without the consent of the master or such
other person as aforesaid, neglect or refuse to appear at any muster, train-
ing or exercise appointed by this Act, the master or other person under
whose government such servant may be, shall be liable to the penalties by
this Act inflicted for the default of such servant; and every such servant
so offending as aforesaid, shall be obliged to serve the said master two
weeks for every penalty so paid by his master or other person as aforesaid;
and if any servant shall embezzle, sell or make away with the arms so to
be provided for him as aforesaid, he shall be liable to make his master, or
other person under whose government such servant may be, full satis-
faction.

XVII. *And be it further enacted* by the authority aforesaid, That eve-
ry servant within the said limits of Saint Philip's, Charlestown, who shall
be freed or discharged from his service, shall be allowed six months time
after such discharge, to provide himself with the arms and furniture by
this Act directed and required, and until the said six months shall be ex-
pired, shall be freed and exempted from the mulcts or penalties inflicted by
this Act.

XVIII. *And be it further enacted* by the authority aforesaid, That no
civil officer whatsoever shall, on any pretence, execute any process, unless
for treason, felony or breach of the peace, on any person whatsoever, at
any muster or other time when such person shall be obliged to bear arms in
pursuance of the direction of this Act, nor in going to or returning from
any muster or place of rendezvous, or within twenty-four hours after such
person shall be discharged from appearing in the regiment, company or
troop to which he shall belong, under the penalty of twenty pounds, current
money; and the service of such process on any such person, is hereby
declared to be absolutely void, to all intents and purposes whatsoever; and
all arms and furniture which are by this Act required to be provided by any
person whatsoever, shall not be liable to be seized, distrained or taken in
execution, for any cause, matter or thing whatsoever; and in case any
person shall seize, levy or distrain upon any such arms or furniture, contra-
ry to this Act, every such person shall forfeit the sum of twenty pounds,
current money; to be sued for and recovered as is hereafter directed.

XIX. *And be it further enacted* by the authority aforesaid, That in
case any person who shall be obliged to bear arms, whilst the regiment,

No process to
be served on
persons mus-
tering.

APPENDIX.                                    651

*Acts relating to the Militia.*

A. D. 1747.

troop or company to which he shall belong shall be under arms or in array, shall neglect or refuse to fire his gun, not exceeding six times each muster day, or shall wilfully neglect or refuse to do his duty, or to obey the other lawful commands of his officer, the majority of the officers of the troop or company to which such person belongs, if the offence shall be committed in a single troop or company, or any two field officers of the regiment to which such person shall belong, if the offence shall be committed in a regiment, shall have full power and authority to inflict on the person so offending, any pecuniary mulct, not exceeding five pounds, current money; and in case any person shall be disobedient or raise any mutiny or sedition in such regiment, troop, or company, under arms in array, such person shall be liable to a fine not exceeding ten pounds; and the said officers, respectively, over and besides such pecuniary mulct, may imprison or confine the offender, until such time as the regiment, troop or company to which the offender shall belong, shall be discharged from bearing arms on the occasion for which they shall be assembled. And in case such offender shall be a servant, and shall not, forthwith, pay such fine imposed as is last above said, the said officers, respectively, may inflict corporal punishment on such servant, by whipping, not exceeding twenty lashes.

*Penalty for disobedience of orders, &c.*

XX. *And be it further enacted* by the authority aforesaid, That in case any person obliged by this Act to bear arms, shall remove from one county, parish, division or place, to any other county, parish, division or place, it shall be lawful for the captain or commanding officer of the company to which such person last belonged, to levy the penalty inflicted by this Act for non-appearance at musters, or for not having or being provided with sufficient arms and furniture, in the same manner as if such person had not removed from the county, parish, division or place to which he belonged, until such time as the person so removing shall produce a certificate from the colonel or commanding officer of the troop, or from the captain or commanding officer of the company, of the parish or division into which such person shall remove, that such person is entered, enlisted and enrolled in the company of such captain or commanding officer of the parish or division to which such person is removed.

*Persons removing from one district to another.*

XXI. And *whereas,* to repel the invasion of any public enemy, and to suppress any dangerous insurrection or rebellion, it may be absolutely necessary to assemble and raise the greatest part of the militia of this Province. *Be it therefore enacted* by the authority aforesaid, That if the Governor, Lieutenant-Governor or President of this Province for the time being, shall receive advice from any person or persons in authority under his Majesty, his heirs or successors, or other credible person or persons in foreign parts, or if he shall receive any information, upon oath, from any credible person or persons within this Province, that any foreign enemy or armed force shall suddenly intend to invade this Province, or if any dangerous insurrection or rebellion shall be actually raised within this Province, which cannot be suppressed by one single company, it shall and may be lawful for the said Governor, Lieutenant-Governor or President for the time being, by and with the advice and consent of the Majority of his Majesty's Council for the time being, in this Province, to raise and assemble such and so many of the regiments, troops and companies by this Act directed to be formed, as the said Governor, Lieutenant-Governor or President, by and with the advice and consent aforesaid, shall think sufficient and able to suppress and repel such invasion, rebellion or insurrection, as may happen or be; and

*In case of invasion the militia, how to be assembled.*

APPENDIX.

*Acts relating to the Militia.*

A. D. 1747.

for the more effectual execution thereof, it shall and may be lawful for the said Governor, Lieutenant-Governor or President of this Province for the time being, by and with the advice and consent aforesaid, to make and publish, or cause to be made and published, an alarm, throughout the whole Province, by firing six guns, two at a time, at three minutes distance, or by orders and expresses to the field officers, or other officers of the militia, to raise their several and respective regiments, troops or companies, or such part of them as shall be ordered and directed, to march and rendezvous at such proper times and places within this Province, as the said Governor, Lieutenant-Governor or President for the time being, shall think fit. And the said alarm shall be carried on throughout the whole Province by all the commissioned officers in the militia, by firing three small arms at convenient intervals, from place to place, and by speedy raising of their several companies, and taking all other proper and effectual measures to give notice of the motion of the enemy, and forwarding, with the utmost expedition, all necessary information to the Governor, Lieutenant-Governor or President for the time being, and by putting in execution all such orders as they shall receive from their respective superior officers.

XXII. *And be it further enacted* by the authority aforesaid, That an alarm shall be made by any commissioned militia officer, by firing three small arms, on sight of any enemy, or on information of any enemy appearing or mischief done by an enemy, from any white man of credit who hath seen the same, of the credit of which informer the said officer shall be a judge; and every alarm shall be carried on by all persons hearing or having knowledge of the same, by firing three small arms, distinctly, as usual; and the said officer who hath fired the alarm shall raise the company of which he is an officer, by beat of drum, or by ordering men to warn their next neighbors, till the company can be got together; and also, the commanding officer of the said company shall, with all convenient speed, dispatch two expresses, one to the Governor, Lieutenant-Governor or President for the time being, and the other to the next field officer of the regiment to which the said company belongs, with an account of the cause of the alarm so made; upon which notice, the said field officer shall have power to raise any number of men of the regiment he belongs to, to march to the assistance of the inhabitants of this Province who are in danger.

XXIII. *And be it further enacted* by the authority aforesaid, That if any person whatsoever, who by this Act is liable to bear arms, shall, in time of such alarms, neglect or refuse to use his uttermost means and endeavors to convey and communicate the said alarm or notice of the enemy's approach, every such person shall forfeit and pay the sum of fifty pounds, current money. And in case any such person, after he hath notice of an alarm, does not, forthwith, repair completely armed and accoutred as aforesaid, with all convenient speed, to the place where the regiment, troop or company to which he shall belong shall be appointed to rendezvous, every such person shall forfeit one hundred pounds, current money; and in case the company or troop to which such person shall belong, shall actually engage and fight with the enemy before such person shall appear in the said regiment, troop or company, in every such case, the person not appearing as aforesaid, shall forfeit two hundred pounds, current money.

XXIV. And *whereas*, several parts of this Province, lying on the sea coasts, are exposed to the depredations of pirates and sea rovers; and many inland places are in danger of incursions from Indians, and are frequently infested with fugitive and revolted slaves, whose sudden attempts

Alarms.

Penalty for neglect in time of alarm.

APPENDIX.                                            653

*Acts relating to the Militia.*

may prove fatal to many of his Majesty's subjects, before notice can be given to his Majesty's Governor; therefore, for the more effectual prevent- Pirates, Indi-ing, repelling and suppressing such sort of mischiefs, *Be it enacted* by the ans, &c. how authority aforesaid, That it shall and may be lawful for every commis- to be repelled. sioned officer in the militia, when occasion shall require, to assemble, arm and raise any number of men belonging to their respective companies, for which they shall be commissioned and appointed, and if need be, to give notice and call to their aid the officers and men of any adjacent company, to disperse, suppress, kill, destroy, apprehend, take or subdue, any pirate, sea rover, Indian or other enemy, who shall, in a hostile manner, hurt, or attempt to hurt, any of his Majesty's subjects, in their persons or posses- sions, or any company of slaves who shall be met together, or who shall be lurking in any suspected places where they may do mischief, or who shall have absented themselves from the service of their owners; and in case any person whatsoever, who by this Act is liable to bear arms, shall neglect or refuse to appear, upon notice given by any commissioned officer of the troop or company to which such person belongs, or appearing, shall not attend and obey the said officer, completely armed and furnished, accord- ing to the directions of this Act, every such person, for every such neglect or refusal, shall forfeit the sum of ten pounds, current money.

XXV. And *whereas*, in time of invasion, if the militia of the whole Pro- vince were to be assembled, great dangers might arise from the insurrec- tions or other wicked attempts of slaves; for the prevention thereof, *Be it* Patrols. *further enacted* by the authority aforesaid, That in time of invasion or insurrection, and when it shall be found necessary to march the several regiments, troops or companies, or any of them, out of their proper coun- ties, parishes or divisions, one fourth part, at least, of every company in this Province, shall stay and remain in the respective parishes and divisions to which they belong, and shall be formed into patrols, under the command of such officers as the commissioned officers of the company shall direct and appoint, until the Governor, Lieutenant-Governor or President, shall commission and appoint a commander or officer for each of such patrols, under whose command, respectively, they shall continue, until the rest of the company shall return to their habitations, and shall be discharged from bearing arms. And the patrol so formed shall be obliged to be on constant duty, and to ride, and patrol, and guard the plantations, and to keep the slaves within their several parishes and divisions, in good order; and shall place proper guards, watches and centinels, at proper and convenient pla- ces, to give notice of danger, or for the more speedy conveying advices and intelligence to the Governor, Lieutenant-Governor or President of this Province, or any army which shall be raised and assembled by his command. And in case any person or persons whatever, who shall stay and remain as aforesaid, in any of the parishes or divisions to which he or they may belong, shall neglect or refuse to ride patrol, or to watch, stand centinel, or keep guard, or do any other duty hereby enjoined or required, or shall refuse to obey the lawful commands of any person who shall be appointed to command such patrol, every person so offending shall forfeit any sum not exceeding one hundred pounds, current money.

XXVI. And that no unequal burthen may be laid on the inhabitants of this Province, *Be it further enacted* by the authority aforesaid, That in all times of invasion, rebellion or insurrection, when any person shall receive orders to march out of their county, parish or division, the captain or other commanding officer who shall be present, shall cause the names of all the

654

APPENDIX.

*Acts relating to the Militia.*

*Lists of names to be drawn.*

persons who are entered, enlisted and enrolled in the muster roll of such company, (officers excepted,) to be wrote down on small scrolls of paper, which shall be folded up and put into a hat, and shall be shaken together, and the clerk or sergeant of the said company shall draw out of the hat the names of so many persons as will not exceed three-fourth parts of the said company; and the persons whose names shall be so drawn, shall be obliged to march according to such orders as shall be given by the Governor, Lieutenant-Governor or President, and according to the directions of this Act; and the rest, whose names shall be left in the hat, shall stay in their respective parishes and divisions, and shall do the duty of the patrol hereby directed to be performed. *Provided, always,* that no officer of any company shall be excused from marching with the company for which he is appointed, unless by particular orders from the Governor, Lieutenant-Governor or President it shall be directed otherwise; in which case such officer so directed to stay, shall be the commanding officer of that part of the company which shall be so left in their several districts. *Provided also,* that if any person whose name shall be drawn as aforesaid, and who shall thereby be obliged to march out of his parish or division, can provide an able man (to be approved by the majority of the officers of the company to which such person belongs,) completely armed and furnished according to the directions of this Act, every such person shall be permitted and at liberty so to do; and upon producing and sending out such able man in his stead, shall be excused from going out or marching in person. *Provided also,* that the person who provides and sends another person in his stead, shall be still obliged to serve in the patrol to be formed according to the directions of this Act, and shall be subject to all the penalties and forfeitures by this Act inflicted on such as shall be guilty of disobedience, or shall neglect or refuse to ride in such patrol; any thing herein contained to the contrary thereof in any wise notwithstanding.

*Power of impressment.*

XXVII. *And be it further enacted* by the authority aforesaid, That in the time of any alarm made upon any insurrection, rebellion or invasion, all field officers and captains of every company be, and they are hereby, empowered, by themselves, or their warrant to any inferior officer or soldier, to impress any provisions, horses, boats, canoes, pettiaugers and vessels with their furniture, or whatever other things they shall want or have need of for the service of this Province. *Provided always,* that all provisions, horses, boats, canoes, pettiaugers and vessels, and whatever other things impressed as aforesaid, by the proper officer hereby impowered, be by the said officer brought before three or more indifferent persons, being freeholders, and having judgment in the respective things so impressed and brought before them, to be appraised and valued before it be disposed of for the service of this Province; and that when the same shall be so valued and appraised, the said officer do give a receipt under his hand for the same, to the owner thereof, if he conveniently can; and the commanding officer or captain of each company do cause his or their clerk or clerks to enter the same in a book to be kept for that purpose; and that the said appraisers shall appraise and ascertain any loss or damage that may happen to befal the said effects so impressed for the service aforesaid, or allow a competent hire for the same, when retured to the said owners, as the case shall require, and the same to be given under the hands of the appraisers, to the owner or owners thereof, directed to the public treasurer, who is hereby ordered to pay the same; and also, that such commanding officer or captain of each company, after such alarm shall be

## APPENDIX.

655

*Acts relating to the Militia.*

A. D. 1747.

over, and before his or their company or companies shall be discharged, do order so many men as he or they shall think fit, to carry such horses, boats, canoes, petiaugers and vessels, or whatever other things they shall have impressed, to the respective owners from whom they were taken, the owners giving their receipt upon the re-delivery of the same; and the said commanding officer or captain of each company, and each and every of them, are hereby empowered to draw an order on the public treasurer, payable to the persons aforesaid, for so much money as he or they shall think the said persons, for carrying home any of the things hereinbefore mentioned, deserve; and the public treasurer is hereby ordered to pay the same.

XXVIII. *And be it further enacted* by the authority aforesaid, That the commanding officer or captain of each company do lodge in some convenient and secure place, for the public use, all the provisions and ammunition impressed by him or them, or by virtue of his or their warrant or order, and that shall remain unexpended after an alarm, and that he take a particular account thereof.

XXIX. *And be it further enacted* by the authority aforesaid, That if any officer of the militia, or other person whatsoever, who by this Act shall be obliged to bear arms, shall knowingly or wilfully, in time of rebellion, insurrection or invasion, offend in anything against this Act, or shall neglect or refuse to do, execute or perform any act, matter or thing which by this Act is required, directed, prescribed or enjoined by him or them to be done, executed or performed, for which no particular penalty is hereby inflicted, then every such person so offending, neglecting or refusing as aforesaid, shall incur, forfeit and pay the several mulcts, penalties and forfeitures following, that is to say :—if such person so offending, refusing or neglecting as aforesaid, shall be a commissioned officer of the militia, above the degree of a captain, the several persons hereby empowered to hear and determine offences committed against this Act, shall and may, and they are hereby authorized and empowered to, inflict on such person a pecuniary mulct or fine, not exceeding the sum of five hundred pounds, current money; and in case the person offending shall be a captain, or any inferior commissioned officer under the degree of a captain in the militia, a pecuniary mulct or fine shall be inflicted as aforesaid, not exceeding the sum of three hundred pounds, current money; and if any non-commissioned officer of the respective troops or companies, or any private person who is obliged to bear arms, shall offend as aforesaid in any thing against this Act, there shall be inflicted as aforesaid a mulct or fine not exceeding the sum of one hundred pounds, current money; but if the person so offending shall be an indented servant, and hath no goods to be levied on, and shall neglect or refuse to pay the mulct or fine which shall be inflicted as aforesaid, for the space of ten days, he shall receive corporal punishment, not exceeding forty lashes, with a whip or switch, on the bare back.

*Fines for offences against this Act.*

XXX. *And be it further enacted* by the authority aforesaid, That the captains of each company shall have power to appoint any two persons within their respective companies, who are obliged to appear at common musters, as they shall think fit, to be sergeants of the said companies, who shall be obliged to act and continue such for the term of one year; and if any person, after he is so appointed, shall refuse or neglect to act and perform their duty as sergeant in the said companies, respectively, the person so refusing to take the office upon him, or neglecting his duty

*Sergeants.*

656

### APPENDIX.

*Acts relating to the Militia.*



afterwards, shall, for every offence, forfeit the sum of ten pounds, current money ; to be recovered and levied as other fines in this Act are directed. *Provided, always,* that no person shall be subject to such fine for not taking the said office upon him more than once in seven years.

XXXI. *And be it further enacted* by the authority aforesaid, That all offences against this Act shall be examined, heard, tried, adjudged and determined, in manner following, that is to say :—all offences committed by any field officer, shall be heard, tried and determined by the Governor of this Province for the time being, and the majority of his Majesty's Honorable Council, residing in the Province ; and all offences committed by any captain or inferior commissioned officer, shall be heard, tried and determined by a majority of the field officers of the regiment or troop to which such captain or inferior officer shall belong ; and all offences committed by any non-commissioned officer, or private person who is by this Act obliged to bear arms, shall be heard, tried, adjudged and determined before the majority of the commissioned officers of the troop or company to which such person shall belong, at such time or times as the said officers shall think fit to assemble and meet together ; and the said commissioned officers of the said troop or company, or a majority of them, shall proceed against such offender and offenders so summoned, in the most expeditious and summary way, without observing formalities of law, only examining into the truth of the case by the examination of witnesses, upon oath, and such other evidences as can be speedily had ; and upon conviction of any offender, the said Governor and Council, or field officers, or commissioned officers, respectively, are fully authorized and empowered to levy the mulcts or penalties inflicted, by warrant of distress, and sale of the offender's goods, returning the overplus, if any there be ; but in case the offender shall refuse to produce goods, then, by warrant, to commit the offenders to the common goal in Charlestown ; which warrant shall be in the words following, that is to say :

margin note: *Offenders, how to be tried.*

SOUTH CAROLINA,

By ———— commission officers of the ———— company of foot in ———— parish, commanded by ————.

To THE SERGEANTS OF THE SAID COMPANY, AND TO THE KEEPER OF THE COMMON GOAL IN CHARLESTOWN.

*Whereas,* A B, a person enlisted and liable to bear arms in the said company for ————, it is by us duly adjudged that he, the said A B, has forfeited, for the offence aforesaid, the sum of ————, current money, which sum the said A B has neglected to pay by the space of ten days next after the adjudication. These are, therefore, in his Majesty's name, to charge and command you, and each of you, forthwith to apprehend the body of the said A B, and him safely convey to the common goal in Charlestown, and that you deliver him to the keeper of the said goal, together with this warrant, commanding you, the said keeper, to receive the body of the said A B, and detain him in your custody, without bail or mainprize, until he shall pay and discharge the fine aforesaid, together with all costs and expenses attending the execution hereof, and the charge of his detainer in custody—hereof fail not.

If the warrant be against the goods of offenders, &c., then after the within recital of the procedure, say :

These are, therefore, in his Majesty's name, to command and require you, and each of you, that you levy and cause to be made, of the goods and chattels of the said A B. the said sum of ————, and the same goods you

APPENDIX.                                657

*Acts relating to the Militia.*

expose to sale, and sell at public outcry, first giving three days notice of such sale ; and out of the monies therefrom arising, you are first to deduct and keep the said sum of ———, and all reasonable charges and expenses, and the overplus, if any there be, you shall return or tender to the said A B ; and this shall be your warrant.

And in case it shall so happen; that if any person or persons against whose body such warrant shall be granted as aforesaid, shall be refractory, and refuse to give obedience thereunto, the marshals or sergeants aforesaid, or other person or persons to whom such warrant shall be directed, are hereby empowered, by forcible means, to compel such offender to the common goal; and all the charges and expenses which shall attend the execution of the warrant of commitment aforesaid, shall be taxed and ascertained by any justice of the peace in Charlestown, who is hereby required to do the same without fee or reward ; and such taxation shall be delivered to the keeper of the said goal, together with the said warrant, and such offender shall remain in prison, without bail or mainprize, until the said fine or mulct, and the charges and expenses so taxed, shall be fully paid and satisfied.

XXXII. And *whereas*, it has been heretofore found difficult personally to summon defaulters in the parish of St. Philip, Charlestown. *Be it therefore enacted* by the authority aforesaid, That the sergeants of the several companies in the said parish only, shall leave the following notice at the respective places of abode of such offenders, and the same shall be deemed, to all intents and purposes, equal to a personal service. *[Form of summons.]*

" You, A B, are hereby summoned to be and appear before the commissioned officers of the company in which you are enrolled, commanded by ———, on ——— next, at the house of ———, to shew cause, if any you have, why you should not be fined ; (here insert the offence,) of this fail not, at your peril."

XXXIII. A*nd be it further enacted* by the authority aforesaid, That all fines of the common men for non-appearance at general musters, shall be paid and applied to the use of the respective sergeants of the companies in which any neglect of appearance at general musters shall happen ; and also all other fines, mulcts, penalties and forfeitures which shall be inflicted, levied or recovered, by virtue of this Act, shall be applied and disposed as follows, that is to say :—all fines and penalties, not exceeding three pounds, current money, in the foot service, shall be paid and applied to the use of the sergeants ; and all fines not exceeding five pounds, current money, incurred by any person in the troop or troops, to the marshal of the respective company or troop to which the person on whom the fine or fines shall be inflicted doth belong ; and all fines and penalties exceeding the said sum of three pounds and five pounds, current money, respectively, shall be and enure to the use of his Majesty, to be applied to the maintaining and keeping in repair the public arms of this Province, to be paid in to the public treasurer, to be issued by the direction of the General Assembly. *[Fines, how to be applied.]*

XXXIV. A*nd be it further enacted* by the authority aforesaid, That the marshal of each respective troop for the time being, shall be, and is hereby, authorized and required to execute, or cause execution to be done, of all warrants, orders and receipts which shall be issued by the Governor and his Majesty's Council, for the recovering the penalties, mulcts and forfeitures inflicted by this Act ; and the marshal of each respective troop, and the sergeant or sergeants of the respective companies, shall respec- *[Warrants, how to be executed.]*

VOL. IX—83.

APPENDIX.

A.D. 1747.                      *Acts relating to the Militia.*

tively, execute, or cause execution to be done, of all other warrants and
precepts issued for the purposes aforesaid. *Provided, nevertheless,* that no
execution against the body or goods of any offender, shall be issued till
such person against whom the adjudication as aforesaid shall be made,
have refused or neglected to pay their respective fines as aforesaid, by the
space of ten days next after such adjudication; anything hereinbefore con-
tained to the contrary notwithstanding.

XXXV. *And be it further enacted* by the authority aforesaid, That in
Penalty for not case any person who shall be duly nominated and appointed marshal of a
executing war- troop, or sergeant of a company, shall, after notice of such nomination or
rant.          appointment, refuse or neglect to execute any warrant or precept issued in
pursuance of the direction of this Act, and to him or them directed, for
the space of twenty days after the receipt of the same, the said marshal
or sergeant shall, respectively, forfeit for each offence, the sum of ten
pounds, current money, to be recovered and disposed of as aforesaid.

XXXVI. *And be it further enacted* by the authority aforesaid, That
Extra-parochi-  in case any male person who has been in this Province for the space of
al persons,     three months, shall settle himself and reside in any extra parochial place,
where to        or any part of the Province where the bounds of the counties or parishes
muster.         are not certainly known or ascertained, every such person shall be entered,
enlisted and enrolled in the company of the parish or division which is
nearest to the residence or habitation of such person, and such person
shall be deemed and adjudged as belonging to such nearest company, to
all intents and purposes whatsoever.

XXXVII. And *whereas,* it hath been found by experience that several ne-
List of slaves  groes and other slaves have, in times of war, behaved themselves with
to be made,     great faithfulness and courage, in repelling the attacks of his Majesty's
enemies, in their descents on this Province, and have thereby demonstra-
ted, that trust and confidence may in some instances be reposed in them.
And *whereas,* it is necessary that the male slaves in this Province should
be rendered as serviceable as possible in times of war or the invasion of a
foreign enemy: for the better effecting thereof, *Be it further enacted,* by
the authority aforesaid, That every master, mistress, owner, manager, attor-
ney or trustee of or for any slaves in this Province, shall, within six months
next after the passing of this Act, return to the captain or commanding
officer of the respective companies of the militia, in whose beat or precinct
such slaves do live or reside or are commonly used or employed, a true
and faithful list in writing, of all the male slaves of such person, or
which are under their care or management, from the age of sixteen to the
age of sixty years, and shall therein specify the names, ages and country
of such slaves respectively, according to the best of the knowledge and be-
lief of the person returning the same as aforesaid; and to the end that the
number of able male slaves may be constantly known, the said list shall be
renewed and returned as aforesaid, by the respective persons as aforesaid,
once in every year, on the first muster day after the twenty-fifth day of
March; and such lists shall be returned by the respective captains to their
respective Colonels, and by them to the Governor, Lieutenant Governor or
President, within two months after the same shall be given to the said cap-
tains respectively.

XXXVIII. *And be it further enacted* by the authority aforesaid, That the
Governor, Lieutenant Governor or President of his Majesty's Council in
And the most    this Province for the time being, be, and they are hereby, authorized and
faithful to be  empowered to direct and order the several captains of the companies of the
enlisted,       militia of this Province, from time to time, to enlist in their respective

### APPENDIX.

*Acts relating to the Militia.*

companies, such and so many of the said male slaves so to be returned to them as aforesaid, and which shall be recommended to such captains by the respective owners or managers of such slaves to be most faithful and fit for service, as the said Governor, Lieutenant Governor or President, by and with the advice of his Majesty's honorable Council for the time being, shall in their discretion think necessary for the service and defence of this Province. *Provided, always,* That the said number of slaves so to be enlisted in the several companies without the limits of the parish of St. Philip, Charlestown, do not exceed in the whole the number of one third of the white men in each respective company ; and that the number of slaves so to be enlisted in the companies within the limits of the said parish of St. Philip, Charlestown, do not exceed one half part of the number of slaves returned within the said parish, proportioned as aforesaid.

XXXIX. *And be it further enacted* by the authority aforesaid, That the said slaves so to be enlisted as aforesaid, shall be incorporated into the respective companies in which they are enlisted, and shall be taken as part thereof, and shall in time of general alarm and actual invasion of this Province, and not otherwise, be armed by the respective owners or managers of such slaves, with one sufficient gun, one hatchet, powder-horn and shot-pouch, with ammunition of powder and bullets for twenty rounds, and six spare flints, and shall be sent by their respective owners or managers to the place of rendezvous of the respective companies in which they are enlisted ; and which said slaves shall be then and there commanded and directed for the service of this Province, by the captain or other commanding officer of the company, during all such times as the said companies shall be upon actual duty or continue under arms ; and instead of a pecuniary fining, such slaves, for breach or neglect of duty, shall be subject to such corporal punishment for their offences during such time, as the majority of the commissioned officers of the respective companies shall think fit to inflict, not extending to loss of life or member. *And to serve in time of invasion, &c.*

XL. And *whereas,* it will be extremely difficult, if not impossible, so to proportion the number of the said slaves to be enlisted as aforesaid, on every particular owner of slaves in this Province, so as to make the same an equal burthen on all the owners : And *whereas,* it is not just that any of the members of the community should bear more than their true proportion of the hazard or expence in the defence of this Province ; therefore, for the more equal settling the same, *Be it further enacted* by the authority aforesaid, That the several owners of the said slaves so to be enlisted as aforesaid, shall be paid out of the public treasury of this Province, for the time such slaves shall be in the public service of this Province as aforesaid, after the rate of seven shillings and six pence per day for each slave. And in case it shall so happen that any slave so enlisted as aforesaid shall be killed in the service of this Province, the owner of such slave shall be paid the full value of such slave, out of the public treasury of this Province ; and in case any slave in the service aforesaid shall be only maimed and disabled, the owner shall be likewise paid out of the public treasury the full value of his loss sustained thereby ; and to the intent that such valuation may be justly and indifferently set and made between the public and the owner of the slave, the same shall be made by any three freeholders in this Province, the one to be named by the captain or other commanding officer of the company in which such slave is enlisted, another by the owner or manager of such slave, and the third by the joint nomination of the two *Their pay.*

660                              APPENDIX.

*Acts relating to the Militia.*

first freeholders named as aforesaid, and the valuation to be set or fixed by any two of the said three freeholders, and certified under their hands, shall be determinate and conclusive between the public and the respective owners.

XLI. And *whereas*, it is necessary that all due and fitting encourage-

*Reward for meritorious conduct in battle.*

ment should be given to such poor and indigent free men and servants, and also to slaves, who shall behave themselves manfully in fight against the enemy in defence of this Province ; *Be it further enacted* by the authority aforesaid, That every poor free man or white servant, who shall boldly and cheerfully oppose the common enemy, and shall in fight happen to be maimed or disabled from labour, every such poor free man or servant, upon obtaining a certificate thereof from the majority of the field officers of the regiment or troop to which such person belongs, under their hands and seals, shall from thenceforth be entitled unto, and shall yearly and every year receive out of the public treasury of this Province, during the life or abode of such person in this Province, the sum of twelve pounds proclamation money ; but if such free man so maimed and disabled, shall be a married man, then he shall be entitled to and receive out of the public treasury, during his life and abode in this Province, the sum of eighteen pounds, proclamation money, yearly ; and if it shall so happen that any poor free man that is a married man as aforesaid, or hath any child or children under the age of twelve years, shall so happen to lose his life in the service aforesaid, that then the widow of such poor free man shall thenceforth during her widowhood and residence in this Province, or the children of such poor free man, (where there is no widow) under the age aforesaid, until they attain the said age, shall be entitled to and receive out of the public treasury of this Province, the sum of twelve pounds, proclamation money, yearly ; and the field-officers and any two captains in the regiment to which such person belongs, associating themselves together, and certifying the same under their hands, are hereby declared to be proper judges of the poverty or indigence of every person so maimed and disabled, or killed, so as to entitle them or their widows and children, respectively, to the respective bounties or allowances as aforesaid ; and every white servant in the said companies, and also every negro or other slave so enlisted as aforesaid, who shall actually engage the enemy in times of invasion of this Province, and shall couragously behave themselves in battle, so as to kill any one of the enemy, or take a prisoner alive, or shall take any of their colours, every such white servant and slave shall, upon due proof thereof, either by certificate of a field officer, or captain of any company, under his hand, who shall happen personally to see the action, or shall be informed thereof by the oaths of two creditable white persons, shall be, and he is hereby declared to be, from thenceforth free and absolutely discharged from all slavery and service whatsoever; and the owner or owners of such white servant and slaves so declared to be free, shall be satisfied for the full value of such white servants and slaves out of the public treasury of this Province, such valuation to be made and set in the same manner as is herein before directed for the valuation of slaves killed in the service ; but in case any such enlisted slaves shall manfully behave themselves in fight with the enemy, but shall not have such success as to kill or take any enemy or any of their colours, but who shall yet remarkably behave him or themselves in the engagement so as to deserve public notice, every such slave, upon obtaining a certificate thereof, under the hand of any field

## APPENDIX.

### *Acts relating to the Militia.*

officer, who shall certify such action, either from their own personal knowledge, or upon the oaths of any two creditable white servants, shall be entitled to and receive from the public treasurer, yearly, and every year, a livery coat and pair of breeches made of good red negro cloth, turned up with blue, and a black hat and a pair of black shoes, and shall that day in every year during their lives on which such action shall be performed, be freed and exempted from all personal labor and service to their owner or manager.

XLII. And to the intent that the encouragements herein before mentioned to be given to poor free men, servants and slaves, to behave themselves faithfully and courageously in the service of this Province, in times of war or invasion, may be more publicly known, *Be it further enacted* by the authority aforesaid, That the clauses in this Act relating to such encouragement, together with this clause, shall be publicly read by the respective captains of each company of the militia of this Province, at the head of their companies, on the next muster day of their respective companies, after the twenty-fifth day of December next after the passing of this Act; and every captain that shall neglect to publish the same as aforesaid, shall forfeit and pay the sum of ten pounds, current money, to be recovered by the church wardens of the respective parishes where such omission shall be made, by warrant under the hand and seal of any justice of the peace in the said parishes, and such forfeiture shall be applied by the said church wardens respectively to the use of the poor of the parish in which such offence is committed.

XLIII. *And be it further enacted* by the authority aforesaid, That every master, mistress, owner, manager, attorney or trustee of or for any slave or slaves as aforesaid, who shall refuse or neglect to make out and give in, and from time to time to renew, a list of their several male slaves, as aforesaid is directed, every such owner and manager shall, for every such refusal or neglect, forfeit and pay any sum not exceeding twenty pounds, current money; and every such owner or manager, residing where such slaves are employed, who shall refuse or neglect to send or bring his said slaves that shall be enlisted in the militia as aforesaid, at all times of alarm and invasion, to the place of rendezvous of the respective companies in which such slaves shall be so enlisted, after such owner or manager hath had notice of such slaves being enlisted in the said companies, from the captains of such companies, every such owner and manager shall respectively, for every such refusal or neglect, for every such slave so enlisted, forfeit and pay the sum of one hundred pounds, current money; which said forfeitures shall be recovered by a warrant under the hands of a majority of the field-officers of the regiment to which such persons belong, and be paid and applied to such uses as the General Assembly shall direct and appoint.

XLIV. And *whereas*, there hath been lately erected and put into good order, for the better defence of the said Province, two batteries or bastions, the one called Broughton's battery, on the White Point, at the South end of Charlestown, in the said Province, and the other Craven's bastion, at the North end of the said town, on which several cannon have been mounted. And *whereas*, it is necessary that two master-gunners be appointed for the same, to take care of the cannon and other warlike stores that are and may be lodged in the said batteries, respectively, that the same may be always in order and readiness, upon all occasions. *Be it further enacted* by the authority aforesaid, That one master gunner for each of

*Penalty on owner of slaves for neglect.*

662

APPENDIX.

A. D. 1747.

*Acts relating to the Militia.*

**Gunners to be appointed.**

the said batteries, shall be nominated and appointed by the Governor, Lieutenant-Governor or President for the time being, who shall constantly live and reside in the said batteries, respectively, and have the use of the houses therein erected, and shall be obliged, for the salaries or allowances to be from time to time provided by the General Assembly of this Province, to observe and perform the duties of master gunners, respectively, of the said batteries, and shall be, and are hereby, obliged to take care of and keep in good order all the warlike stores in the said batteries, respectively, in such sort and manner as the same at all times may be fit and ready for service, upon pain of forfeiting their pay, which shall be due at any time when any neglect or omission of their duties shall be known or discovered. And *whereas,* the captain or master gunner of Granville's bastion, who will also have under his care and direction the cannon mounted and to be mounted on the Curtain Line, on the Bay of Charlestown, the said captain or master gunner of Granville's bastion and the Curtain Line aforesaid, shall have an allowance or salary of two hundred pounds, current money, per annum, and shall be held and obliged to take care and keep in good order, at all times, fit and ready for service, all the warlike stores in Granville's bastion aforesaid, and on the said Curtain Line, or that shall be necessary to be employed in the use of the cannon there, upon pain of forfeiting his pay for every omission or neglect aforesaid;

**Fortifications to be inspected.**

XLV. And to the end that this part of this Act may be more particularly observed, *Be it further enacted* by the authority aforesaid, That the commissioners of the fortifications for the time being, or a majority of them, are hereby authorized and empowered, from time to time, and at all such times as they shall think fitting, to repair to and view the cannon and other warlike stores kept in or for the use of the said batteries and bastions, and curtain line, respectively, and to inspect and see whether the same are kept in such good and sufficient order, according to the true intent and meaning of this Act, as they ought to be, and upon any omission or neglect of duty of the said master gunners, respectively, to certify the same under their hands, to the Governor, Lieutenant-Governor or President for the time being, in order to such master gunners being removed from their respective trusts and employments; and from the date of such certificates, the salaries of such master gunners, respectively, shall be stopped.

**Certain companies to be exercised in the use of cannon.**

XLVI. And that the inhabitants of St. Philip, Charlestown, and James Island, may be the better trained and exercised in the use of great guns, *Be it enacted* by the authority aforesaid, That the several companies of the regiment of St. Philip, Charlestown, and James Island company, respectively, shall, once in every six months, on a muster day, by their respective officers, be trained and exercised in the use of the cannon or great guns; the regiment of Charlestown in the said batteries, respectively, and James Island company at fort Johnston; and the several men in or belonging to the said companies, respectively, as well on such training and exercising days as at all other times when the said companies shall be lawfully commanded to rendezvous at such batteries and at fort Johnston, shall be, and they are hereby obliged to be, obedient to all the lawful commands of their respective officers therein, upon pain of incurring the same penalties as are by this Act inflicted in other cases for breach or neglect of duty when such companies are under arms.

XLVII. *And be it further enacted* by the authority aforesaid, That if any person or persons whatsoever shall be sued, impleaded, molested or

APPENDIX.

668

*Acts relating to the Militia.*

A. D. 1747.

prosecuted for any matter, cause or thing whatsoever, done or executed, or caused to be done and executed, by virtue of or in pursuance of this Act, and all and every person or persons who shall or may, by the command, or in aid or assistance of any person who shall do or execute, or cause to be done and executed, any matter or thing, by virtue of or in pursuance of this Act, shall and may plead the general issue, and give this Act and the special matter in evidence ; and in case the plaintiff or prosecutor shall suffer a discontinuance, enter a *noli prosequi*, suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit, for which any court in this Province where such prosecution shall be brought, are hereby fully authorized and empowered to give judgment and award execution accordingly. *General issue may be pleaded.*

XLVIII. *And be it further enacted* by the authority aforesaid, That one Act of the General Assembly of this Province, entitled "An Act for the better regulating the militia," passed the eleventh day of March, one thousand seven hundred and thirty-seven ; and one other Act, entitled "An additional and explanatory Act to an Act for the better regulating the militia of this Province," passed the third day of April, one thousand seven hundred and thirty-nine ; and one other Act, entitled "An Act for the further security and better defence of this Province," passed the eighteenth day of September, one thousand seven hundred and thirty-eight, be, and they and every of them are hereby, repealed, annulled and made void, to all intents and purposes whatsoever ; anything in the said Acts, or either of them, or in any other Act, contained, notwithstanding. *Former Acts repealed.*

XLIX. *And be it further enacted* by the authority aforesaid, That this Act shall be and continue in force for and during the space of five years, and from thence to the end of the next sessions of the General Assembly, and no longer.

HENRY MIDDLETON, *Speaker.*

*In the Council Chamber, the* 13*th day of June,* 1747.

*Assented to :*     JAMES GLEN.

Continued by Act of 1753 for two years ; and revived and continued for five years by Act of 1759. Expired.

Connecticut

Conn
F
97
.C7
v. 15
1775/1776

THE

# PUBLIC RECORDS

OF THE

# COLONY OF CONNECTICUT,

From May, 1775, to June, 1776, inclusive,

WITH THE JOURNAL OF THE COUNCIL OF SAFETY FROM JUNE 7, 1775,
TO OCTOBER 2, 1776,

AND

AN APPENDIX CONTAINING SOME COUNCIL PROCEEDINGS, 1663–1710.



TRANSCRIBED AND EDITED IN ACCORDANCE WITH A RESOLUTION OF
THE GENERAL ASSEMBLY,

## BY CHARLES J. HOADLY, LL.D.,

STATE LIBRARIAN.

HARTFORD:
PRESS OF THE CASE, LOCKWOOD & BRAINARD COMPANY.
1890.

DOES NOT CIRCULATE

*And it is further provided,* That the provisions of this act shall not extend to include or affect the 24th regiment of militia in this Colony.

[526] An Act for encouraging the Manufactures of Salt Petre and Gun Powder.

*Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That there shall be given and paid out of the Colony treasury a premium or bounty of ten pounds for every hundred pounds weight of good and merchantable salt petre or nitre that shall be made and manufactured in this Colony between the first day of June 1776 and the first day of January 1777, and so in proportion for a greater or lesser quantity : Always provided, That in case any proprietor of salt petre works or manufacturer of salt petre shall, upon application and request made to him by any person or persons, neglect or refuse to communicate a full account of the materials out of which and the process by which such salt petre or nitre is made, such proprietor or manufacturer shall not be entituled to have or receive the aforesaid bounty or premium for any salt petre or nitre he shall make ; anything herein contained notwithstanding.

*Be it further enacted,* That a suitable number of inspectors of salt petre or nitre be appointed by the General Assembly, and that the claimants of the premium or bounty given by this or any former act for the manufacture of salt petre or nitre shall procure the salt petre or nitre by them made to be inspected by one or more of said inspectors, and shall also make oath before such inspector, which oath such inspector is hereby enabled to administer, that such salt petre or nitre was made and manufactured in this Colony out of materials collected therein by him or them, or for his or their account, and that no other certificate hath been had or given for the same ; and thereupon said inspector shall give to the claimant or claimants a certificate of the quantity and quality of such salt petre or nitre, and that proof hath been made as aforesaid that the same was manufactured in this Colony by such claimant or claimants ; which certificate

being laid before the Committee of the Pay-Table, they shall draw an order on the Colony Treasurer to pay such claimant or claimants the amount of the aforesaid bounty or premium on such nitre or salt petre out of the Colony treasury and charge the same to the Colony's account, who shall accept and pay such order accordingly.

*Be it also enacted,* That every town in this Colony, which hath and doth send Representatives to the General Assembly, in which salt petre or nitre works are not or shall not be erected and the manufacture of salt petre is not or shall not be carried on by some private person or persons, shall be and are hereby enjoined as soon as may be to erect one set of such works and carry on the manufacture of nitre or salt petre in the same; and that it shall be the duty of the selectmen of each town in this Colony, and they are hereby authorized and enjoined, at the expence and for the benefit of said town, to cause such works to be erected and said manufacture to be carried on in the same accordingly.

*Be it also enacted,* That no salt petre, nitre or gun-powder made and manufactured, or that shall be made and manufactured in this Colony, shall be exported out of the same by land or water without the licence of the General Assembly or his Honor the Governor and Committee of Safety, under the penalty of twenty pounds for every hundred weight of such salt petre, nitre or gun-powder, and proportionably for a greater or lesser quantity so without licence exported; to be recovered by bill, plaint or information, in any court of record in this Colony by law proper to take cognizance thereof.

And whereas it is necessary that two powder-mills be immediately erected in this Colony for manufacturing gun-powder,

*Be it further enacted by the authority aforesaid,* That a bounty or premium of thirty pounds shall be paid out of the Colony treasury to the person or persons who shall erect the first powder-mill in this Colony, and shall make and manufacture therein five hundred pounds weight of good and merchantable gun-powder; also that a bounty or premium

of thirty pounds shall be paid out of the Colony treasury to the person or persons who shall erect the second powder-mill in this Colony and make or manufacture therein five hundred pounds weight of good and merchantable gun-powder.

*Be it further enacted,* That the inspector or inspectors who shall inspect and give a certificate for any quantity of salt petre, as before directed, shall purchase and receive such salt petre for the Colony's use and benefit, and give his or their receipt therefor to the claimant or claimants, who shall be paid therefor out of the Colony treasury at such price as the General Assembly shall ascertain and affix.

And whereas it is expedient that powder-mills should be so situated as to accommodate the public in the best manner,

*Be it further enacted by the authority aforesaid,* That no powder-mill shall be erected in this Colony for the manufacture of gun-powder without the licence of the General Assembly, or in their recess of the Governor and Council, first had and obtained, under the penalty of thirty pounds for every such offence, to be recovered as the other foregoing penalties in this act are above directed to be recovered.

An Act for restraining and punishing Persons who are inimical to the Liberties of this and the Rest of the United Colonies, and for directing Proceedings therein.

[527] *Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That if any person within this Colony shall directly or indirectly supply the ministerial army or navy with provisions, military or naval stores, or shall give any intelligence to the officers, soldiers or mariners belonging to said army or navy, or shall inlist or procure any others to inlist into the service of said army or navy, or shall take up arms against this or either of the United Colonies, or shall undertake to pilot any of the vessels belonging to said navy, or in any other ways shall aid or assist them, and be thereof duly convicted before the superior court, shall forfeit all his estate, which shall be accordingly seized by order of said court for the use of this Colony; and such person shall be further punished by imprisonment in any of the goals in this Colony

USCA4 Appeal: 23-1604   Doc: 16   Filed: 10/30/2023   Pg: 47 of 113

*In the Sixteenth Year of the Reign of GEORGE the Third, KING, &c.* 1776.

*Militia.* 15

# ACTS AND LAWS,

Paffed by the Great and General Court or Affembly of the Colony of the *Maffachufetts-Bay,* in *New-England:* Begun and held at *Watertown,* in the County of *Middlefex,* on *Wednefday,* the Nineteenth Day of *July,* Anno Domini, 1775. And from thence continued by Adjournments to Wednefday the Twenty-ninth Day of *November* following, and then met.

## CHAP. I.

An Act for forming and regulating the Militia within the Colony of the *Maffachufetts-Bay,* in *New-England,* and for repealing all the Laws heretofore made for that Purpofe.

Preamble.

WHEREAS it is not only the Interest, but the Duty of all Nations to defend their Lives, Liberties and Properties in that Land which the Supreme Ruler of the Univerfe has beftowed on them, against the unlawful Attacks and Depredations of all Enemies whatever; especially those who are moved by a Spirit of Avarice or Despotism:

And whereas the Honorable American Congrefs have recommended to the United Colonies to put the Militia into a proper State for the Defence of America:

And whereas the Laws now in Force, respecting the Regulation of the Militia, have been found insufficient for the Purposes aforesaid:

1. It is therefore enacted by the Council, and House of Representatives in General Court affembled, and by the Authority of the fame, That the several Laws, and the several Paragraphs and Claufes of all and every the Laws of this Colony, enforcing, or any Ways relating to the Regulation of the Militia, be, and hereby are repealed, and declared null and void.

repealing former Laws.

And be it further enacted by the Authority aforesaid, That that Part of the Militia of this Colony, commonly called the Training-Band, fhall be conftituted of all the able-bodied Male Perfons therein, from fixteen Years old to fifty, excepting Members of the American Congrefs, Members of the Council, and of the House of Representatives for the Time being, the Secretary of the Colony, all Civil Officers that have been, or fhall be appointed by the General Court, or either Branch of it, Officers and Students of Harvard-College, Minifters of the Gospel, Elders and Deacons of Churches, Church-Wardens, Grammar School-Mafters, Mafters of Arts, the Denomination of Chriftians called Quakers, Select-Men for the Time being, those who have by Commiffion under any Government or Congrefs, or by Election in Purfuance of the Vote of any Congrefs of the Continent, or of this, or any other Colony, held the Poft of a Subaltern, or higher Officer, Perfons while actually employed as Mafters of Veffels of more than thirty Tons Burthen, other than Fifhing Veffels, and Veffels coafting in this Colony, and to and from this Colony to the other New-England Governments, Conftables, and Deputy-Sheriffs, Negroes, Indians and Mulatoes, and fhall be under the Command of fuch Officers as fhall be chofen, impowered and commiffioned over them, as is by this Act provided; and the Select-Men, or the major Part of them of each Town, fhall be, and hereby are impowered by

The Training Band.

Perfons excepted.

E                                                                                       *Writing*

Digitized from Best Copy Available

*1776. In the Sixteenth Year of the Reign of* GEORGE *the Third, KING, &c.*

16                                   *Militia.*

Writing under their Hands, to excuse from Time to Time such Physicians, Surgeons, Ferrymen and Millers in their respective Towns, from common and ordinary Trainings, as they shall judge it necessary to excuse: And the Council aforesaid shall from Time to Time, as may appear to them necessary, divide the Militia of each County into Regiments, and alter and divide such Regiments *The Council* from Time to Time, as they shall judge expedient, after having taken the *to divide the* Opinion, during any Session of the General Court, of such Members of the *Militia from* House as belong to the County where the Division or Alteration is to be made, *Time to Time* and as shall be present at the Time of such Consultation.

2. *And be it further enacted by the Authority aforesaid,* That there shall be chosen by Ballot from Time to Time, as may be necessary, by either the Council, or House of Representatives of this Colony, with a Negative always resting *Three Major-* in either House of Assembly, Three Major-Generals, to rank and command as *Generals to* first, second and third, over the whole Militia thereof ; which Major-Generals *be chosen by* when so chosen and concurred, shall be commissionated to said Office by the *Ballot of ei-* major Part of the Council aforesaid, and the Rank of each of said Generals shall *ther House.* be expressed in his Commission, and said first Major-General, and each of the other Major-Generals shall at all Times have Power in the Absence of their Superior (and not having Orders to the contrary) to draw forth the said Militia, or any Part of them, as the said Generals, or the first in Rank of them present shall judge expedient and necessary for the immediate Defence of this, or any of the United Colonies of America : And the Officers and Soldiers of said Mi- *Their Power.* litia, shall pay entire Obedience to their Commands accordingly, under the Penalties hereafter provided in this Act. *Provided always,* That the said Generals and all other Officers of said Militia, shall at all Times be under the Command of the major Part of the Council, and shall in drawing forth, or retaining *To be under* in Service the said Militia, or any Part of them, be subject to such Orders and *the command* Instructions, as they may receive from the said major Part of the Council ; un- *of the Coun-* less when the said Militia, or any Part of them, shall be without the Limits of *cil.* this Colony, they should receive Orders from the House of Representatives for the Time being, to return ; and whenever the said Militia, or any Part of them, shall be without the Limits of this Colony, the said House of Representatives shall have full Power and Authority to give Orders for their Return ; to which Orders the said Militia, and all the Officers thereof, are hereby required to yield strict Obedience, any Orders to the contrary notwithstanding.

*One Briga-* 3. *And be it further enacted by the Authority aforesaid,* That the Council or *dier General* House of Representatives, shall from Time to Time as may be necessary, by *to be chosen* Ballot, choose one good and able Brigadier in each County in this Colony, *in each Coun-* where there shall be more than one Regiment (and where there is but one Re- *ty, in the* giment in a County, the Council shall join such Regiment to the Militia of *same Manner.* any other County as they shall see fit) and such Persons so chosen and concurred, shall be commissionated by the major Part of the Council, in which Commission *His Power.* the Rank of each Brigadier shall be expressed : And the said Brigadiers shall have the same Command over their respective Brigades, as the first Major-General has over the Militia of the whole Colony ; and when two or more of said Brigades, or any Number of said Militia shall be together embodied upon any Alarm, the first Officer in Rank who shall be present, shall have the chief Command of the whole.

4. *And be it further enacted by the Authority aforesaid,* That there shall be *Col. Lt. Col.* chosen, appointed and commissionated, (as is provided and directed by this Act *& two Majors* for the Choice and Appointment of General Officers) over such Regiment in *to be chosen* this Colony, one Colonel, one Lieutenant-Colonel, and two Majors ; And the said *in the same* Field Officers so appointed and commissionated, or the major Part of them, shall *Manner.* forthwith divide and set off the respective Regiments into Companies, as they shall judge expedient, to consist as near as conveniently can be, of sixty-eight Privates, exclusive of those of the Alarm List, and to determine the Rank of each and every Company. *Provided nevertheless,* That no Soldier shall be obliged,

Digitized from Best Copy Available

*In the Sixteenth Year of the Reign of* GEORGE *the Third, KING, &c.* 1776.

## Militia.

17.

obliged, without his Consent, to join a Company belonging to any Town in which he has not his usual Place of Abode, unless where there shall not be Privates enough to make a Company of thirty Soldiers, including Officers; in which Case, as also where there are any Persons belonging to a Place not incorporated, they shall be joined to such Company as the Field Officers of the Regiments within which they are, shall see fit. And the Inhabitants of every Town now in, or that shall be in the Continental Army, shall be deemed to belong to, and be a Part of the Companies in their respective Towns, and excused from Duty in the Militia, whilst they continue Part of the Army aforesaid; and each Company, when so formed and set off, shall, together with those of the Alarm List, within the Limits of the same, by Ballot, in the Presence of one of their Field Officers, who shall cause them to be duly notified for that Purpose, and shall preside as Moderator, choose one Captain, and two Lieutenants; which Choice shall immediately be certified to the Secretary by said Field-Officers; and the major Part of the Council thereupon, unless some material Objection against such Choice for any corrupt Practice or Irregularity, shall be made at or before the Time of receiving said Certificates, shall commissionate such Persons pursuant to their Election. And all the said Officers, when so commissionated by the Council, shall in the Absence of their Superiors, have the same Power in ordering, directing and marching their Regiments and Companies, as the first Major-General has over the whole of said Militia: And the Colonel, or commanding Officer of each Regiment, shall as soon as the Captains in his Regiment are commissionated, give them respectively under his Hand in Writing, the Limits of their respective Companies, their alarm Posts, and the Manner of mustering their Companies on all Occasions.

*Persons in the Cont'l Army to be considered as belonging to the Militia.*

*Each Company to choose their own Capt and two Lieut's, who are to become commissionated by the major Part of the Council.*

5. *And be it further enacted by the Authority aforesaid,* That the Field-Officers of each and every Regiment, or the major Part of them, shall recommend to the General Court a good able and skilful Person for Adjutant of their Regiment; and if either House shall by Ballot, elect such Person for that Office, then the major Part of the said Council, shall, when concurred, commissionate him thereto. And in all Cases determinable by Field-Officers of the several giments, where there shall be the four Field-Officers of any particular Regiment present; and they shall be equally divided in their Opinions respecting such Matter—the Determination shall be according to the Opinion of the first Colonel

*An Adjutant to be recommended by the Field-Officers of each Regiment, & chosen by Ballot of either House, &commission'd by the major Part of the Council.*

6. *And be it further Enacted,* That each Company including the Alarm List, shall be called together by their Captain, or commanding Officer, as soon as may be, for the Purpose of choosing one Clerk, four Serjeants, four Corporals, one Drummer, and one Fifer; and when it shall appear to the Commission Officers of any Company, that either of said Non-commissioned Officers shall neglect his Duty, they may remove and diminish him from his Office, and call upon their Company, including the Alarm List, to choose another in the Room of such Delinquent; and if the said Company, being called together for that Purpose, shall at any Time neglect, or refuse immediately to proceed to the Choice of one, or more Non-commissioned Officer or Officers, so ordered to be chosen—the Commission Officers of such Company, or the major Part of them, shall by Warrant under their Hands in Writing, appoint said Non-commissioned Officer or Officers, which the said Company shall have refused to choose as aforesaid.

*Non-commission'd Officers to be chosen by the Company.*

7. *And be it further enacted by the Authority aforesaid,* That each and every Officer, and private Soldier of said Militia, not under the Controul of Parents, Masters, or Guardians, and being of sufficient Ability therefor, in the Judgment of the Select-Men of the Town wherein he has his usual Place of Abode, shall equip himself, and be constantly provided with a good Fire-Arm, with a Steel or Iron Ramrod, and a Spring to retain the same, a Worm, Priming Wire and Brush, and a Bayonet fitted to his Gun, a Scabbard and Belt therefor, and a Cutting Sword, or a Tomahawk or Hatchet, a Pouch containing a Cartridge Box, that will hold fifteen Rounds of Cartridges at least, a Hundred Buck Shot, a Jack-Knife and

*Articles of Equipments.*

Tow

Digitized from Best Copy Available

*1776.* In the Sixteenth Year of the Reign of GEORGE the Third, KING, &c.

## 18                               Militia.

Tow for Wadding, fix Flints, one Pound of Powder, forty Leaden-Balls fitted to his Gun, a Knapfack and Blanket, a Canteen or Wooden Bottle fufficient to hold oneQuart.        nd all Parents, Mafters and Guardians, fhall furnifh and equip thofe of the Militia which are under their Care and Command, with the Arms, Equipments, and Accoutrements aforefaid : And where the Selectmen of any Town fhall adjudge any Perfon belonging to the Militia of their Town unable to equip, and arm himfelf as aforefaid, fuch Selectmen fhall in Writing under their Hands certify the fame to the Captain or commanding Officer in whofe Company fuch Perfon may be, and fhall at the Expence of fuch Town provide for, furnifh, arm and equip fuchPerfon with fuchArms andEquipments ; which Arms fo provided by fuch Selectmen, fhall be the Property of the Town at whofe Expence they fhall be provided ; and if any Non-commiffioned Officer or Soldier, fhall embezzle or deftroy the fame, he fhall be punifhed at the Dif-cretion of the Juftice, or Court before whom he may be convicted thereof, by paying double the Value of the Arms or Accoutrements fo wilfully deftroyed or embezzled ; and on Default thereof, to be publickly whipped not exceeding twenty Stripes : And theSelectmen of each and everyTown fhall provide at the Expence of the Colony, and depofit and keep in fome fafe Place for the Ufe of theMilitia upon an Alarm—one fixteenthPart fomanySpades, orIron Shovels with Handles, and fitted for Service, as there are Rateable Polls in their Town ; one half as many narrow Axes as Spades and Iron Shovels, and as many Pick-Axes, as narrow Axes, all fitted for Service, and at the Coft and Charge of their respective Towns ; oneDrum, and oneFife for eachCompany therein. And the Freeholders and Inhabitants of each and every Town in this Colony, qua-lified by Law to vote in Town-Meetings, are hereby impowered at a Meeting regularly warned for that Purpofe, to raife Money by Tax on the Polls and Eftates of the Inhabitants of their Towns, to defray all Charges arifing on faid Towns in Confequence of this Act.

*Poor Perfons to be equipt at the Ex-pence of their Town.*

*Penalties for Embezzle-ment of fuch Equipments.*

8. *And be it further enacted by the Authority aforefaid*, That each and every Commiffion Officer of faid Militia, who fhall not within one Month next after receiving his Commiffion, provide for, arm and equip himfelf with fuch Arms and Accoutrements, as is by this Act directed, fhall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office.   And every commiffioned Officer, who fhall be depofed from his Office in the Militia for Neglect of Duty, or other Mifdemeanor, as by this Act is provided, fhall re-ceive no Benefit from any Commiffion, which he fhall be thus incapacitated to execute to exempt him from Military Duty.

*Penalty for Commiffion Officers neg-lecting to e-quip them-felves.*

9. *And be it further enacted*, That the Clerk of each and everyCompany of faid Militia, fhall once every fixMonths after the Time of hisChoice or Appointment, take an exact Lift of hisCompany, and of eachMan's Equipments refpectively, and prefent the fame to theCaptain or commanding Officer thereof ; a Copy where-of the Captain or commanding Officer of faidCompany, fhall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to ; and the Colonel fhall, withoutDelay, return the Number therein contained to theBriga-dier, and the Brigadier fhall as foon as may be, return the fame to the firft Major-General, and he fhall forthwith return the fame to the Council.

*A Return of all theEquip-ments to be made every fix Months.*

10. *And be it further enacted by the Authority aforefaid*, That everyBrigadier fhall review each Regiment of his Brigade *twice* a Year, and oftner if the Coun-cil fhall order it, and onDefault thereof, fhall be liable to be removed from his Office : And when the Captain or commanding Officer of anyCompany of fuch Militia fhall choofe to call his Company together, or fhall be ordered by his fu-perior Officer to do it, to examine their Arms, or inftruct them in the Exercifes, which from Time to Time fhall by the General Court be ordered for them, he fhall notify and warn them of the Time and Place of Meeting, in fuch Manner as his Colonel fhall appoint therefor ; and each and every Company fhall be muftered eight Times a Year at leaft, including their Regimental-Mufters.

*Each Briga-dier to re-view his Bri-gade twice a Year.*

*Each Com-pany to be muftered 8 Times a Year.*

11. *And*

Digitized from Best Copy Available

In the Sixteenth Year of the Reign of GEORGE the Third, KING, &c. 1775.

## Militia.    19

11. *And be it further enacted*, That if the commanding Officer of any Regiment, shall neglect to call his Regiment together at such Time and Place, and in such Manner as his Brigadier shall order, and be thereof convicted before a Court Martial appointed, as is in this Act provided, he shall be liable to be removed from his Office; and if any Captain or Subaltern, shall prove disobedient on a Training or Mustering-Day, or shall not draw out the Company he commands, being ordered by his superior Officer thereto, he shall be liable to be removed from his Office by a Court Martial appointed, as by this Act is provided: And when any Commission Officer shall be removed from his Office as aforesaid, he shall be held incapable of holding any Military Office in said Militia, for the Space of three Years next after Sentence declared against him; and when any Captain or Subaltern shall be removed from his Office as aforesaid, the commanding Officer of the Company wherein such incapacitated Person used last to command, shall call the Company together, including the Alarm List, and direct them in the Presence of one of the Field Officers of the Regiment, who shall preside as Moderator, to choose some other Person in his Room, and the Person so chosen, on his Choice being certified, as is in this Act provided for the Choice of Captains and Subalterns, shall by the Council be commissionated accordingly. And if the said Company at any Time shall neglect or refuse to choose one or more Commission Officer or Officers for the same, after being called together for that Purpose, as is directed by this Act, the Field Officers, or the major Part of them, shall recommend to the Council such Person or Persons within the Limits of said Company, as they shall think most capable of the said Office. And the Council shall commissionate them in the same Manner as if they had been chosen by the Company; and if any Non-commissioned Officer or private Soldier, being duly notified of the Time and Place appointed for the Company to which he belongs, to meet on a Training or Muster-Day, shall unnecessarily neglect to appear with such of the aforesaid Arms, Accoutrements and Equipments, as he shall be possessed of, being ordered by his Officer to bring the same, shall pay a Fine not exceeding the Sum of *twenty Shillings*, nor less than *five Shillings*, or if he shall be Disobedient, or Disorderly on a Training, or Muster Day, he shall Pay a Fine not exceeding the Sum of *twenty*, nor less than *one Shilling*; and all Fines and Forfeitures of Money, arising by Breach of this Act, for Disobedience or Failure of Appearance on a Training Day, shall be recovered by Complaint before a Justice of the Peace, by the Clerk of the Company to which the Delinquent belongs, an Appeal being allowed to either Party, to the Inferior Court of Common Pleas, as in other Actions: And if on such Complaint, Judgment shall be given in Favor of such Clerk, he shall have his legal Cost allowed him. *Provided nevertheless*, That when any Non-commissioned Officer or Soldier, shall neglect to appear as aforesaid on a Training or Muster-Day, and shall within fifteen Days next after such Training or Muster, make his Application to the Officers of said Company, or the major Part of them, and pay such Fine as they shall order, not exceeding *twenty*, nor less than *five Shillings*, or shall obtain their Excuse, and present a Certificate of the same under their Hands to the Clerk, it shall be a Bar to any further Action or Complaint against him for such Offence.

12. *And be it further enacted by the Authority aforesaid*, That the said Militia, as well Officers, as private Soldiers, when drawn out, or ordered to be drawn out on an Alarm for the immediate Defence of this, or any other of the United Colonies of *America*, shall from Time to Time be under such Laws or Articles of War and Regulations, as shall be provided by the General Court.

13. *And be it further enacted*, That the Major-Generals and Brigadiers of said Militia, shall be amenable to, and triable before the Council of the Colony, for all Crimes and Misdemeanors in their Office, and for Treachery, Cowardice, Fraud, or Neglect of Duty, and lawless Exercise of Power, shall be liable to be removed from their Offices respectively.    And if any Field Officer shall be guilty

*Penalty for Colonels neglecting to call their Regiments together.*

*Penalty for non-commissioned Officers and Soldiers neglecting to appear, &c.*

*The mode of recovering Fines & Forfeitures arising by breach of this Act.*

*The Militia to be under such Laws as shall be provided by the General Court.*

*All the Generals to be amenable to and triable before the Council for all Crimes & Misdemeanor in their Office*

F

Digitized from Best Copy Available

1776. *In the Sixteenth Year of the Reign of* GEORGE *the Third,* KING, &c.

20            *Militia.*

*Field Officers to be tried for Breach of Duty before a Court-Martial of Field Officers.*

guilty of any Misdemeanor, or Breach of Duty in Violation of this Act; the Brigadier, to whose Brigade he belongs, shall appoint a Court Martial, consisting of a Majority of the Field Officers of the same Brigade, to try him : And when any Captain, Adjutant or Subaltern, shall be guilty of Breach of Duty, or Misdemeanors against this Act, the Colonel, or commanding Officer of the Regiment he belongs to, shall order a Court Martial, to consist of a Majority of the commissioned Officers of the same Regiment, who live nighest to the Delinquent, to try him ; which Court Martial shall respectively have full Power, for Treachery, Cowardice, Fraud, Failure of Duty, or wanton Exercise of Power, to remove from his Office such Commission Officer or Officers.

*Captains and Subalterns by a Court Martial of commissioned Officers.*

14. *And whereas Bribery and Corruption has been the Destruction of many great and opulent Nations, and therefore every Species thereof should be discountenanced by a virtuous and patriotic People : And whereas on treating the Election of Officers has a manifest Tendency to injure a free People, and does on Training Days, in a great Measure, subvert the Design of calling the Militia together :*

*Penalty for Bribery.*

*It is therefore enacted by the Authority aforesaid,* That if any Officer, on any Training or other Muster Days, shall give, or provide any Treat of Victuals or Drink, for the Company he commands, directly or indirectly, he shall be liable to be removed from his Office, by a Court Martial, as by this Act is provided for other Offences.

*Penalty for firing Guns unnecessarily on Training Days.*

15. *And be it further enacted,* That no Soldier, or Non commissioned Officer, shall unnecessarily discharge or fire his Gun on a Training or Muster Day, without the express Order or Licence of his Superior Officer, under such Penalty, as is herein provided for Disobedience, or disorderly Behaviour on such Days.

*Commanding Officer to affirm the Sentence of Courts Martial.*

16. *Be it further enacted,* That no Sentence of any Court Martial shall be put in Execution, without being affirmed by the Officer who shall have appointed the same.

17. *And whereas by the first Section of this Act, certain Orders of Men are exempt from common and ordinary Trainings : And whereas the present Situation of this Colony calls loudly for the Aid of all its Inhabitants ; and many of those Persons who are by said Section so exempted, and others not included in that Part of the Militia, called the Training Band, are able and willing to fight in Defence of their Country :*

*Who constitute the Alarm List.*

*It is therefore enacted by the Authority aforesaid,* That all the Male Persons from sixteen Years of Age to sixty-five, not included in that Part of the Militia called the Training Band, and exempted by the first Section of this Act, from common and ordinary Training, shall constitute an Alarm List in the Colony ; excepting Members of the Council, of the House of Representatives, and American Congress, for the Time being, the Secretary of the Colony. Ministers of the Gospel, the Denomination of Christians called Quakers, Selectmen for the Time being, and Negroes, Indians and Molatoes ; and if of sufficient Ability, in the Judgment of the Selectmen of the Town, where they have their usual Place of Abode, shall respectively provide for, and equip themselves with such Arms and Accoutrements, as by this Act is directed for those of the Training Band, in the Militia aforesaid ; and shall, in case of an Alarm, be under the Command of such Officers of the Militia, as by this Act is directed. *Provided,* that no Person above sixty Years of Age, nor such Millers and Ferrymen, as the Selectmen of their Town shall judge necessary to excuse therefrom, shall be compelled to march out of the Town wherein they have their usual Place of Abode.

*Persons excepted.*

*The Alarm List to serve in Time of Action in a separate Corps.*

*Provided also, and it is enacted by the Authority aforesaid,* That all such Persons belonging to the Alarm List, who are by this Act liable, in case of an Alarm, to be called to march, and serve without the Limits of the Town where they have their usual Abode, shall not be obliged to march, or serve in the Ranks with such as belong to the Training Band List ; but, if Necessity shall require,

Digitized from Best Copy Available

## Militia.

require, shall march, and serve in a seperate Body and Corps by themselves, under the immediate Command of some Field Officer or Officers ; and shall not be subject to the Command of any Officer or Officers, inferior to a Field Officer ; nor shall the Judges, Justices and Sheriffs, in actual Commission, who shall have taken the Oath required by Law to qualify them for the Execution of their respective Offices, be subject or liable to be called out of the Towns, where they shall have their usual Abode, by any Officer inferior to the Colonel of a Regiment to which they belong : And the Clerk of each Company shall, when he takes a List of the Training Band, take an exact List of the Persons belonging to the Alarm List in his Company, and shall present the same to his Captain, with that of the Training Band ; and the Captains, and all Officers, shall make the same Return of them, as of the rest of the Militia.  And an Alarm may be made by firing three Guns one after another, or by firing a Beacon, the Drums beating an Alarm, all Persons being called upon to arm : Upon which all the trained Soldiers, and others capable to bear Arms, who are then resident in any Town, shall forthwith appear compleat, with their Arms and Ammunition, at the usual Place of Rendezvouz, or where the chief Officer shall appoint ; there to attend such Command as shall be given for the common Defence, agreable to this Act.

*Not to be subject to the Command of any Officers, inferior to a Field Officer.*

18. *And be it further enacted,* That the Captain, or commanding Officer of every Company in this Colony, shall once every six Months, on one of the Days that he shall muster those of his Company belonging to the Training Band, call those of the Alarm List, within the Limits of the same together, within the Town where they are Inhabitants, and examine their Arms and Accoutrements ; and if any such Person, belonging to the Alarm List, shall unnecessarily neglect to appear, after being duly warned, with his Arms and Accoutrements, he shall be liable to pay the same Fine, as is provided against those of the Training Band, in like Cases offending : And all Fines and Forfeitures, arising by Breach of this Act, against any of the said Alarm List, shall be recovered in the same Manner, as is provided for recovering the same against those of the Training Band, in like Case offending : And all those Persons in the Alarm List, shall be as capable of being elected to any Office in the said Militia, as if they were in the Training Band.  And no Person belonging to, or being a Part of the established Forces of the United *American* Colonies, or of this Colony, shall, during the Time of his Engagement in the Services aforesaid, be elected to, or hold any Office in the Militia of this Colony.

*Alarm List to be mustered twice a Year.*

*Penalty for neglecting to appear.*

*No Person belonging to the Army of the United Colonies, to be capable of holding any Office in the Militia.*

19. *And be it further enacted by the Authority aforesaid,* That there shall be appointed by the General Assembly, a Deputy-Commissary for every Brigade ; a Certificate of which Appointment, shall be sent them by the Secretary ; and they shall be duly sworn to a faithful Discharge of the said Office : Which Deputies shall be accountable to, and obey the Commands in Matters respecting their Office, of the Commissary of this Colony.  And when the Militia of any Town in the Colony, or a Part thereof, shall be drawn forth for the immediate Defence of this, or any of the United Colonies aforesaid, each Officer and Soldier shall provide for himself, at least three Days Allowance of Provisions : and the Selectmen of such Town shall immediately cause Carriages to attend them with further necessary Provisions, and Utensils to cook the same, and shall continue sending to the Commissary, or his Deputy, sufficient Supplies for the Part of the Militia, from their respective Towns aforesaid, until Certificates shall be given by the Commissary, or his Deputy, in the County from which said Militia goes, that the same can be otherwise supplied : And the Selectmen are directed to cause their Accounts of the Provision aforesaid, that shall be supplied by them, or such of the Utensils as shall be lost or damaged, together with the Charges of Transportation, to be laid before the General Court for Allowance, and to produce Receipts from the Commissary, or his Deputies, for such a Part thereof as shall be delivered to them respectively.

*A Deputy-Commissary to be appointed for every Brigade.*

*His Duty.*

20. *And*

Digitized from Best Copy Available

USCA4 Appeal: 23-1604    Doc: 16    Filed: 10/30/2023    Pg: 54 of 113

**Add.50**

1776.  *In the Sixteenth Year of the Reign of* GEORGE *the Third,* KING, &c.

22                          Militia.

20. *And be it further enacted,* That there shall be a Stock of Powder and Ammunition in each Town provided, and constantly kept; which shall be one Barrel of good Gunpowder, containing one Hundred Pounds, three Hundred Weight of Leaden Balls of different Sizes, and Buck Shot, and three Hundred Flints for every sixty Soldiers of the Training Band, and the same Proportion for any greater or lesser Number; and the Selectmen of every Town in this Colony, shall procure and provide such Stock of Ammunition, as soon as may be; and the Selectmen of each Town shall be, and hereby are, impowered to raise Money by Tax, on the Polls and Estates of their Town, for the Purposes aforesaid, by the same Rule as other Town Charges are assessed; and shall by Warrant under their Hands, commit the same to the Constable or Constables of their Town, who are hereby impowered and directed to collect the same, in the same Manner as is provided for the Collector of other Taxes, and shall be held to pay the same to the Town Treasurer, as other Taxes, and shall be liable, in Case of Default, to have the same levied of them by an Execution from the said Treasurer, as in other Cases of a delinquent Constable is provided : And the said Treasurer is hereby impowered to award the same.

*Powder and Ammunition to be kept in each Town,*

21. *And be it further enacted,* That there be Military Watches appointed, and kept in every Town, at such Time, and in such Places, and in such Numbers, and under such Regulations, as the Commission Officers of such Town shall appoint, or as they may receive Orders from the chief Officer of their Regiment; and that all Persons within the Training Band, or Alarm List, under sixty Years of Age, shall by themselves, or some meet Person in their Stead, to the Acceptance of the Commander of the Watch, attend the same, on Penalty of *five Shillings* for each Defect, there having been due Warning given. And the Commission Officers, or the major Part of them of any Town, are hereby ordered and directed, to proportion the Burthen of such Watches, equally on those in the Training Band, and Alarm List, excepting such as are more than sixty Years of Age as aforesaid, under the Penalty of being dealt with in the Manner provided by this Act against those who shall be guilty of Fraud, or the lawless Exercise of Power.

*And Military Watches.*

*Penalty for Neglect.*

22. *And be it further enacted,* That each and every Fine and Forfeiture arising by Breach of this Act, when recovered, shall be paid to the Treasurer of the Town in which the Person offending has his usual Place of Abode, to be by the Selectmen of such Town appropriated to the Use of purchasing Guns and Accoutrements, for those who are unable to purchase the same for themselves, and for purchasing Drums and Fifes, and to be drawn out by the Selectmen of each Town from Time to Time, as there shall be Occasion.

*The Disposition of the Fines arising by Breach of this Act.*

23. *And be it further enacted by the Authority aforesaid,* That each Brigadier of this Colony, shall keep constantly provided, at the Expence of the same, two good Field Pieces, that shall carry a Shot of not more than six, nor less than two Pounds Weight, mounted on good and substantial travelling Carriages; together with Harnesses, Rammers, Ladles, Spunges, Powder-Horns, and other necessary Accoutrements for the same; and shall also keep constantly provided at the Expence of the Colony, for each Field Piece as aforesaid, forty Rounds of Iron Shot, forty Cases of Iron or Leaden Ball, and eighty Rounds of Powder, with Cartridges for the same; and shall likewise cause a Company of Matrosses to be inlisted in his Brigade, for each Field Piece : Which Companies shall consist of thirty-six Men each, including Officers, and be chosen from two separate Regiments, and one Town in each Regiment, as the Brigadier shall direct; and shall respectively choose Captains, and other proper Officers, and be subject to the Field Officers of their respective Regiments, and to the same Laws and Regulations, as are provided in this Act, for the other Companies of the Train-Band; any Thing in this Act notwithstanding.

*Two Field-Pieces to be provided,*

*and two Companies of Matrosses to be raised in each Brigade,*

C H A P.

Digitized from Best Copy Available

*New York (State) laws, statutes, etc.*

# LAWS

OF THE

# STATE OF NEW YORK

PASSED AT THE

## SESSIONS OF THE LEGISLATURE

HELD IN THE YEARS

**1777, 1778, 1779, 1780, 1781, 1782, 1783 and 1784, inclusive,**

*BEING THE FIRST SEVEN SESSIONS.*

REPUBLISHED BY THE SECRETARY OF STATE, PURSUANT TO
CHAPTER THREE HUNDRED AND FORTY-ONE OF THE LAWS
OF EIGHTEEN HUNDRED AND EIGHTY-FIVE.

VOLUME I.



ALBANY:
WEED, PARSONS AND COMPANY, PRINTERS.
1886.

Digitized by Google

## CHAP. 33.

### AN ACT for regulating the militia of the State of New-York

PASSED the 3d of April,'1778.

Preamble.

WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions and internal commotions and insurrections;

And whereas this and the other United States of America are now invaded by foreign enemies and the safety of this State may be indangered by intestine commotions and insurrections;

And whereas it is therefore become the duty of the legislature of the State to put the militia thereof on such an establishment as will most effectually encourage a martial spirit, among the people; provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of America against hostile tyranny and oppression;

Persons to be enrolled.

Be it therefore enacted by the People of the State of New-York represented in Senate and Assembly, and it is hereby enacted by the authority of the same. That every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty (except such persons as are herein after excepted) shall immediately after the passing of this act tender himself to be enrolled as of the militia to the captain or in his absence the next commanding officer of the beat wherein he shall reside who shall inrol him accordingly and in case of delay, or neglect to make such tender as aforesaid the said captain or commanding officer shall cause such person to be enrolled and to be duly warned thereof. In order that the militia may

Enrollment to be made by captains.

receive augmentation from the annual increase of the number of the inhabitants of this State that every captain or other commanding officer of a company shall from time to time enter on the said roll every male person able bodied and free (except as herein before and after excepted) who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such inrollment to each person so inrolled respectively, by some inferior officer of the company who on oath shall be a competent witness to prove such notice. That if any dispute should arise

Disputes, how to be determined.

with respect to the age or ability to bear arms of any person it shall be determined by the captain or commanding officer of the company, with right of appeal to any person who may conceive himself aggrieved, to the colonel or commanding officer of the regiment whose determination in the case shall be final. That every person so inrolled

Equipments.

and notified shall within twenty days thereafter respectively furnish and provide himself at his own expence with a good musket or firelock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack and shall appear, so armed accoutred and provided when called out to exercise or duty as herein after directed except that when called out

Digitized by Google

to exercise only he may appear without blanket or knapsack. And if any such person shall appear to the captain or commanding officer to be too poor to arm accoutre and provide himself in manner aforesaid he shall be supplied for the purpose out of the monies to arise from the fines from time to time to accrue in the regiment to which he shall belong; and in case of deficiency thereof out of the public magazines of stores of this State by order of the person administring the government of this State for the time being.

That there shall be one brigadier general for the county of *Tryon*, one for the county of *Albany*, one for the bounties of *Gloucester* and *Cumberland*, one for the county of *Charlotte* one for the county of *Dutchess*, one for the county of *Ulster*, one for the county of *Orange*, one for the county of *Westchester*, one for the city and county of *New-York*, one for the counties of *Queens, Kings* and *Richmond*, and one for the county of *Suffolk* each of whom shall respectively have rank authority and command in the militia of this State like as a brigadier general in the army of the United States of *America*. But his command unless in the field shall not extend beyond his proper brigade. <sub>Brigadier generals.</sub>

*Provided nevertheless* That it shall be lawful for the person administring the government of this State for the time being, by and with the consent and advice of the council of appointment to appoint colonels commandant instead of brigadiers general in such of the said brigades, as the said person administring the government and council of appointment shall deem necessary and expedient. And that the said colonels commandant shall have the like command in their respective brigades with brigadiers general and when in the field shall take rank of all colonels or other officers commanding regiments and if any person so to be appointed a colonel commandant should be a colonel of a regiment of militia he shall still continue in the command of the said regiment. <sub>Colonels may be appointed commandants of brigades.</sub>

That the present division of the State into regiments and companies shall be and remain, with power nevertheless to the person administring the government of this State for the time being by general orders to be issued for that purpose to abridge or enlarge the limits of the present regiments or companies, or to form new regiments or companies as he from time to time shall think most conducive to the public service. Copies of such general orders to be filed in the clerks office of the county where the regiment or company shall be. <sub>Division of State into regiments, etc.</sub>

That each brigadier general shall have one brigade major of his own choice, each of whom shall rank as major in the militia. <sub>Brigade major</sub>

That each regiment shall have and be commanded by one colonel, one lieutenant-colonel, and one major unless in cases where it shall be thought necessary to appoint two majors with the rank authority and command to them respectively belonging as field officers. That each company shall be officered by one captain, one first lieutenant, one second lieutenant and one ensign as commissioned officers and by four serjeants four corporals one drummer and one fifer, and the staff of each regiment shall be one adjutant and one quarter master who shall respectively rank as first lieutenants. And the serjeants, corporals, drummers and fifers shall be appointed by the captains or other commanding officers of the several companies; and if any person so to be appointed a sergeant or corporal shall refuse to accept the said office he shall forfeit the sum of five pounds to be adjudged levied and disposed of in manner as is herein directed, in cases of persons neglecting squad duty. <sub>Regimental and company officers.</sub>

Digitized by Google

**64**                    LAWS OF NEW YORK.                    [Chap. 33.

**Colors.** That each regiment shall be provided with a standard or colours at the expence of the field officers, and each company with a drum and a fife, at the expence of the commissioned officers thereof.

**Troopers.** *And whereas* it is or may be necessary that some troops of horse and companies of grenadiers be kept up within this State, that therefore in each county there may be troopers not exceeding fifty officers included to be formed into one or two troops each having one captain one first and one second lieutenant, and one cornet, two serjeants and two corporals to be composed of volunteers from the foot militia of this State, or others already in the horse service, and also a company of grenadiers in each regiment of foot which may conveniently furnish the same. That the said troops of horse and companies of granadiers shall respectively be formed and composed of volunteers in the respective beats and regiments respectively inhabiting at such convenient distances from each other that they may with ease and dispatch be called out for training and, discipline, **Consent** or for service. *Provided,* That no grenadier company shall be estab-
**necessary.** lished in any regiment, except with the consent of all the field officers nor exceed sixty men officers included.

**Enlistments to be certified.** That on every such inlistment of a volunteer the captain of such troop of horse or of such company of Grenadiers do immediately certify to the captain of the beat from which such volunteer shall inlist, the inlistment of the said voluntier into the troop of horse or company of grenadiers.

**Equipments.** That each trooper shall be equipt furnished and provided with a good serviceable horse at least fourteen hands high with a good saddle, housen, holsters breast-plate and crupper a case of good pistoels, a good horseman's sword, a pair of boots and a pair of spurs and a carbine well fixed with a good belt swivel and buckets and a cartridge box to contain twelve cartridges at least. That each grenadier shall be be equipt and furnished with a grenadier's cap a good musket and bayonet a broad sword a belt, pouch or cartridge box and so equipt and furnished, they the troopers and grenadiers shall respectively be called out in squads and companies as often (for the usesand purposes intended by this law) and under the direction of their inferior and principal officers as is hereby required with respect to the rest of the militia of this State.

**Appearance at reviews, training days, etc.** That each non commissioned officer and private shall at every exercise by squads as herein after mentioned, and at every company or regimental training field day or ;eview herein after directed, attend at the place or parade alotted for the squad, company or regiment to which he shall belong armed accoutred and provided as above directed.

**Companies to be divided into squads, etc.** That the several companies of militia, horse and foot shall each be divided by the commissioned officers thereof into four squads, and one squad thereof shall be exercised and trained to discipline by the captain and the other three squads, by the other three commissioned officers of the ompany respectively, on each of which squads of foot one serjeant and one corporal and of which squads of horse one serjeant or one corporal shall attend for the purpose of assisting in exercising and training the squad, and in forming the squads, attention shall be paid to the respective places of abode of the several officers and privates of the company, by placing the privates respectively in the squad belonging to the officer nearest to whom they shall respectively reside. And the several officers are hereby authorized and required to call out their respective squads and exercise and discipline them twice a month sufficiently for their due instruction and improvement. That in order

Digitized by Google

USCA4 Appeal: 23-1604    Doc: 16    Filed: 10/30/2023    Pg: 59 of 113

to the same purpose and for compleating proper company returns every <span style="float:right">Company<br>parades.</span> captain or other commanding officer of every company of militia whether horse or foot shall once in every two months call out his company to his place of parade which shall be the most convenient for the purpose where he shall parade his company, see that the non commissioned officers and privates are properly armed accoutred equipped and provided ; note the several defaulters and sufficiently exercise and discipline the company for their due instruction and improvement. And Exemptions from if upon such exercise and discipline it shall appear to the officers squad of the said company or the majority of them that any of the said duty. men are so perfect in the exercise as that they ought to be excused from squad duty, they are hereby authorized to give such person or persons an exemption from squad duty under their hands.

That each colonel or commanding officer of a regiment shall in the Regimental parades. first or second week in *April* and in the first or second week in *November* in every year call out his regiment to his regimental parade, which shall be the place in his district the most convenient for the purpose and having paraded the same shall require from the captain or commanding officer of every beat in the regiment a return thereof expressing the exempts, and the absentees and the causes of the respective exemptions and absences, cause the said regiment except the excempts thus paraded, to be called by the company rolls and the arms, ammunition and accoutrements of each man to be examined, and the defaulters to be noted, and shall cause them to be sufficiently exercised trained and disciplined for their instruction and improvement, and shall within two weeks thereafter respectively make or cause a compleat regimental return (expressing therein by name the exempts or absentees) to be made to the governor or commander in chief for the time being until a brigadier-general be appointed to the brigade to which the regiment shall belong.

That every troop of horse, shall on every regimental field day above Troops of horse to mentioned attend and parade with the regiment under the command of parade the colonel, or other field officer of the district wherein the captain of ment. the said troop shall reside and the captain or commanding officer of the troop, shall there be required by the colonel or commanding officer of the regiment to make him a proper return of the troop in the same manner as is above directed to be required of the captain of the companies of foot belonging to the regiment cause them to be called off by the return and proper inspection to be made of their respective horses arms, ammunition and accoutrements and their respective defaults to be noted And shall cause the captain or commanding officer of the troop to train exercise and discipline the same sufficiently for their instruction and improvement, and shall include them in his regimental return aforesaid.

That every commissioned officer of the militia in this State who shall Officers neglecting omit or neglect to perform any of the duties by this act injoined on him duty to be of inrolling training exercising and disciplining in and to the use of arms court-martialed. the militia of this State or making perfect returns of the militia or not calling out to actual service the militia or any part thereof when necessary; and shall if under the rank of a brigadier be thereof convicted by a brigade court martial from the brigade to which he shall belong consisting of at least thirteen members, which court martial the brigadier is hereby authorised and required to appoint and direct to sit, and the sentence thereon be confirmed in manner herein after mentioned be *ipso facto* removed from his office and reduced to do duty in the ranks, as a foot soldier any exemption from duty to the contrary in any wise notwithstanding.

9

Digitized by Google

**66**                LAWS OF NEW YORK.                [CHAP. 33.

<div style="float:left; width:120px;">Meeting of general and field officers to review court-martial proceedings.</div>

*And be it enacted by the authority aforesaid* That the brigadier general and the field officers of each brigade shall on the second Tuesday in *January* and the second Tuesday in *June* yearly and every year meet together at such town or place within the brigade as the brigadier general shall appoint. To which meeting all sentences of courts martial in such brigades not before confirmed or disallowed shall be brought and shall by the said brigadier general or next commanding officer and field officers or the majority of them be respectively confirmed or disallowed upon determining all which the brigadier general or next commanding officer shall sit as president and shall immediately thereafter particularly report under his hand to the person administering the government of this State all such sentences as shall be so confirmed, and all brigadier generals, for offences, not particularly provided for in this law, shall be tried by a general court martial to be appointed by the commander in chief of the militia of this State and if on conviction the sentence thereof be confirmed by such commander in chief of the militia for the time being, that thereupon such brigadier general shall be removed from his office. That all sentences of courts martial so confirmed shall be by the person administring the government of this State, from time to time laid before the council of appointment to the end that they may appoint others instead of the officers so found guilty.

<div style="float:left; width:120px;">Fines for non-appearance by non-commissioned officers, etc.</div>

That every foot soldier of the said militia who shall neglect to appear when called out, without sufficient excuse shall for every such offence forfeit the sum of twenty shillings and if he shall appear wanting any of the arms ammunition or accoutrements prescribed for him by this law without sufficient excuse he shall for every deficiency forfeit the sum of eight shillings; and if any noncommissioned officer or private in any troop of horse shall be charged with either of the said offences and shall not have sufficient excuse he shall forfeit for the offence of not appearing forty shillings and for every other of the said offences sixteen shillings. That all fines to arise from offences in a squad or company only shall be adjudged of and inflicted by the commissioned officers of such company and shall be levied with costs by warrant under the hand and seal of the captain or the commanding officer respectively directed to one or more of the sergeants of the said company by distress and sale of the goods and chattels of the offender and paid by the sergeant or sergeants to the said captain of the company or commanding officer.

<div style="float:left; width:120px;">How collected.</div>

And that all fines to arise from the like offences upon the calling out of a regiment shall be adjudged of and inflicted by the field officers or the major part of them of the regiment and shall be levied, with costs by warrant under the hand and seal of the colonel of the regiment directed to one or more of the sergeants of the said regiment by distress and sale of the goods and chattels of the offenders respectively and by him paid to the said colonel or commanding officer; all which fines shall by them respectively be paid over to the quarter-master of the said regiment to be by him laid out under the direction of the field officers of the said regiment for arming accoutring and furnishing with ammunition the privates thereof in manner aforesaid; and where in any case no goods or chattels shall be found, then on such warrant such sergeant or sergeants shall take the body of the offender and him convey to the common goal of the county there to be kept in safe custody until he pay the said fine with costs and such goaler is hereby required and commanded to receive such offender with the warrant and him safely to keep until he shall have paid the said fine and costs. Which goaler shall on demand by such sergeant or sergeants pay the same to him or them and

thereupon such fines shall be disposed of in manner herein before directed for the disposal of fines.

That a captain of horse shall rank as eldest captain of the regiment **Rank.** and all officers in the militia shall take rank according to the dates of their commissions preference nevertheless being given to him who was entitled to rank, by a former commission before any other person in the same line of office with him to whom he had preference in rank by such former commission.

That from all returns, to be made by the colonels or commanding **Returns to be made.** officers of regiments respectively to the respective brigadiers general, brigade returns shall without delay be made to the commander in chief.

That one brigade, regiment, troop of horse, or company of foot (ex- **Position in line, etc.** cept grenadiers who shall form on the right of the regiment) shall not be considered as elder than or having rank or preference of the other. But each brigade regiment, troop of horse and company shall be posted and disposed of in the line on command as the commanding officer on the spot, shall on every occasion or emergency think proper.

That on every emergency of a sudden invasion by the enemy or insur- **Duty of commandants of brigades, etc., in case of invasion, etc.** rection within this State, the commanding officer of any brigade regiment or company as the case may require shall immediately draw out the militia under his command and with them oppose the enemy, or the insurgents; and that all brigades, regiments and troops of horse and foot companies of the militia shall from time to time be subject to general brigade regimental and company orders as is usual according to the course and practice of war for suddenly taking the field for the purpose aforesaid. And all such orders by any officer under the rank of commander in chief shall be reported in writing by express to the governor or commander in chief for the time being and also to the colonel or commanding officer of the regiment if given by one under his command and if given by the colonel or the commanding officer of the regiment shall be reported to the brigadier general and if given by the brigadier general to the commander in chief; all which reports shall be acted upon by the respective persons to whom the same shall respectively be made as the emergency may require, and by such persons respectively be reported with their respective doings thereon to his next superior officer and so on in succession till they reach the commander in chief.

That every person in the militia whether officer or private, when called **Pay and rations.** out into actual service either to act separately or in conjunction with the troops of the United States of *America* shall from the time of his receiving due notice thereof from his commanding officer until he be properly discharged from that Service, if and as long as he shall perform the same and until properly discharged or dismissed be allowed pay and rations, according to the continental establishment ; and on every wilful **Liable to rules and articles of war from time of receiving notice.** neglect or refusal to march after such notice as aforesaid shall be dealt with as a deserter, or having marched out on such notice, and before his proper discharge or dismission shall commit any offence or shall before such discharge or dismission desert from the corps to which he shall belong, or from his post shall for every such offence be subject to the rules and articles established by the continental congress for the better government of the troops raised or to be raised and kept in pay by and at the expence of the United States of *America* which shall be put in execution against the offender by the militia orders and authority in like manner as the same are put in execution in the continental army, against offenders therein by proper orders and authority thereof, and that in all such cases the governor or commander in chief for the time being and all militia officers subordinate to him shall and may enjoy and exercise

Digitized by Google

68                    LAWS OF NEW YORK.               [CHAP. 33.

all the powers by the said rules and articles of war given to the com-
mander in chief of the army of the United States and the several officers
subordinate to him in the said army.

**Power to order out militia.** That the governor or commander in chief for the time being shall have
power and authority from time to time in his discretion to order out the
whole or any part of the militia of this State into actual service not
only for the defence of this State but to give assistance to any of the
other United States, or to reinforce the army of the United States or any
part thereof and to cause them to march out of this State for either of
**Service out of State limited.** the said purposes; *provided always* That none of the militia of this State
shall be compelled to do duty out of the same, for a greater space of
time than forty days.

**Regular courts martial to be institu- ted.** That for the several purposes aforesaid regular courts martial and of
inquiry shall from time to time as cases may require be instituted and
formed, and general brigade and regimental orders from time to time
given upon the plan directed by the aforesaid rules and articles for the
better government of the troops of the said United States, and by the
officers in rank respectively in the militia, equal with those respectively
authorized for the purpose by the said articles of war. In respect
whereof the governor or commander in chief and all militia officers re-
spectively shall be considered as on the same footing as the general and
commander in chief of and as the officers in their respective ranks be-
**Proviso as to sentence of commis- sioned officers.** longing to the army of the United States of *America.* *Provided always*
That no commissioned military officer except when questioned upon the
aforesaid rules and articles of war, shall be sentenced or adjudged to any
other punishment than to be broke and rendered incapable of any mili-
**Proviso as to fine in- stead of corporal punish- ment.** tary office whatsoever within this State. *And provided also* That it shall
and may be lawful for a court martial, whenever they shall conceive it
proper to fix and determine a fine for which any person adjudged to re-
ceive corporal punishment may commute such punishment, and if the said
fine shall be paid within the time by the court martial for that purpose
limited, the said person shall be accordingly acquitted of such corporal
punishment. That all such fines shall be paid into the hands of the
eldest militia officer from this State on the spot, and shall by him be paid
into the treasury of this State.

**Privates to be divided into classes and per- form tour of duty in numerical order** That a roll of the privates of each company, horse and foot shall be
made and divided by the captain or commanding officer of the company,
into eight classes, as nearly equal in number to each other as conveniently
may be and a sergeant or a corporal shall be allotted on the roll by the
captain or commanding officer to each class; which said eight classes in
each company shall, on detachments or drafts in pursuance of this law
**Tours of duty to be determined by ballot.** perform their tour of duty in numerical order; and to ascertain which
class shall take the first, which the second which the third and which the
fourth tour of duty on detachment and so on to the eighth class; eight
slips of paper numbered respectively from one to eight inclusively shall
be so rolled up or otherwise closed as to conceal the number, and being
put into a hat box or vessel and well shook together in the same the
sergeant or corporal of each class shall in the order to be directed by the
captain or commanding officer in behalf of his class take out one of the
ballots, and the numbers drawn by the sergeants and corporals respect-
ively, shall determine the respective tours of duty of their several
classes. The class which draws number one to have the first tour of
duty, and so on the numerical order throughout all the eight classes, de-
termining their respective tours of duty and in the same numerical order
shall the eight classes continue their rotation without any new balloting
until the numbers respectively contained in each class shall by the events

Digitized by Google

of war or other accidents become very unequal when there shall be a new balloting as above directed.

That when and as often as the classes shall be thus fixed each captain or commanding officer of each company shall form a roll consisting of the eight classes and containing the names of the men in each class with the names of the sergeant and corporal respectively prefixed to each class and numbered according to the order of balloting ; which he shall keep for his own use guidance and direction and shall notify each sergeant corporal and private to what class he shall belong and shall return a copy thereof with the list of his commissioned officers prefixed thereto, without delay to the colonel or commanding officer of the regiment, who shall enter all such and every other company return, in a book to be kept by him for the purpose. *Roll of classes.*

That the colonel or next commanding officer of the regiment shall on receipt of all the classed returns of the companies in his regiment convene together all the commissioned officers in his regiment and proceed in like manner to fix by ballot the respective tours of duty of all the commissioned officers under the rank and degree of a field officer from and including number one to and including such number as shall be equal to the number of companies in the regiment.  Which balloting shall be made separately and severally in the four several lines of office and be entered by the colonel or commanding officer in his said book, as also the quota of each detachment both as to officers and privates in order thereby from time to time to ascertain the rotation of the service of both; which shall ever be determined by such quota's respectively. *Tours of duty to be fixed by ballot.*

That if there be two majors belonging to a regiment they shall decide by lot which of them shall take the first tour of duty and the order or tour of duty thereby established shall ever after govern.

That to establish the rotation of duty on detachments among the several field officers in the regiments composing a brigade, the colonels, lieutenant colonels and majors shall without delay meet together and decide the same by several and separate lots in numerical order as aforesaid in the several lines of office; which being done a roll thereof shall immediately be made, and subscribed by them all and returned to the brigadier general of the brigade.

That to a brigadier generals command of detachments the person administering the government shall appoint such brigadier respectively as shall in his judgment appear most proper for advancement of the service. *Brigadier to be appointed by governor.*

That every private shall be allowed to substitute on detachments an able bodied private in his stead who shall nevertheless take his own tour of duty in the order wherein it shall have been fixed as aforesaid ; and that in case by sickness or unavoidable accident an officer or private shall be prevented from taking his tour of duty on any detachment, the next to him on the respective rolls of detachment without regard to classes with respect to privates shall fill his place and the person so prevented shall in return take the proper next tour of duty on detachment, of him so filling his place ; and all classings as aforesaid shall go on in rotation in the several numerical orders abovementioned, as long and as often as the public service shall require the same. *Provided always* That the governor or commander in chief of the militia for the time being shall and may from time to time in his discretion order out on detachment as great a part of any brigade or regiment or troop of horse, or the whole militia into actual service; and also that the like discretionary power may on sudden emergencies and without waiting for the order of his superior officer, be exercised by the commanding officer of any brigade, or regiment or troop of horse, or foot company respectively over *Substitutes to be allowed.*

*Governor may order out whole or part of force.*

*Emergency cases like power exercised by com-*

Digitized by Google

70                      LAWS OF NEW YORK.                  [CHAP. 33.

<div style="float:left">manding<br>officers.</div>

each such brigade regiment troop of horse or foot company respectively giving notice thereof in writing without delay, together with all things relating thereto as well to his commanding officer as to the governor or commander in chief for the time being.

<div style="float:left">Persons<br>exempt<br>from serv-<br>ing in en-<br>rolled<br>militia.</div>

That all persons under the age of fifty five years, who have held civil or military bommissions and are not or shall not be reappointed to their respective proper ranks of office and all other persons between the ages of fifty and fifty five years who have not associated and elected their officers, and shall associate themselves in manner herein after mentioned, shall be exempted from serving as part of the enrolled militia and within eight weeks after the passing of this act form themselves into voluntary associated regiments or companies according to their number in each respective county and recommend their own officers; and that all such associated regiments or companies whether already associated or hereafter to associate shall make returns thereof respectively to the governor or commander in chief for the time being without delay after the said term of eight weeks, who with the advice of the council of appointment shall issue commissions to them accordingly. In default of which returns they shall respectively do duty in the ranks with the militia of the beat within which they shall respectively reside until they shall respectively associate as aforesaid. That the substance of such associations shall be, that the associators will severally on all occasions obey the orders of their respective commanding officers and will in cases of invasion or incursions of the enemy or insurrections march to repel the enemy or suppress such insurrection, in like manner as the enrolled militia are compelled to do: So as that they shall not when called out in detachments be annexed to any other regiment or company or be under the immediate command of any other than their own officers.

<div style="float:left">Ibid.</div>

That the lieutenant-governor, members of the senate members of the assembly and their several clerks and all judicial officers, the secretary of this State, and two of his deputies, the treasurer, the auditor-general, and the attorney-general of this State, the commissioners for defeating conspiracies the clerks and registers of courts and the county clerks and sherifs and their respective deputies not exceeding one and the coroners not commissioned in the militia and all ministers of the Gospel and all physicians and surgeons except in their several and respective professions and callings and the actual occupant of every grist mill, and all ferrymen licensed by the governor or commander in chief for the time being shall notwithstanding their being respectively able bodied above sixteen and under sixty years of age and all such persons in the service or employ of the United States or of this State or engaged or employed in any manufacture or business so that it it would be for the good of the public that they should be exempted, who shall procure special exemptions from the commander in chief of the militia for the time being under his hand shall respectively be exempted from training and doing duty in the militia. But shall nevertheless be armed accoutred and provided as above mentioned.

<div style="float:left">Ibid.</div>

That all those male persons between the ages of sixteen and fifty five years who in judgment of law are or shall be of the people called Quakers shall be exempted from all personal military service whatsoever to which they would respectively be subject by this law were they not respectively of the people called Quakers. And for such exemption shall

<div style="float:left">Payment<br>to be<br>made for<br>exemp-<br>tion.</div>

yearly and every year severally pay the sum of ten pounds in lieu of all military service whatsoever required by this law except services on detachments and calling out the militia for actual service by virtue of this law in which cases each of them shall annually pay the sum of ten pounds

Digitized by Google

and for the purpose of levying the said annual sums the captain of every beat shall annually return to the supervisors of the district wherein he shall reside a list of such Quakers as aforesaid residing within his beat. And the supervisors of the county at either of their meetings shall make out a separate tax list thereon with a warrant to be issued by them to the collectors respectively for levying the same in the manner prescribed by a certain law passed by the legislature of this State during this session entitled *An act for raising monies to be applied towards the public exigencies of this State*" and the monies to be levied on such warrant shall be paid and disposed of in such manner and subject to such deductions as by the said law is directed with respect to the monies to be levied by the said law on personal estates within this State, and in default of goods and chattels of any Quaker so to be assessed as aforesaid the warrant for levying the same shall authorize the collector to commit him to the county gaol and the keeper of the said gaol is hereby required to keep him in safe and secure custody in the said gaol until he shall have paid the sums so assessed on him as aforesaid, to the said collector who is hereby required to dispose of the same in manner aforesaid. *Provided always* That this law or any thing in the same contained shall not in cases of drafts or detachments of the militia affect any person who has furnished or shall furnish a sufficient able bodied man for service in one of the five continental regiments of this State pursuant to law. That in all cases where notice is required by this act verbal notice to the party himself or left at his usual place of abode with a person of the years of discretion by any commissioned or non commissioned officer or corporal of the company, shall be deemed a legal and sufficient notice.

*Tax list and warrant to be issued by supervisors.*

*Proviso as to persons furnishing substitutes.*

*And lastly* That every article, clause, provision, matter or thing in any law or resolution of the legislature, or any provincial congress, or convention or committee, or council of safety of this State for the regulation of the militia thereof which is repugnant to, or in any wise inconsistent with the provisions hereby made, or any or either of them, shall be and the same are hereby declared and enacted to be absolutely repealed and made null and void to all intents constructions and purposes whatsoever. And this act shall continue in force for the space of two years from the publication thereof and no longer.

*Inconsistent acts repealed.*

————

# CHAP. 34.

AN ACT to regulate the wages of mechanicks and labourers, the prices of goods and commodities and the charges of innholders, within this State, and for other purposes therein mentioned.

Passed the 3d April, 1778.

Whereas the honorable the congress of the United States of America by certain resolutions bearing date the twenty second day of *November* in the year of our Lord one thousand seven hundred and seventy seven, did among other things therein mentioned recommend to the legislatures of the respective states of *New-Hampshire, Massachusetts-Bay, Rhode-Island* and *Providence Plantations Connecticut, New-York, New-Jersey, Pennsylvania* and *Delaware* respectively to appoint commissioners to convene at *New-Haven* in *Connecticut* on the fifteenth day of *January* then next in order to regulate and ascertain the price of

*Preamble.*

Digitized by Google

## OF THE STATE OF *NEW-JERSEY.*    39

In the County of *Gloucester, Bodo Otto,* jun. Esquire.
In the County of *Salem,* the Reverend *William Schenck.*
In the County of *Cape-May, Henry-Young Townsend,* Esquire.
In the County of *Hunterdon, Nathaniel Hunt,* Esquire.
In the County of *Morris,* Colonel *Ellis Cook.*
In the County of *Cumberland, Joel Fithian,* Esquire.
In the County of *Suffex, Edward Dunlap.*

And the said Agents shall keep their Offices open, until the first Day of *December* next ensuing, and no longer; and in case any of the Persons aforesaid shall neglect or refuse to accept the Appointment, or remove out of the County after the Acceptance thereof, or by Death or by Disability should be rendered incapable of exercising the Office aforesaid, it shall and may be lawful for the Representatives of the County, or a Majority of them, wherein such Vacancy shall happen, as soon as convenient after their Knowledge thereof, to supply the Vacancy, and report their Appointment to the Treasurer as soon as possible; and the Person so appointed shall be vested with the same Powers, perform the like Duties, and be entitled to equal Rewards with those appointed to that Service in this Act, as though he had been named therein.

*[margin: Vacancies, how to be supplied.]*

§. AND BE IT FURTHER ENACTED, That the Certificates for Money borrowed on the Faith of this State, as pledged in and by Virtue of this Act, shall be given payable in three Years from their Date, bearing an Interest of *Seven per Centum per Annum,* and that the said Certificates shall not be subjected to the Imposition of any Tax or Taxes. And each and every of the Agents acting by Virtue of this Act, shall be entitled to retain in their Hands *One per Centum* for their Trouble, on all Money they may borrow and pay, agreeably to the Directions of this Act.

*[margin: Certificates to be payable in three years, and bear an Interest of Seven per Cent.]*

*Passed at* Trenton, January 8, 1781.

---

## C H A P. XIII.

*An* A C T *for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

*[margin, handwritten: A Supplem. Act — 765. 6 vol. 234.]*

WHEREAS the several Laws heretofore made for the Government of the Militia, and for the Purpose of directing the internal Force of the State to the Preservation and Safety of the same, have been found inadequate to these important Purposes, and have become, from their Number and Diversity, difficult to be understood and executed; Therefore,

*[margin: Preamble.]*

*Sect.* 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That from and after the Publication of this Act, the Militia of this State shall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen, Essex, Morris, Suffex,* and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Northern and Eastern Side of *Raritan* River, and of the South Branch of the same, shall compose the upper Brigade; the Militia of the Counties of *Monmouth, Hunterdon* and *Burlington,* and

*[margin: Militia, how to be divided.]*

## 40    ACTS OF THE GENERAL ASSEMBLY

and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Southern and Western Side of the said River *Raritan*, and of the South Branch of the same, shall compose the middle Brigade; and the Militia of the Counties of *Gloucester*, *Salem*, *Cape-May* and *Cumberland*, shall compose the lower Brigade.

**Brigades, by whom to be commanded.**    2. AND BE IT FURTHER ENACTED, That each Brigade shall be commanded by a Brigadier or Colonel Commandant, who shall be the eldest Colonel, and if there is no Colonel, the eldest Lieutenant-Colonel of the Regiments which compose the Brigade, to be determined by the Date of their several Commissions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, shall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

**Regiments, how to be officered.**    3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion shall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and also with an Adjutant, who shall be taken from the Line, and rank as First Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermaster, who shall also be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumstances will admit, a Surgeon; which Regimental Staff-Officers shall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion shall appoint a Sergeant-Major. **Proviso.** PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commissioned in any Regiment or Battalion both shall be continued, but Vacancies happening in the Office of Second Major, shall not hereafter be supplied.

**Treasurer to be appointed to each Regiment.**    4. AND BE IT FURTHER ENACTED, That the Field Officers of each Regiment or Battalion within this State, in Conjunction with the commissioned Officers of the several Companies of their respective Regiments or Battalions, shall, immediately after the Publication of this Act, appoint one reputable Freeholder, not a Military Officer, within the District of their Regiment or Battalion, to act as Treasurer to the same; who, on Notification of his Appointment, shall repair to some Justice of the Peace and take an Oath for the due Performance of his Office, whose Duty it shall be to receive all the Monies arising from the Fines and Forfeitures directed to be raised or imposed by Virtue of this Act, and not otherwise disposed of, and to pay such Draughts as may be made from Time to Time by the Commanding Officer of the Regiment or Battalion, or of the several Companies which compose the **Proviso.** Regiment or Battalion to which he belongs. PROVIDED NEVERTHELESS, That the County of *Monmouth* shall, on Account of its present Circumstances, have one common Treasurer to the three Regiments within the same, to be appointed by a Majority of the Officers of the said Regiments jointly, whose Duties, Powers, and Compensation shall be the same in all Cases respecting the said three Regiments with those of the Treasurer of any particular Regiment appointed as aforesaid, excepting that he shall not discharge the Draught of either of the Commanding Officers of the said Regiments to any other Amount than in Proportion to the usual Numbers who turn out from the said Regiments respectively,

refpectively, in the Military Service of their Country, a Return of which Numbers fhall be by the Officers appointing the Treafurer as aforefaid, the faid Treafurer from Time to Time, as Occafion may require.

5. AND BE IT ENACTED, That the Regimental Treafurer for the Time being, fhall keep proper and diftinct Accounts of the Monies arifing from the Fines and Forfeitures of the Field and Staff-Officers, and of the Officers and Privates of each Company which compofe the Regiment, entered feparately in a Book kept by him for that Purpofe, keeping proper Vouchers for all Sums of Money he may pay out on the Draughts of the Officers aforefaid, and render an Account of the Monies received and paid out as aforefaid every fix Months, to the Board of Officers appointed for that Purpofe; and the faid Treafurer fhall be entitled to *One per Centum* for all Monies he may receive or pay out.

*Regimental Treafurers to keep and render Accounts.*

*Wages.*

6. AND BE IT ENACTED, That the Field and other commiffioned Officers of each Regiment or Battalion are hereby conftituted a Board, vefted with full Authority to examine and adjuft the Accounts of the Regimental Treafurer, and are hereby required to meet once in fix Months for that Purpofe, at fome Time and Place, of which all Parties fhall be timely notified; and in cafe of Mal-practice, Embezzlement, or any fufficient Default, the faid Board of Officers are required to difplace the faid Treafurer and appoint another in his Room; which Succeffor in Office is hereby authorized and empowered to profecute the Defaulter for any Sum or Sums of Money remaining in his Hands belonging to the Regiment, in any Court where the fame may be cognizable, with Cofts of Suit.

*Field and Commiffion Officers, a Board to examine Accounts.*

7. AND BE IT FURTHER ENACTED, That each Company fhall be officered with a Captain, a Lieutenant, and an Enfign, and alfo with four Sergeants and four Corporals, to be elected by the Companies refpectively; and the commiffioned Officers fhall appoint for the fame a Drummer and a Fifer; and in cafe of any Vacancy or Vacancies happening amongft the commiffioned Officers of any Company, the Captain or Commanding Officer of the fame fhall, within thirty Days thereafter, call his Company together, and the Officers and Privates, when met, fhall appoint a Clerk to manage the Election, and certify the fame when made, and by Plurality of Voices elect fuch Officer or Officers as may be wanting; and in cafe no commiffioned Officer fhould remain in any Company, the Commanding Officer of the Regiment or Battalion fhall in the fame Time, by Advertifements fet up in at leaft three of the moft publick Places within the Bounds of the faid Company, call them together for the Purpofe aforefaid, and himfelf attend to direct and regulate the Election. PROVIDED ALWAYS, That where two Lieutenants have been heretofore appointed and commiffioned in any Company, both fhall be continued, but Vacancies happening in the Office of Second Lieutenant fhall not hereafter be fupplied.

*Companies, how to be officered, and*

*Vacancies fupplied.*

*Provifo.*

8. AND BE IT FURTHER ENACTED, That all Vacancies happening among the non-commiffioned Officers of any Company fhall be fupplied as often as neceffary by fuch Company when affembled for training, and if the Company refufe to choofe fuch non-commiffioned Officers, they fhall be appointed by the commiffioned Officers of the Company; and if any Perfon refufe to act as a Sergeant, Corporal, Drummer

*Vacancies in the non-commiffioned Officers, &c. and Penalty for refufing to act as one.*

mer or Fifer, when duly elected or appointed for that Purpose, he shall be fined the Sum of *Three Pounds*, to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That no Person shall be fined more than once in the Space of a Year for refuſing to serve in any Office to which he may be elected or appointed.

*Proviso.*

*Officers, how commiſſioned, &c.*

9. AND BE IT FURTHER ENACTED, That the said Brigade, Field, and other commiſſioned Officers and Staff-Officers respectively, shall be commiſſioned by the Governor or Commander in Chief for the Time being, upon Certificates of their due Election or Appointment from thoſe who elect or appoint them respectively, or by their Order; and the non-commiſſioned Officers of Companies shall act under Warrants from the Captain or Commanding Officer of the Company to which they belong. PROVIDED ALWAYS, That every Officer elected as aforeſaid, previous to his receiving his Commiſſion, shall take and ſubſcribe the Oaths of Abjuration and Allegiance, as preſcribed in an Act, intitled, *An Act for the Security of the Government of* New-Jerſey, paſſed the nineteenth Day of *September*, One Thouſand Seven Hundred and Seventy-ſix, before ſome Perſon authorized to adminiſter the ſame, which shall be certified by the ſame Perſons, and in the ſame Certificate with his Election into Office; and if any Perſon elected or appointed an Officer as aforeſaid shall neglect to take the Oaths aforeſaid within thirty Days after his said Election or Appointment, his Office shall be deemed vacant, and a new Choice be made.

*To take the Oaths.*

*Que. who is authorized*

*Captains to keep Liſts.*

10. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company shall keep a true and perfect Liſt or Roll of all effective Men between the Ages of ſixteen and fifty Years, reſiding within the Diſtrict of ſuch Company. PROVIDED ALWAYS, That the Delegates repreſenting this State in the Congreſs of the United States, the Members of the Legiſlative-Council and General Aſſembly, the Judges and Juſtices of the Supreme and Inferior Courts, the Judge of the Court of Admiralty, the Attorney-General, the Secretary, the Treaſurer, the Auditor of Accounts, the Clerks of the Council and General Aſſembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Superintendant of Purchaſes, the County Contractors, Poſtmaſters, Miniſters of the Goſpel of every Denomination, the Preſident, the Profeſſors and Tutors of Colleges, Sheriffs, Coroners, one Conſtable for each Townſhip, to be determined by the Court of Quarter Seſſions of the County, two Ferrymen for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, Slaves, and every Perſon exempted by any particular Law of this State, shall not be borne on any ſuch Liſts or Rolls, or be ſubject to Military Duty.

*Exemptions.*

*Arms and Accoutrements to be procured by each Man.*

11. AND BE IT ENACTED, That every Perſon enrolled as aforeſaid shall conſtantly keep himſelf furniſhed with a good Muſket well fitted with a Bayonet, a Worm, a Cartridge-Box, twenty-three Rounds of Cartridges ſized to his Muſket, a Priming-Wire, Bruſh, ſix Flints, a Knapſack and Canteen, under the Forfeiture of *Seven Shillings and Six-pence* for Want of a Muſket, and *One Shilling* for Want of any other of the aforeſaid Articles, whenever called out to Training or Service; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Perſon be furniſhed as aforeſaid with a good Rifle-Gun,

*Penalty on Neglect.*

*Proviſo.*

## OF THE STATE OF *NEW-JERSEY.*   **43**

Gun, the Apparatus neceſſary for the ſame, and a Tomahawk, it ſhall be accepted in Lieu of the Muſket and the Bayonet and other Articles belonging thereto.

12. AND BE IT ENACTED, That each Perſon enrolled as aforeſaid, *Ammunition to be kept by each Man.* ſhall alſo keep at his Place of Abode one Pound of good merchantable Gunpowder and three Pounds of Ball ſized to his Muſket or Rifle, and for Want of either ſhall forfeit the Sum of *Three Shillings*, to be re-covered and applied as herein after is directed. PROVIDED ALWAYS, *Proviſo.* That if any Perſon enrolled as aforeſaid ſhall, by a Majority of the commiſſioned Officers of the Company to which he may belong, be deemed and adjudged unable to purchaſe the Arms, Accoutrements, and Ammunition above ſpecified, he ſhall be exempted from the Forfeiture for any Deficiency therein until he can procure them, or they are provided for him.

13. AND BE IT FURTHER ENACTED, That the Captain or Com-manding Officer of each Company ſhall, once in every four Months, *Sergeants to examine and report State of Arms, &c.* order a Sergeant to call at the Place of Abode of each Perſon enrolled as aforeſaid, for the Purpoſe of examining the State of his Arms, Accou-trements, and Ammunition, of which the Sergeant ſhall make exact report to the Officer iſſuing the Orders, and if the Captain ſhall neglect his Duty herein he ſhall forfeit *Six Pounds ;* and if any Sergeant ſhall *Penalty for Neglect.* neglect his Duty in this Reſpect he ſhall forfeit and pay for each Offence the Sum of *Three Pounds*, to be recovered and applied as herein after is directed ; and for this Service he ſhall receive the Sum of *Three Shil-lings and Nine-pence* for each Day he ſhall be neceſſarily engaged therein, *Wages for this Service.* to be paid by the Treaſurer of the Regiment, on an Order from the Captain or Commanding Officer of the Company, certifying the Num-ber of Days the Sergeant was on the Duty, the Treaſurer taking the Ser-geant's Receipt on the Back of the Order for the ſame.

14. AND BE IT FURTHER ENACTED, That each Company ſhall *Days of muſ-tering in Com-panies.* aſſemble, properly armed and accoutred, not later than ten o'Clock in the Forenoon of the firſt *Monday* in the Months of *April* and *September* every Year, at ſuch Place as the Commanding Officer of the Company ſhall appoint, and there ſpend the Remainder of the Day in Training and Exerciſe, and that the Penalty in caſe of Abſence ſhall be as fol- *Penalty in caſe of Abſence.* lows : On a Captain, *Three Pounds ;* on a Lieutenant or Enſign, *Forty Shillings ;* on a non-commiſſioned Officer or Private, any Sum not under *Five Shillings* nor more than *Forty Shillings ;* and in due Proportion for attending later than the Hour above limited.

15. AND BE IT FURTHER ENACTED, That each Regiment or Bat- *Days of Re-gimental Muſters.* talion ſhall aſſemble, properly armed and accoutred, twice in a Year, *videlicet*, On the firſt *Monday* in *June* and *November*, at ſuch Hour and Place as the Field Officers, or a Majority of them, ſhall appoint, for the Purpoſe of Training and Exerciſe ; and the Colonel or Commanding Officer, after parading his Regiment or Battalion, ſhall require from the Captain or Commanding Officer of each Company a Return of the *Returns of Companies to be required and made.* commiſſioned and non-commiſſioned Officers and Privates of his Com-pany, and a State of their Arms, Accoutrements, and Ammunition ; and if the Captain or Commanding Officers of Companies ſhall neglect or refuſe to make ſuch Return, they ſhall forfeit for each Neglect or

Refuſal

# 44   A C T S  OF THE  G E N E R A L  A S S E M B L Y

**Forfeitures.**  Refusal the Sum of *Six Pounds*; and the Penalty in cafe of Abfence on the Day of Regimental Training or Review fhall be as follows : on a Colonel or Lieutenant-Colonel Commandant, *Ten Pounds*; on a Lieutenant-Colonel, *Eight Pounds*; on a Major, *Six Pounds*; on a Captain or Adjutant, *Five Pounds*; on a Lieutenant, Quartermafter, or Enfign, *Three Pounds* ; on non-commiffioned Officers and Privates, any Sum not lefs than *Ten Shillings* nor more than *Three Pounds*; and in due Proportion for attending later than the Hour fpecified in the Order for Meeting; to be recovered and applied as herein after is directed.  **PRO-**

**Provifo.**  VIDED ALWAYS, That if the local Situation of the Companies compofing any Regiment or Battalion be fuch as may render it inconvenient to affemble the Whole at the fame Time and Place, it fhall and may be lawful for the Field Officers, or a Majority of them, to affemble fuch Regiment or Battalion by Parts, at different Times, and in different Places, each Part being affembled twice in a Year.

**Returns of Regiments to be made and when, and Penalties for Neglect.**  16. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion fhall make Returns of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *July* and *December*, yearly, and every Year, to the Brigadier or Commanding Officer of the Brigade to which fuch Regiment may belong, under the Penalty of *Twenty Pounds*, and fhall alfo make Return in the faid Months, of the State of the Magazines of Arms, Accoutrements and Ammunition belonging to his Regiment or Battalion, to the Keeper of the Magazine or Commiffary of Military Stores of the State for the Time being, under the Pe-

**Of Brigades.**  nalty of *Twenty Pounds*; and the Brigadier or Commanding Officer of each Brigade fhall make Return of his Brigade to the Major-General, in the Months of *January* and *Auguft*, every Year, under the Penalty of

**Of the Whole of the Militia.**  *Twenty-five Pounds*; and the Major-General fhall make Returns to the Governor or Commander in Chief of the State, in the Months of *February* and *September*, every Year, under the Penalty of *Fifty Pounds* for each Default : Which feveral Penalties fhall be recovered from the Officer whofe Duty it was to make the Return, by a Juftice of the Peace of the County where the Offender may refide, at the Inftance of the Officer to whom the Returns in the above Cafes are directed to be made, and paid to the Treafurer of the Regiment within the Bounds of which the Offender may refide.

**Officers or Privates mifbehaving on Parade, how to be punifh-ed.**  17. AND BE IT FURTHER ENACTED, That if any Field or other commiffioned Officer, or Staff-Officer, at any Regimental Review or Company Training, or on any other Occafion, when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, fhall mifbehave or demean himfelf in an unofficer like Manner, he fhall for fuch Offence be cafhiered or punifhed by Fine, at the Difcretion of a Brigade or Regimental Court-Martial, as the Cafe may require, in any Sum not exceeding *Ten Pounds*; and if any non-commiffioned Officer or Private fhall on any Occafion of parading the Company to which he may belong, appear with his Arms and Accoutrements in an unfit Condition, be found drunk, difobey Orders, or fhall ufe any abufive Language to his Officers, or any of them, or fhall engage in or promote Quarrels among his Fellow-Soldiers, he fhall be punifhed by Fine in any Sum not under *Five Shillings* nor above *Three Pounds*, or be difarmed and put under Guard, by Order of the Commanding Officer prefent, until the Company is difmiffed.

18. AND

18. AND BE IT FURTHER ENACTED, That if the Colonel or Commanding Officer of any Regiment or Battalion, shall neglect or refuse to give Orders for assembling his Regiment or Battalion, on any necessary Call of the Militia on actual Service, at the Direction of his Brigadier, Colonel or Lieutenant-Colonel Commandant of the Brigade, he shall be cashiered or punished by Fine, at the Discretion of a Brigade Court-Martial, in any Sum not exceeding *Fifty Pounds*, to be recovered and applied as herein after is directed; and if the Captain or Commanding Officer of any Company shall, on any Occasion where it may be necessary as aforesaid, neglect or refuse to give Orders for assembling his Company, at the Direction of the Colonel or Commanding Officer of the Regiment or Battalion to which such Company belongs, he shall be cashiered or punished by Fine, at the Discretion of a Regimental Court-Martial, in any Sum not exceeding *Thirty Pounds*, to be recovered and applied as herein after is directed; and if any Sergeant or Corporal shall neglect or refuse to warn the Company to which he may belong, on any Occasion when it may be necessary, agreeably to the Orders of the Captain or Commanding Officer thereof, he shall be subject to be fined in any Sum not exceeding *Five Pounds*, to be recovered and applied as herein after is directed; and every non-commissioned Officer whilst engaged in warning the Company to which he belongs, shall receive *Three Shillings and Nine-pence* by the Day, for the Time he may be necessarily engaged in said Service.

*Disobedience of Orders for assembling Militia, how to be punished*

*Wages for warning the Company.*

19. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company shall at all Times keep a true List of his Company, divided into eight Classes, as nearly equal as possible, and reckoned from one to eight numerically, allotting to each Class a Sergeant or a Corporal, which Classes shall perform Duty in Rotation; a Copy of which List, divided into Classes, the Captain or Commanding Officer of the Company is required to transmit to the Commanding Officer of the Regiment or Battalion, on any Occasion of making a Return of his Company.

*Companies to be classed.*

20. AND BE IT FURTHER ENACTED, That where it is not already done, the Colonel or Commanding Officer of each Regiment or Battalion shall immediately call the Officers of the several Companies in his Regiment or Battalion together, and determine the Tour of Duty of the Captains, Lieutenants and Ensigns distinctly, and on any Call of the Militia into Service, the Commanding Officer of the Regiment or Battalion shall order out the Officers in just Rotation, proportioned to the Number of Privates who may appear to march into Service; and the Brigadier or Commanding Officer of the Brigade shall determine the Tour of Duty of the Field Officers, and when Occasion requires, shall order them into Service accordingly.

*Tour of Duty of the Officers to be determined.*

21. AND BE IT ENACTED *by the Authority aforesaid*, That it shall and may be lawful for the Governor or Commander in Chief for the Time being, with the Consent of the Legislature when Sitting, and during their Recess with the Advice and Consent of the Privy Council, on Requisition of the Congress of the United States, or upon Application of the Commander in Chief of the Army of the United States, or of any General Officer commanding a Division or Detachment thereof, or of the Executive Power of any of the adjoining States, or on any

*Not more than Half the Militia to be ordered out of the State at the same Time.*

M    Add.68    Emergency

# 46    ACTS of the GENERAL ASSEMBLY

Emergency that may make the same neceſſary, to order into actual Service into any of the adjoining States, ſuch and ſo many of the Claſſes of the Militia as may be neceſſary, not exceeding four at any one Time, to be drawn alike from the ſeveral Companies of ſuch Regiments or Battalions as are to furniſh the Detachment, to be officered accordingly.

**Governor may order out Half the Militia as Guards.**

22. AND BE IT FURTHER ENACTED, That it ſhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out, ſtation and continue by Reliefs, as a Defence to the State, within the ſame, ſuch and ſo many Claſſes as may be at any Time neceſſary, not exceeding four, to be arrayed and officered as aforeſaid.    PROVIDED ALWAYS, That where not more than Half the Militia are called out and embodied, no Detachment ſhall be continued in Service more than one Month at the ſame Time.

**Proviſo.**

**Governor may order out the whole Militia in caſe of Invaſion, &c.**

23. AND BE IT FURTHER ENACTED, That in caſe of ſudden Invaſion, Inſurrection, Sedition or Alarm by the Enemy or their Adherents, it ſhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out and array the Whole of the Militia, or ſuch or ſo many entire Regiments or Battalions ſituate near to the Place where the ſame may be required, as he may think neceſſary to repel the Invaſion, and to reſtore the Peace of the State.

**In caſe of Invaſion, &c. Officers of Regiments and Companies to aſſemble them.**

24. AND BE IT ENACTED, That it ſhall and may be lawful for the Captain or Commanding Officer of any Company, and he is hereby required and commanded to aſſemble his Company in every ſuch Caſe, and oppoſe the Invaders or Inſurgents, without waiting for Orders from the Commanding Officer of the Regiment or Battalion to which ſuch Company belongs, and for the Colonel or Commanding Officer of any Regiment or Battalion to aſſemble his Regiment or Battalion for the ſame Purpoſe, without waiting for Orders from his ſuperior Officer. PROVIDED ALWAYS, That every Officer ſo acting without Orders, ſhall make Report to his Commanding Officer of his Proceedings in due Form, as ſoon as poſſible.

**Verbal Notice ſufficient.**

25. AND BE IT FURTHER ENACTED, That in all Caſes where Notice is required to be given to the Militia by this Act, verbal Notice given to the Party himſelf or left at his uſual Place of Abode, with any white Perſon of Years of Diſcretion belonging to the Family, by any commiſſioned or non-commiſſioned Officer of the Company, ſhall be deemed legal and ſufficient.

**Alarm ſufficient Notice in ſome Caſes.**

26. AND BE IT FURTHER ENACTED, That where any Company ſhall be under the Neceſſity, on any ſudden Alarm, to retire before the Enemy, and it may be dangerous or impracticable for the Captain or Commanding Officer of ſuch Company to give regular and proper Notice to the Perſons belonging to ſuch Company to appear or march againſt the Enemy or their Adherents, then and in that Caſe ſuch Alarm ſhall, without any other Notice, be ſufficient Warning, and Delinquents ſhall be liable to Puniſhment accordingly.

**fOfficers refuſing to march, how to be puniſhed**

27. AND BE IT ENACTED, That if any Field or other commiſſioned Officer, or Staff-Officer ſhall neglect or refuſe to ſerve in his proper

Tour

## OF THE STATE OF *NEW-JERSEY.*    47

Tour of Duty, when a Part only of the Militia is called, or to march immediately with his Regiment, Battalion or Company, when the Whole is called, he fhall for each Default be tried by a Brigade or Regimental Court-Martial, as the Cafe may require ; and if convicted, fhall be cafhiered and rendered incapable of holding any Military Office for one Year, or fhall be punifhed by Fine in any Sum not lefs than *Ten* nor more than *Fifty Pounds :* And if any non-commiffioned Officer or Private fhall neglect or refufe to ferve in his Tour, or find a fufficient Subftitute to ferve in his Stead, to be approved by the Captain or Commanding Officer of the Company, or fhall neglect or refufe to render Perfonal Service when the Whole of the Militia are called, he fhall for each Default be fined not lefs than *Five* nor more than *Thirty Pounds.*

<span style="float:right">Non-commiffion Officers and Privates.</span>

28. AND BE IT FURTHER ENACTED, That if any commiffioned or non-commiffioned Officer or Private fhall at any Time when the Whole or any Detachment of the Militia are called out upon Duty, or before the Expiration of his Tour or the Difcharge of his Regiment or Company, leave his Regiment or Company without a Furlough obtained of his fuperior Officer, if a commiffioned Officer, be tried by a Court-Martial, and be cafhiered and fined at their Difcretion, in any Sum not exceeding *Fifty Pounds ;* and every non-commiffioned Officer or Private fo offending fhall, for every fuch Offence, forfeit all the Pay or other Reward which may be due to him at the Time of his Defertion, and moreover fhall be fined in any Sum not exceeding *Fifty Pounds ;* and the Commanding Officer of fuch Detachment is hereby ftrictly required and enjoined to make Return of fuch Officer or Private as aforefaid, to the Commanding Officer of the Regiment, Battalion or Company to which he may refpectively belong, who is likewife required to proceed againft him accordingly.

<span style="float:right">Officers or Privates departing from Duty without Furlough, how to be punifhed.</span>

29. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures herein before directed or impofed for the Affeffment, Recovery or Application of which no fpecial Provifion is made, fhall be affeffed by the Officers, and recovered and applied in Manner herein after directed ; and all Officers empowered to affefs Fines and Forfeitures, are likewife empowered to adjudge of and admit reafonable Excufes, in Difcharge of the Whole or a Part thereof, always having ftrict Regard to the Rank, Condition or Eftate of the Offender or Delinquent, and the Circumftances of the Offence.

<span style="float:right">Fines, how to be affeffed.</span>

<span style="float:right">Reafonable Excufes to be admitted.</span>

30. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion fhall hear and decide upon the Reafons affigned by any other Field Officer thereof punifhable by Fine, provided fuch Reafons be offered within ten Days ; and the Field Officers of each Regiment or Battalion, or a Majority of them, fhall meet at fome more convenient Time, not exceeding fifteen Days after any Regimental Training or Review, or after a Call of the Whole or any Part of fuch Regiment or Battalion into actual Service, if it may be neceffary, of the Time and Place of which Meeting timely Notice fhall be given to the Parties concerned, by the Direction of the Colonel or Commanding Officer, and fhall then and there decide upon the Excufes of the Captains or Commanding Officers of Companies, and Staff-Officers ; and the Captain or Commanding Officer of each Company fhall hear and determine upon the Reafons offered by any Subaltern

<span style="float:right">How Excufes are to be decided upon.</span>

# 48 ACTS OF THE GENERAL ASSEMBLY

tern Officer thereof for Default, punifhable by Fine, provided fuch Reafons be given within ten Days; and the commiffioned Officers of each Company, or a Majority of them, fhall meet at fome convenient Time, not exceeding fifteen Days after any Regimental or Company Training, or any Call of a Part or the Whole thereof into actual Service; of the Time and Place of which Meeting due and feafonable Notice fhall be given by Advertifements fet up in at leaft three of the moft publick Places within the Bounds of the Company, ten Days before fuch Meeting, or otherwife as the Commanding Officer may think beft, and fhall then and there hear and decide upon the Excufes of non-com-
Provifo.    miffioned Officers and Privates. PROVIDED ALWAYS, That if by any unforefeen Circumftances, the Duties herein required cannot be perform-ed within the Times limited, the fame fhall be performed as foon there-after as Circumftances will admit.

Fines, how to be recovered.    31. AND BE IT FURTHER ENACTED, That when any Fine or For-feiture is incurred by any Field Officer, other than the Commanding Officer of the Regiment, Staff-Officers, Captains or Commanding Offi-cers of Companies by Virtue of this Act, it fhall be recovered by a Warrant from the Colonel or Commanding Officer of the Regiment to which they refpectively belong, directed to his Sergeant-Major; and that when any Fines or Forfeitures are incurred by any Subaltern, non-commiffioned Officer or Private, by Virtue of this Act, they fhall be recovered by Warrant from the Captain or Commanding Officer of the Company to which they may belong, directed to a Sergeant or Corporal of the faid Company; which Fines and Forfeitures, in cafe of non-Payment on the firft Demand, fhall be made by Diftrefs and Sale of the Goods and Chattels of the Offender or Offenders; and where no Goods can be found whereon to levy, that then and in fuch Cafe the faid Ser-geant or Corporal fhall deliver the Delinquent or Delinquents to the Sheriff of the County, or to his Gaol-Keeper, who are hereby required to receive and keep in clofe Cuftody the faid Delinquent or Delinquents, until the Fines or Forfeitures be fully fatisfied; and the faid Sergeant-Major, Sergeant or Corporal refpectively, fhall receive for each Perfon fpecified in the Warrant, on the Recovery of their refpective Fines and
Fees of levy-ing.    Forfeitures, the Sum of *Three Shillings and Nine-pence*, to be paid out of the Money arifing from the Fines, if under the Direction of the twenty-feventh and twenty-eighth Sections of this Act; if otherwife, by the Treafurer of the Regiment, on an Order from the Commanding Officer of the Regiment or Company, as Occafion may be, who is here-by required to difcharge the fame, and take their Receipts therefor.

What Goods to be levied upon.    32. AND BE IT FURTHER ENACTED, That on any Occafion where Diftrefs may be made for any Fine or Forfeiture in Virtue of this Act, on the Goods and Chattels of any Perfon or Perfons delinquent as afore-faid, the Sergeant or Corporal officiating in fuch Cafe, fhall levy on fuch Goods as may be pointed out by the Delinquent, or as the faid Officer may judge can be beft fpared, and fo much only as may be fufficient to make the Amount of the faid Fine, as nearly as may be,
Notice of Sale to be given.    and fhall, previous to the Sale, give at leaft five Days Notice thereof, by Advertifements fet up in three of the moft publick Places within the Bounds of the Company.

33. AND BE IT ENACTED, That the Fines and Forfeitures of the
Colonel

Colonel or Commanding Officer of any Regiment or Battalion, fhall be demanded and recovered by any Juftice of the Peace of the County in which he may refide, at the Inftance of any commiffioned Officer of the Regiment or Battalion ; which Fine, when recovered, fhall be paid, after deducting Cofts by the faid Juftice, to the Treafurer of the Regiment.  *Fines on Commanding Officers, by whom to be recovered.*

34. AND BE IT ENACTED, That the Fines and Forfeitures of Minors, living with their Parents, and others having the proper Care and Charge of them, and thofe of Apprentices and Servants, fhall be paid by their refpective Parents, Guardians, Mafters or Miftreffes, or levied on their Goods and Chattels.  *Fines on Minors, &c. by whom to be paid.*

35. AND BE IT ENACTED, That no Diftrefs fhall be levied on the Arms, Accoutrements or Ammunition of any non-commiffioned Officer or Private, unlefs he fhall be poffeffed of more than are neceffary for his own Ufe and Equipment.  *Diftrefs not to be levied on Arms, unlefs, &c.*

36. AND WHEREAS Complaints have been made that too much Rigour and Severity have been ufed heretofore, in carrying the Militia Law of this State into Execution, and that in fome Inftances reafonable Excufes have not been properly attended to, whereby many of the good Citizens of this State have been greatly oppreffed: BE IT THEREFORE ENACTED *by the Authority aforefaid,* That the feveral Officers empowered by this Act to hear and decide upon the Excufes of any Delinquent, do, and they are hereby required and enjoined to attend to every juft Complaint or Excufe, arifing from Inability of Body or Infanity of Mind ; and where no Excufes are exhibited, owing to Scruples of Confcience, they are likewife required to make every reafonable Enquiry of the Cafes of thofe who might otherwife apply for Exemption or Relief, and in every Inftance where fuch Matters are committed to their Decifion, to act fo that Juftice and not Severity may characterize thofe who execute the Laws ; and if any Doubt fhould arife refpecting the Health or Validity of any Perfon, the Officers who are to judge of the fame, are hereby authorized to call to their Affiftance fome fkilful Phyfician or Surgeon, as the Cafe may require, whofe Judgment, certified on Oath, fhall be conclufive.  *Excufes to be attended to.*

37. AND BE IT FURTHER ENACTED, That on the Day of each Regimental Training or Review, the Colonel or Commanding Officer of each Regiment or Battalion fhall nominate two Juftices of the Peace, refiding within the Bounds of fuch Regiment or Battalion, who, together with any one of the Field Officers of the fame, fhall conftitute a Court for hearing and determining upon Appeals of fuch Perfons as think themfelves aggrieved by any Fines or Forfeitures impofed as aforefaid, to continue till the next Regimental Training, and fhall fix the Times of their Meeting, which fhall be fufficiently advertifed through the Diftrict of the Regiment or Battalion ; and the faid Court, or any two of them, fhall have Power to moderate or remit any Fine or Forfeiture for juft and equitable Reafons, and a Certificate from them, or any two of them, fhall enable the Appellant to receive from the Treafurer of the Regiment the Sums fo remitted. PROVIDED ALWAYS, That no Appeal be allowed unlefs the Money be firft paid.  *Court of Appeals to moderate Fines.*  *Provifo.*

38. AND

# 50 · ACTS OF THE GENERAL ASSEMBLY

**Doubts respecting Age, how to be obviated.**

38. AND BE IT ENACTED, That in all Cases of Doubt respecting the Age of any Person enrolled, or intended to be enrolled in the Militia, the Party questioned shall prove his Age to the Satisfaction of the Officers of the Company within the Bounds of which he may reside, or a Majority of them.

**Persons removing, to apply for a Discharge, &c.**

39. AND BE IT FURTHER ENACTED, That every Person enrolled as herein before directed, intending to remove from the Company to which he may belong, into the Bounds of another within this State, shall, previous to such Removal, apply to the Captain or Commanding Officer of the Company from which he is about to remove, who shall give him a Discharge and Certificate, specifying the Time when and how long he was last in Service; which Certificate he shall produce to the Captain or Commanding Officer of the Company into the Bounds of which he shall so remove, within ten Days after such his Removal, and enrol himself accordingly; and if any Person shall neglect to apply for such Discharge and Certificate, and to produce it and enrol himself as aforesaid, he shall forfeit and pay any Sum not exceeding *Five Pounds*, to be recovered by the Captain or Commanding Officer of the Company within the Bounds of which he may remove, in the same Manner and to be applied to the same Uses as other Military Fines; and every Person who may be enrolled agreeably to the Description of this Act, removing from any of the neighbouring States into this State, shall, within ten Days after his coming within the Bounds of any Company into which he may remove, be enrolled by the Captain or Commanding Officer thereof.

**Members of Courts-Martial, &c. their Pay.**

40. AND BE IT FURTHER ENACTED, That it shall and may be lawful for Officers who may from Time to Time be summoned to attend as Members of Courts-Martial for the Trial of any Offender in Virtue of this Act, to receive Pay and Allowance for Rations, agreeably to their Rank when in actual Service; and all Persons attending on the same as Evidences, shall be entitled to receive the same Pay and Allowance for Rations as Privates whilst in actual Service, to be paid on a Certificate from the President of the Court-Martial, specifying the Number of Days they attended, by the Treasurer of the Regiment within the Bounds of which the Offender may reside.

**Commanding Officers to administer Oaths.**

41. AND BE IT FURTHER ENACTED, That the Commanding Officer of each Regiment, Battalion or Company within this State, is hereby authorized and empowered to administer an Oath or Affirmation on any necessary Occasion, in the Execution of this Act.

**Civil Process, when not to be served.**

42. AND BE IT FURTHER ENACTED, That no civil Process shall be served on any non-commissioned Officer or Private at any Regimental Review or Company Training, or on his Way to or from the same.

**Ferriage.**

43. AND BE IT FURTHER ENACTED, That no Officer or Private shall on the Way to or from the Place of any Regimental Review or Company Training, be obliged to pay more than one-third the usual Rate of Ferriage, or be charged any Toll for passing any Toll-Bridge; and if any Ferryman or Keeper of any Toll-Bridge shall presume to refuse a Passage, or make Demand contrary to the Direction of this Act, he shall for each Offence forfeit and pay the Sum of *Three Pounds*, to

to be recovered by any Person who will sue for the same, one Half to the Prosecutor, the other Half to be paid by the Justice to the County Collector, for the Use of the State.

44. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures imposed by this Act, except those incurred under the Direction of the twenty-seventh and twenty-eighth Sections of the same, or particularly disposed of by the Section under the Direction of which they may be incurred, shall be paid immediately after the Recovery thereof into the Hands of the Treasurer of the Regiment by the Officer by whose Warrant they were recovered, taking his Receipt for the same: And the Commanding Officer of each Regiment, Battalion or Company, is hereby required to keep an exact Account of all the Fines recovered by him from the Officers or Privates of his Regiment, Battalion or Company, and paid to the Treasurer aforesaid, in a Book kept for that Purpose, which may be produced as a Check on any future Settlement with the Treasurer. *Fines to be paid to the Treasurer.*

45. AND BE IT FURTHER ENACTED, That one Half of the Monies arising from the Fines and Forfeitures incurred under the Direction of the twenty-seventh and twenty-eighth Sections of this Act, and recovered from the non-commissioned Officers and Privates of any Company of the Militia, after deducting the Costs of collecting the same, shall be equally divided and distributed by the Commanding Officer of the Company amongst the non-commissioned Officers and Privates of his Company who may have turned out in the Defence of their Country, taking their Receipts respectively for the same, and the other Half shall be paid into the Treasury of the Regiment; and one Half of the Fines and Forfeitures of any Subaltern Officer incurred or recovered as aforesaid, shall in like Manner be distributed among the Subaltern Officers of the Company who have performed the Duty required, and the other Half shall be paid into the Treasury of the Regiment; and the Fines and Forfeitures of Field Officers and Captains shall be paid by the Commanding Officer of the Regiment or Battalion, after deducting the Costs on collecting the same, into the Hands of the Treasurer of the Regiment, taking his Receipt therefor. *And how appropriated.*

46. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion may, and he hereby is authorized and empowered to draw from the Treasury of his Regiment or Battalion, such Sum or Sums of Money as he may from Time to Time find necessary for the Purpose of furnishing the several Companies composing the same with Arms, Accoutrements, Ammunition, Drums and Fifes, and for instructing Drummers and Fifers, so that the whole Amount of the Sums so drawn shall not at any Time exceed one Half the Amount of the Fines and Forfeitures which have been levied within his said Regiment or Battalion; for which Sums the said Commanding Officer shall give his Receipt to the said Treasurer, and remain accountable to the Board of Officers for the Disbursement of the same. *Who to draw Money for Arms, &c.*

47. AND BE IT ENACTED *by the Authority aforesaid,* That the Militia of this State, when in actual Service, shall be subject to the Rules and Articles of War established for the Government of the regular Troops of the United States. PROVIDED ALWAYS, That the Militia *Militia subject to the Articles of War,* shall

# 52 ACTS OF THE GENERAL ASSEMBLY

**Provifo.** fhall be tried by Courts-Martial compofed of their own Officers only; and, PROVIDED ALSO, That the Pains and Penalties inflicted by any Court-Martial fhall not extend to the taking of Life or Limb, or to any Corporal Punifhment, unlefs in the Cafes following; *That is to fay*, Any Officer or Private who fhall hold a treacherous Correfpondence with, or give Intelligence to the Enemy, or who fhall mifbehave before the Enemy in Time of Action, or fhall defert to them, or fhamefully abandon any Poft, or who fhall fpeak Words inducing others to offend in any of thefe Inftances, fhall, on due Conviction, fuffer Death, or fuch other Punifhment as a Court-Martial fhall direct.

**Pay and Rations.** 48. AND BE IT ENACTED, That the Militia whilft in Service fhall be entitled to the fame Pay and Rations as the regular Forces of the United States; the faid Pay to be drawn from the Paymafter appointed for the County to which they belong, on Payrolls made out on Oath by the Officer commanding the Company or Detachment on Duty.

**Penalty on Officers neglecting to pay Monies arifing from Fines to the Treafurer.** 49. AND WHEREAS it appears that many Officers both Civil and Military, who have collected the Fines and Forfeitures of the Militia heretofore, have been remifs in paying the fame into the Hands of the County Collectors as heretofore directed; BE IT ENACTED, That it fhall and may be lawful for every Officer, Civil and Military, and they are hereby ftrictly required and enjoined to pay any Sums of Money arifing from the Fines and Forfeitures of the Militia as aforefaid, and that may yet remain in their Hands, to the Treafurer of the Regiment or Battalion from which the fame was collected, under the Penalty of *Fifty Pounds*, to be recovered by the faid Treafurer; one Half of which he fhall receive for himfelf, and the other Half for the Ufe of the Regiment or Battalion to which he belongs; and the faid Treafurer is hereby authorized and required to make ftrict Enquiry where any fuch Fines and Forfeitures have been kept back, and on proper and fufficient Proof of the Fact, to profecute the faid Officer or Officers for any Sum which may appear to remain in his or their Hands, together with the Amount of the Penalty above-mentioned, in any Court where the fame may be cognizable, with Cofts of Suit.

**Account of Purchafes, &c. of Arms, to be rendered to the Commiffary of Military Stores.** 50. AND BE IT FURTHER ENACTED, That *Elias Woodruff*, Commiffary of Military Stores, or the Commiffary of Military Stores for the Time being of this State, do, and he is hereby authorized and required to call upon all Perfons within the fame who have heretofore been appointed to purchafe Fire-Arms, Accoutrements, and Ammunition, or who have been entrufted with any Fire-Arms belonging to the State, to render an Account of their Purchafes and Difpofal thereof; and the Commanding Officer of each Regiment, Battalion or Company, and all other Perfons whatfoever who have been entrufted with publick Arms and Accoutrements for the Ufe of the Militia of this State, are hereby required and enjoined to make a Return of the fame to the faid Commiffary of Military Stores without Delay, that a true State of the publick Magazine may be known.

**To whom Application is to be made for Ammunition, &c.** 51. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion in this State fhall be, and he is hereby authorized and empowered as often as the fame may be neceffary, to apply in Perfon or by Order in Writing under his Hand,

Hand, to the Commiffary of Military Stores of the State for a Supply of Ammunition for his Regiment or Battalion, and to agree with fome fuitable Perfon to convey the fame from the Magazine for that Purpofe, the reafonable Expences of which Conveyance fhall be paid by the Treafurer of this State, on an Order and Certificate from the faid Commanding Officer to the faid Treafurer ; and the Commanding Officer of each Regiment or Battalion fhall deliver out to the Commanding Officers of Companies the Ammunition fo obtained in due Proportion to the Number of Men in each Company.

52. AND BE IT FURTHER ENACTED, That the Troops of Horfe-Militia already formed within this State fhall be completed and kept up, and that in Addition thereto another Company or Troop of Horfe be immediately raifed and formed in the Townfhips of *Woodbridge* and *Pifcataway* ; and it fhall and may be lawful for fuch of the Inhabitants of the faid Townfhips as are willing and defirous to be embodied and enrolled into the faid Troop or Company, to affemble and meet together at a Time and Place to be for that Purpofe appointed by the Colonel or Commanding Officer of the Regiment of Foot-Militia to which they at prefent belong, and then and there by Plurality of Voices to elect one Captain, one Lieutenant, and one Cornet; who upon due Certification of fuch Election, and their having taken the Oaths of Abjuration and Allegiance as herein before directed in the ninth Section of this Act, fhall be commiffioned by the Governor or Commander in Chief for the Time being ; and the faid Inhabitants when fo met fhall alfo at the fame Time elect four Sergeants and a Trumpeter.

*Militia Troops of Horfe to be completed and kept up.*

*Additional Troop.*

53. AND BE IT ENACTED, That the Eftablifhment of each Troop of Horfe fhall be a Captain, a Lieutenant, a Cornet, four Sergeants, a Trumpeter, and twenty-nine Privates ; and that the Officers fhall hold the fame Rank refpectively with the Officers of the Foot-Militia having like Command.

*Eftablifhment of a Troop of Horfe.*

54. AND BE IT FURTHER ENACTED, That each non-commiffioned Officer and Private of every Troop of Horfe fhall at all Times keep himfelf provided with a good Horfe, a Saddle properly furnifhed with a Pair of Piftols and Holfters, a Cartridge-Box with twelve Rounds of Cartridges fized to his Piftols, a Broad-Sword and Belt, a Cloak which will cover all the Arms and Accoutrements, with fuch other Articles of Armour and Furniture made in like Form and Manner as are ufual and accuftomed in the Equipment of Cavalry, and fhall alfo keep at his Place of Abode one Pound of good merchantable Gun-Powder and three Pounds of Ball fized to his Piftols, under the Penalty of forfeiting *Six Pounds* for Want of a Horfe, *Thirty Shillings* for Want of the Saddle and Bridle, *Twenty Shillings* for the Want of Piftols or a Broad-Sword, and *Five Shillings* for the Want of any other neceffary Article whenever called out to Training or Service.

*How to be accoutred.*

*Penalties.*

55. AND BE IT FURTHER ENACTED, That each Troop of Horfe fhall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer of fuch Troop may refide, and fhall affemble for Training and Exercife, and in cafe of Alarm or other Exigency, with fuch Regiment or Battalion, and in all other Refpects,

*Horfe to be under the Orders of the Commanding Officer of the Regiment.*

## 54    A C T S OF THE G E N E R A L A S S E M B L Y

except as is before specified and declared, shall be under the same Regulations with the Foot Militia.

**Artillery Companies to be completed and kept up.** 56. AND BE IT FURTHER ENACTED, That the Companies of Artillery already formed agreeably to Law in the several Parts of the State shall be completed and kept up, and their Establishment of Officers and Privates, and also their Equipment, shall be conformable to the Establishment and Equipment of Artillery-Companies in the regular Forces of the United States; and the Officers shall hold the same Rank respectively with the Officers of the other Militia having like Command; and moreover, the Fines and Forfeitures inflicted on the Officers and Privates for any Default shall be recovered and disposed of in like Manner as those inflicted on the regimented Militia.

**To be under the Orders of the Commanding Officer of the Regiment.** 57. AND BE IT FURTHER ENACTED, That each Company of Artillery shall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer may reside, and shall assemble with the same as is herein before directed with Respect to the Troops of Horse, and in all other Respects shall be under the same Regulations with the Companies of the other Militia, as far as Circumstances will admit.

**Who may not enter himself of a Troop of Horse, &c.** 58. AND BE IT FURTHER ENACTED, That no Minor, Apprentice, or Servant shall be allowed to enter himself into any Troop of Horse or Company of Artillery without the Consent of those under whose Government, Care or Direction, such Minor, Apprentice, or Servant may be; and generally no Person who is not able to provide himself with the Furniture and Equipment of a Horseman shall be allowed to enter himself into any such Troop.

**Allowance for Rations.** 59. AND BE IT FURTHER ENACTED, That the Troops of Horse belonging to the Militia of this State, when in actual Service, if at any Time they should be so situated as to make it impracticable to draw Rations or Forage for their Horses, shall be entitled to receive *One Shilling and Three-pence* per Day in Lieu of Rations or Forage for each Horse; and if any of the Militia of this State, when in actual Service, should be so situated as to make it impracticable to draw Rations, they shall receive the Sum of *One Shilling and Three-pence* per Day for each Ration they may be entitled to respectively, to be paid by the Paymaster of the County to which they may belong, on a Return made out and certified on Oath by the Officer commanding the Company or Detachment on Duty, containing a List of the Mens' Names, the Time they were on Duty, and Number of Rations each was entitled to.

**Repealing Clause.** 60. AND BE IT FURTHER ENACTED, That the Act, intitled, *An Act for regulating, training, and arraying of the Militia*, passed the fourteenth Day of *April*, One Thousand Seven Hundred and Seventy-eight, except the repealing Clause therein, and the several supplemental Acts thereto, be, and they hereby are repealed.

*Passed at* Trenton, January 8, 1781.

C H A P.

**Add.78**

THE

# GENERAL LAWS

OF

## Massachusetts,

FROM THE ADOPTION OF THE CONSTITUTION,

TO FEBRUARY, 1822.

WITH THE

## CONSTITUTIONS

OF THE

## United States and of this Commonwealth,

TOGETHER WITH

THEIR RESPECTIVE AMENDMENTS, PREFIXED.

———

REVISED AND PUBLISHED, BY

## AUTHORITY OF THE LEGISLATURE,

IN CONFORMITY WITH A RESOLUTION PASSED

22D. FEBRUARY, 1822.

———

BY ASAHEL STEARNS & LEMUEL SHAW, ESQUIRES,

COMMISSIONERS.

THERON METCALF, ESQ. EDITOR.

———

IN TWO VOLUMES.

................................

VOL. II.

................................

## BOSTON:

PUBLISHED BY WELLS & LILLY AND CUMMINGS & HILLIARD.

................

1823.

NEW YORK
PUBLIC
LIBRARY

**Add.78**

Generated on 2023-06-15 03:08 GMT / https://hdl.handle.net/2027/nyp.33433008587507
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

An ACT to establish The Dorchester Turnpike Corporation. [*March* 4, 1805.]    *Chap.* 76.

An ACT to authorize The Cambridge and Concord Turnpike Corporation to make a Road from the Termination of their Turnpike to the Causeway of West-Boston Bridge. [*March* 8, 1805.]    *Chap.* 77.  1803 ch. 108.

An ACT in addition to an Act, entitled, "An Act to incorporate sundry persons by the name of The President, Directors and Company of the Maine Bank." [*March* 8, 1805.]    *Chap.* 78.  1802 ch. 19.

An ACT making a temporary Alteration in the Toll to be received by The Proprietors of the Locks and Canals on Connecticut River. [*March* 8, 1805.] Continued—1811 ch. 116.    *Chap.* 79.  1791 ch. 32.

An ACT to incorporate the north-westerly part of the Town of Otisfield, and the easterly part of the Town of Bridgeton, in the County of Cumberland, into a separate Town by the name of Harrison. [*March* 8, 1805.]    *Chap.* 80.

An ACT to provide for the Proof of Fire Arms manufactured within this Commonwealth.    *Chap.* 81.

WHEREAS no provision hath been made by law for the proof of fire arms manufactured in this Commonwealth, by which it is apprehended that many may be introduced into use which are unsafe, and thereby the lives of the citizens be exposed : To prevent which,

<span style="float:right">Preamble.</span>

SECT. 1. *Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That the Governor, by and with the advice and consent of the Council, be, and he hereby is empowered to appoint, in any part of this Commonwealth where the manufacture of fire arms is carried on, suitable persons to be provers of fire arms, not exceeding two in any county, who shall be sworn to the faithful discharge of their trust, whose duty it shall be to prove all musket barrels and pistol barrels, which being sufficiently ground, bored and breeched, shall be offered to him to be proved ;

<span style="float:right">Provers of fire arms to be appointed.</span>

who shall prove the musket barrels twice in manner following, viz. first with a charge consisting of one eighteenth part of a pound of powder, one ounce of which, in a five and an half inch howitz, at an elevation of forty-five degrees, will carry a twenty-four pound shot eighty yards, with a ball suited to the bore of the barrel ; the second proof to be with a charge consisting of one twenty-second part of the same powder, with a ball suited to the bore of the barrel ; and shall prove the pistol barrels once with a charge consisting of one twenty-second part of a pound of powder, one ounce of which, in a five and half inch howitz, at an elevation of forty-five degrees, will carry a twenty-four pound shot seventy yards, with a ball suited to the bore of the barrel ;

<span style="float:right">How arms are to be proved.</span>

<span style="float:right">Repealed, and other mode substituted—1813 ch. 192.</span>

which said powder and ball it shall be the duty of the prover to provide ; and if the said musket and pistol barrels shall stand the proof aforesaid, and shall in no respect fail, then it shall be the duty of the said prover to stamp the same on the upper side, and within one and an half inches of the breech of said barrels, with a stamp consisting of the initial letters of the prover's name, and over those letters the letter P. also, in the line of the said initial letters, and further up said barrel the figures designating the year of our Lord in which the proof is made, and over the said figures the letter M. which said letters and figures shall be so deeply impressed on said barrel, as that the same cannot be erased or disfigured, and shall be in the form

<span style="float:right">How approved arms are to be marked.</span>

     P   M

following AB 1805. And when any barrels shall burst or shall

106      1804.———Chap. 82—83.

in any manner fail in the proving as aforesaid, so that in the opinion of the prover they are unfit for use, they shall not be stamped, but the said prover shall suffer the owner to take them away; and any prover, so proving musket or pistol barrels as aforesaid, shall be entitled to receive from the owner, for each musket barrel thirty-three cents, and for each pistol barrel twenty-five cents, whether the same stand proof and are stamped or not.

*Fees.*

Sect. 2. *And be it further enacted,* That if any person, after the first day of June next, shall manufacture within this Commonwealth, any musket or pistol, without having the barrels proved and stamped as aforesaid, except such as are or may be manufactured in the armory of the United States, or in fulfilment of some contract made and entered into, or that may hereafter be made and entered into, for the manufacturing of fire arms for the United States, shall forfeit and pay for every such musket or pistol the sum of ten dollars, to be recovered in an action of debt, before any court proper to try the same, by any person who shall sue for and recover he same, to his own use.

*Penalty for not having arms proved.*

*Repealed— 1813 ch. 192.*

Sect. 3. *And be it further enacted,* That if any person, after the said first day of June next, shall sell and deliver, or shall knowingly purchase, any musket or pistol, which shall have been manufactured within this Commonwealth after the said first day of June next, which shall not have the marks of proof above required, the person so selling and the person so purchasing shall each forfeit the sum of ten dollars, to be recovered by action of debt, before any court proper to try the same, to the use of any person who shall sue for and recover the same.

*Penalty for selling or buying arms not proved.*

Sect. 4. *And be it further enacted,* That if any person shall falsely forge or alter the stamp of any prover of fire arms, so appointed as aforesaid, impressed on any musket or pistol barrel, pursuant to this Act, and be convicted thereof before the Supreme Judicial Court, he shall be punished by fine not exceeding fifty dollars, nor less than twenty dollars, according to the nature and aggravation of the offence. [*March* 8, 1805.] Add. act—1813 ch. 192.

*Penalty for forging stamp.*

---

*Chap.* 82.    An Act to incorporate a number of the inhabitants in the Town of Limington, in the County of York, into a separate Religious Society, by the name of The First Baptist Society in Limington. [*March* 8, 1805.] Add. act—1807 ch. 85.

---

*Chap.* 83.    An Act directing the Mode of attaching on Mesne Process, and selling by Execution, shares of Debtors in incorporated Companies.

Sect. 1. BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That the share or shares or interest of any person, in any turnpike, bridge, canal or other company, which heretofore has been or hereafter may be incorporated by the Legislature of this Commonwealth, with all the rights and privileges appertaining to such shares, may be attached on mesne process and taken on execution; and when any such shares or interest shall be attached on mesne process, or taken on execution without such previous attachment, an attested copy or copies of such writ of attachment or execution shall, by the officer holding the same, be left with the clerk and treasurer or cashier of such company; and so many of said shares or so much of said interest may be sold on said execution at public vendue, to the highest bidder, as shall be sufficient to satisfy the same, and the charges of the sale, after notice shall have been given of the time and place of sale in manner as hereinafter provided; and in case the officer making the sale, or the purchaser or purchasers of any such shares or interest, do cause an attested copy or copies of such execution,

*Shares in incorporated companies may be attached on mesne process, taken in execution, and sold. Form of service.*

*Sale on execution.*

**Add.81**

# THE
# GENERAL LAWS

OF

# Massachusetts,

## FROM THE ADOPTION OF THE CONSTITUTION,

### TO FEBRUARY, 1822.

WITH THE

# CONSTITUTIONS

OF THE

## United States and of this Commonwealth,

TOGETHER WITH

### THEIR RESPECTIVE AMENDMENTS, PREFIXED.

———

REVISED AND PUBLISHED, BY

## AUTHORITY OF THE LEGISLATURE,

IN CONFORMITY WITH A RESOLUTION PASSED

22D. FEBRUARY, 1822.

———

BY ASAHEL STEARNS & LEMUEL SHAW, ESQUIRES,
COMMISSIONERS.
THERON METCALF, ESQ. EDITOR.

———

## IN TWO VOLUMES.

············
## VOL. II.
············

## BOSTON:

PUBLISHED BY WELLS & LILLY AND CUMMINGS & HILLIARD.

············
1823.

NEW YORK PUBLIC LIBRARY

**Add.81**

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Generated on 2023-06-15 03:08 GMT / https://hdl.handle.net/2027/nyp.33433008587507
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

198                    1808. —— Chap. 46—52.

with the advice of the Council, is hereby authorized to make. And the gaoler so appointed shall give such bonds and in the same manner, as is required of a sheriff, for the faithful performance of the duties of his office, and shall continue in office during the vacancy in the office of sheriff.

Defaults of deputies, &c. after death, &c. of sheriff.

Proviso.

SECT. 2. *Be it further enacted,* That the defaults or misfeasances in office, of any gaoler, or deputy-sheriff, after the death or resignation of any sheriff, by whom he was appointed, shall be adjudged a breach of the condition of the bond given by such sheriff: *Provided, however,* that this act shall not be construed to make any surety, in any such bond, which has heretofore been given by such sheriff, liable to any suit which could not heretofore be legally prosecuted against him.

And, whereas doubts have arisen respecting the authority and duty of deputy-sheriffs to execute such precepts as may be in their hands at the time of the accruing of a vacancy in the office of sheriff in certain cases: Therefore,

Deputy sheriffs to serve precepts in their hands at the time a vacancy happens in the office of sheriff.

SECT. 3. *Be it further enacted,* That in every case of a vacancy in the office of sheriff in any county, by death, resignation, removal, or otherwise, every deputy sheriff, in office under such sheriff, having any writ or precept in his hands, at the time of such vacancy, shall have the same authority, and shall be under the same obligation to serve, execute, and return such writ or precept, as if such sheriff had continued in office. [*Feb.* 24, 1809.] Further add. acts—1811 ch. 102: 1813 ch. 189: 1822 ch. 20.

*Chap.* 47.    An ACT to incorporate certain persons as Trustees, to improve and manage a Fund towards the support of Schools, in the north westerly parish in the town of Boxford. [*Feb.* 27, 1809.]

*Chap.* 48.    An ACT to incorporate sundry persons into a Company, by the name of The Boylston Market Association. [*Feb.* 27, 1809.]

*Chap.* 49.    An ACT confirming the laying out of the road of the Housatonick Turnpike Corporation, at and near the line of the State of New-York. [*Feb.* 27, 1809.]
1807 ch. 93.

*Chap.* 50.    An ACT to incorporate Benjamin Dearborn and others into a Society by the name and style of The Massachusetts Association for the encouragement of useful inventions. [*Feb.* 27, 1809.]

*Chap.* 51.    An ACT to incorporate Rufus Pierce and others, for certain purposes. [*Feb.* 27, 1809.]

*Chap.* 52.    An ACT providing for the appointment of Inspectors, and regulating the manufactory of Gun-Powder.

Governor to appoint inspectors of gunpowder.

SECT. 1. *BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That his Excellency the Governor, by and with the advice of Council, be, and he is hereby authorized to appoint an inspector of gunpowder for every public powder magazine, and at every manufactory of gunpowder in this Commonwealth, and at such other places, as may by him be thought necessary; and his Excellency the Governor, by and with the advice of Council, is hereby further authorized and empowered to remove said inspectors, or any of them at pleasure, and may by new appointments from time to time fill any vacancy, or vacancies which may happen.

Generated on 2023-06-15 03:09 GMT / https://hdl.handle.net/2027/nyp.33433008587507
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

**Add.83**

Sect. 2. *Be it further enacted,* That from and after the first day of July next, all gunpowder which shall be manufactured within this Commonwealth shall be composed of the following proportions, and quality of materials, that is, every one hundred parts of gunpowder, shall be composed of fourteen parts of fresh burnt coal, made from wood which forms the least ashes, and which has been carefully and well prepared, and made into coal, after being stripped of its bark, ten parts of pure sulphur, and seventy-six parts of purified nitre. *(Materials of which gunpowder shall be composed.)*

Sect. 3. *Be it further enacted,* That it shall be the duty of each of said inspectors to inspect, examine and prove all gunpowder, which after the first day of July next, shall be deposited at any public powder magazine, or manufactured in this Commonwealth, before the same shall be removed from the manufactory, or received into such public powder magazine, and if upon such inspection and examination it shall appear to the inspector, that such gunpowder is well manufactured, and composed of pure materials, and of the proper proportions of materials, and such gunpowder shall be of the proof herein after mentioned, the inspector shall mark each cask, containing gunpowder by him inspected, examined and proved as aforesaid, with the words Massachusetts Inspected Proof, and with his christian and surname, and shall also mark in figures upon each cask the quantity of powder contained therein, and the year in which the inspection is made. *(Duty of inspectors.)* *(Casks to be marked.)*

Sect. 4. *Be it further enacted,* That no gunpowder within this Commonwealth shall be considered to be of proof unless one ounce thereof, placed in the chamber of a four and an half inch howitzer, with the howitzer elevated so as to form an angle of forty-five degrees with the horizon, will, upon being fired, throw a twelve pound shot seventy-five yards at the least. *(Proof of powder.)*

Sect. 5. *Be it further enacted,* That whenever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this Commonwealth, which is not well manufactured, or which is composed of impure materials, or of an improper proportion of materials, and which shall not be of the proof herein before mentioned, the inspector in such case shall mark each cask containing such impure, ill manufactured or deficient gunpowder, with the word "Condemned" on both heads of the cask, and with the same word on the side thereof, with the christian and surname of the inspector on one head of the cask. *(Casks of bad powder to be marked.)*

Sect. 6. *Be it further enacted,* That if any person shall knowingly sell any condemned gunpowder, as and for good gunpowder, or shall fraudulently alter, or deface any mark, or marks, placed by any inspector upon any cask or casks containing gunpowder, or shall fraudulently put any gunpowder, which shall not have been inspected, or which has been condemned, into any cask or casks, which shall have been marked by any inspector, agreeably to the provisions contained in the *(Penalty for selling condemned powder for good, and for altering marks on casks, &c.)*

**Add.83**

Generated on 2023-06-15 03:10 GMT / https://hdl.handle.net/2027/nyp.33433008587507
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

third section of this Act, every such person so offending shall forfeit and pay not less than two hundred, nor more than five hundred dollars, for each and every offence, to be recovered in an action of debt in any court of competent jurisdiction, one half to the use of the Commonwealth, the other half to the use of him or them, who shall sue and prosecute for the same.

*Inspector to be sworn.* SECT. 7. *Be it further enacted,* That each inspector who may be appointed by virtue of this Act, shall, before he acts as inspector, be sworn to the faithful and impartial discharge of the duties of his office, and each inspector shall be allowed one *His fees.* cent for each pound of gunpowder by him examined, inspected and proved, whether the same be by him approved or condemned, to be paid by the owner or owners of the gunpowder.

*Powder not to be sold or exported, before inspection.* SECT. 8. *Be it further enacted,* That if any manufacturer of gun powder shall sell or dispose of, or shall cause or permit to be sold or disposed of, or shall export, or cause to be exported without the limits of this Commonwealth, any powder of his manufacture, before the same has been inspected and marked agreeably to the provisions of this Act, he shall forfeit and pay the sum of fifty cents for every pound of powder so sold, disposed of, or exported, to be recovered in the manner provided in the sixth section of this Act.

*Forfeiture for knowingly selling, &c. bad powder.* SECT. 9. *Be it further enacted,* That if any person within this Commonwealth, after the first day of July next shall knowingly sell, expose, or offer for sale within this Commonwealth any gunpowder which is not well manufactured, or which is composed of impure materials, and which shall not be of the proof herein before required, shall forfeit and pay not less than five dollars, nor more than fifty dollars, for each and every offence, to be recovered in the manner provided in the sixth section of this Act. [*March* 1, 1809.]  Add. acts —1809 ch. 118 : 1810 ch. 73.

---

*Chap. 53.*  An ACT authorizing the several Courts of Common Pleas in this Commonwealth, to allow accounts, and order payment, for services and expenses incident to said courts.

*BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That the several Courts of Common Pleas in this Commonwealth be, and they are hereby authorized and empowered to receive, examine, and allow the accounts, and order payment out of the treasury of their respective counties for services and expenses incident to said courts, any law to the contrary notwithstanding. [*March* 1, 1809.] Power transferred to the Circuit Courts—1811 ch. 33 : and thence to the Court of Common Pleas for the Commonwealth—1820 ch. 79.

---

*Chap. 54.*
*1803 ch. 146.*  An ACT in addition to an Act, entitled, " An Act establishing the Hartford and Dedham Turnpike Corporation." [*March* 1, 1809.] Further add. act—1812 ch. 91.

*Chap. 55.*  An ACT to incorporate a Religious Society in the Second Parish in Shapleigh. [*March* 1, 1809.]

*Chap. 56.*  An ACT to incorporate a number of the inhabitants of the Town of Parsonsfield, in the County of York, into a Religious Society, by the name of The First Baptist Society in Parsonsfield. [*March* 1, 1809.]

Generated on 2023-06-15 03:10 GMT / https://hdl.handle.net/2027/nyp.33433008587507
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY



DATE DOWNLOADED: Mon Mar  6 14:14:36 2023
SOURCE: Content Downloaded from *HeinOnline*


Citations:

Bluebook 21st ed.
Laws of the State of New-Hampshire; with the Constitutions of the United States and
of the State Prefixed (1830).

ALWD 7th ed.
. Ls of the State of New-Hampshire; with the Constitutions of the United States & of
the State Prefixed (1830).

APA 7th ed.
(1830). Laws of the State of New-Hampshire; with the Constitutions of the United
States and of the State Prefixed. Hopkinton, Isaac Long, Jr.

Chicago 17th ed.
Laws of the State of New-Hampshire; with the Constitutions of the United States and
of the State Prefixed. Hopkinton, Isaac Long, Jr.

McGill Guide 9th ed.
Ls of the State of New-Hampshire; with the Constitutions of the United States & of
the State Prefixed (Hopkinton: Isaac Long, Jr., 1830)


AGLC 4th ed.
Laws of the State of New-Hampshire; with the Constitutions of the United States and
of the State Prefixed (Isaac Long, Jr., 1830

MLA 9th ed.
Laws of the State of New-Hampshire; with the Constitutions of the United States and
of the State Prefixed. Hopkinton, Isaac Long, Jr. HeinOnline.

OSCOLA 4th ed.
Laws of the State of New-Hampshire; with the Constitutions of the United States and
of the State Prefixed. Hopkinton, Isaac Long, Jr.

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.


**Add.85**

said magazine, all the gun-powder by him so brought as aforesaid ; and if he shall neglect so to do, he shall pay a fine of thirty pounds, for the use of the poor of said Portsmouth, to be recovered by said overseers in manner aforesaid.

**Keeper of magazine to be chosen.** SECT. 3. *And be it further enacted,* That there shall be chosen annually, or oftener if necessity require, by the inhabitants of said Portsmouth, being legal voters, a keeper of said magazine, whose duty it shall be to receive into and deliver out of said magazine, all the powder so deposited, and to account therefor, who shall have a right to demand and receive for his time and trouble in attending on said business, at the rate of one shilling per hundred weight, for all quantities of powder above ten pounds, that he shall so receive into, and deliver out of said magazine ; and for all quantities under ten pounds, at the rate of a half penny per pound.

SECT. 4. *And be it further enacted,* That no person shall transport or carry through the compact part of the town of Portsmouth, more than ten .pounds of gun-powder at any time without the same is in a close carriage, or is sufficiently covered, on penalty of forfeiting the sum of one dollar for each offence, to be recovered and applied in the same manner as is herein before directed.

SECT. 5. *And be it further enacted,* That the act to prevent the keeping large quantities of gun-powder in private houses in Portsmouth, passed the twenty-eighth day of February, one thousand seven hundred and eighty-six, be, and hereby is repealed.

*Approved February* 18, 1794.

————

## CHAPTER II.

**Passed June 21, 1820.** *AN ACT to provide for the appointment of inspectors and regulating the manufactory of gunpowder.*

SECT. 1. **B**E *it enacted by the senate and house of representatives, in general court convened,* That his excellency the **Inspectors of gunpowder to be appointed.** governor by and with the advice of council, be, and he is hereby authorized to appoint an inspector of gunpowder for every public powder magazine, and at every manufactory of gunpowder in this state, and at such other places as may by him be thought necessary ; and his excellency the governor by and with the advice of council is hereby further authorized and empowered to remove said inspectors or any of them at pleasure, and may by new appointments from time to time fill any vacancy or vacancies which may happen.

*Inspectors of Gunpowder.*                    277

SECT. 2. *And be it further enacted*, That from and af- | Proportion and quality of materials for the manufacture of gunpowder.
ter the first day of July next, all gunpowder which shall
be manufactured within this state, shall be composed of
the following proportions and quality of materials, that
is, every one hundred parts of gunpowder shall be com-
posed of fourteen parts of fresh burnt coal, made from
wood which forms the least ashes, and which has been
carefully and well prepared and made into coal, after be-
ing stripped of its bark ; ten parts of pure sulphur, and
seventy-six parts of purified nitre.

SECT. 3. *And be it further enacted*, That it shall be the | Duty of inspectors.
duty of each of said inspectors to inspect, examine and
prove all gunpowder which after the first day of July
next shall be deposited at any public powder magazine, or
manufactory in this state, before the same shall be remov-
ed from the manufactory or received into such public
powder magazine, and if upon inspection and examination
it shall appear to the inspector that such gunpowder is
well manufactured and composed of pure materials, and
such gunpowder shall be of the proof hereinafter men-
tioned, the inspector shall mark each cask containing gun-
powder by him inspected, examined, and proved as afore-
said, with the words " *New-Hampshire inspected proof*," and
with his christian and surname, and shall also in figures
mark upon each cask the quantity of powder contained
therein, and the year in which the inspection is made.

SECT. 4. *And be it further enacted*, That no gunpowder | Proof of quality of gunpowder.
within this state shall be considered to be of proof unless
one ounce thereof, placed in the chamber of a four and an
half inch howitzer, with the howitzer elevated so as to
form an angle of forty-five degrees with the horizon, will,
upon being fired, throw a twelve pound shot seventy-five
yards at the least.

SECT. 5. *And be it further enacted*, That whenever any | Inspectors to mark bad powder.
of said inspectors shall discover any gunpowder, deposit-
ed at any public powder magazine, or any other place
within this state, which is not well manufactured, or
which is composed of impure materials, or of any impro-
per proportion of materials, and which shall not be of the
proof herein before mentioned, the inspector, in such case,
shall mark each cask containing such impure, ill-manu-
factured, or deficient gun-powder, with the word " *Con-
demned*," on both heads of the cask, and with the same
words on the side thereof, with the christian and surname
of the inspector on one head of the cask.

SECT. 6. *And be it further enacted*, That if any person
shall knowingly sell any condemned gunpowder, or shall
fraudulently alter or deface any mark or marks, placed by | Penalty for selling condemned powder.
any inspector upon any cask or casks containing gunpow-
der, or shall fraudulently put any gunpowder, which shall
not have been inspected, or which has been condemned,

Add.88

**278**                     *Inspectors of Gunpowder.*

into any cask or casks, which shall have been marked by
any inspector agreeably to the provisions contained in the
third section of this act, every such person, so offending,
shall forfeit and pay not less than two hundred nor more
than five hundred dollars, for each and every offence, to
be recovered in an action of debt, in any court of compe-
tent jurisdiction, one half thereof to the use of the state,
the other to the use of him or them who shall sue and pro-
secute for the same.

**Inspector's
fees and oath
of office.**    Sect. 7. *And be it further enacted,* That each inspector
who may be appointed by virtue of this act, shall, before
he acts as inspector, be sworn to the faithful and impartial
discharge of the duties of his office, and each inspector
shall be allowed one cent for each pound of gunpowder,
by him examined, inspected and proved, whether the same
be by him approved or condemned, to be paid by the
owner or owners of the gunpowder.

**Penalty for
selling unin-
spected pow-
der.**    Sect. 8. *And be it further enacted,* That if any manu-
facturer of gunpowder shall sell or dispose of, or shall
cause or permit to be sold or disposed of, or shall export
or cause to be exported without the limits of this state,
any powder of his manufacture, before the same has been
inspected and marked agreeably to the provisions of this
act, he shall forfeit and pay the sum of fifty cents for eve-
ry pound of powder so sold, disposed of, or exported, to
be recovered in the manner provided in the sixth section
of this act.

**Penalty for
selling pow-
der made of
impure mate-
rials.**    Sect. 9. *And be it further enacted,* That if any person
within this state, after the first day of January next, shall
knowingly sell, expose or offer for sale, within this state,
any gunpowder which is not well manufactured, or which
is composed of impure materials, and which shall not be
of the proof herein before required, shall forfeit and pay
not less than five dollars nor more than fifty dollars for
each and every offence, to be recovered in the manner
provided in the sixth section of this act.

                                     *Approved June* 21, 1820.

---

## CHAPTER III.

**Passed July
6, 1827.**    *AN ACT to regulate the keeping and selling and transporting
of gunpowder.*

   Sect. 1. **B**E *it enacted by the senate and house of repre-
sentatives, in general court convened,* That there shall not at
any time be kept in any warehouse, store, shop or other
**Penalty for
keeping more
than a quar-
ter cask.** building in the compact part of any town or village in
this state, a quantity of gunpowder, greater than one quar-
ter cask or twenty-five pounds; and any person or persons

Add.88



**Add.89**

DATE DOWNLOADED: Mon Mar  6 13:56:11 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Laws of the State of Maine (1830).

ALWD 7th ed.
. Ls of the State of Maine (1830).

APA 7th ed.
(1830). Laws of the State of Maine. Hallowell, Glazier, Master & Co.

Chicago 17th ed.
Laws of the State of Maine. Hallowell, Glazier, Master & Co.

McGill Guide 9th ed.
Ls of the State of Maine (Hallowell: Glazier, Master & Co., 1830)

AGLC 4th ed.
Laws of the State of Maine (Glazier, Master & Co., 1830

MLA 9th ed.
Laws of the State of Maine. Hallowell, Glazier, Master & Co. HeinOnline.

OSCOLA 4th ed.
Laws of the State of Maine. Hallowell, Glazier, Master & Co.

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Add.89**

546

FIREARMS.—PAPER.

## CHAPTER CLXII.

### An Act to provide for the proof of Firearms.

SEC. 1. **BE** *it enacted by the Senate and House of Representatives, in Legislature assembled,* That the Governor, by and with the consent of the Council, be and he hereby is empowered to appoint suitable persons, to be provers of the barrels of all new, or unused firearms; and it shall be the duty of each person so appointed, to prove and try the strength of the barrels of all firearms which shall be offered him for that purpose, in such manner as to satisfy himself of the strength of the same; and shall in a permanent manner, mark and number every barrel by him so proved, and make, and deliver to the person applying to have the same proved, a certificate for each barrel proved, and found good in the form following:

I certify that on this      day of      A. D. 18      I proved for      , a musket, pistol, or rifle barrel, (as the case may be,) and which is numbered and marked as in the margin, and that the same is good and strong.

A. B. Prover of firearms.

SEC. 2. *Be it further enacted,* That each prover shall be entitled to receive from the person applying to have such barrel proved, twenty-five cents, in addition to the expense of the powder necessary for that purpose for each barrel so proved; whether the same shall stand the proof and be marked or not.

SEC. 3. *Be it further enacted,* That if any person shall sell or offer for sale within this State, any new, or unused musket, rifle or pistol barrel, without having the same first proved, marked and certified according to the provisions of this Act, he shall forfeit for each barrel so sold, the sum of ten dollars, to be recovered by an action of debt before any Court proper to try the same; to the use of any person who shall sue for and recover the same, or by indictment to the use of the State.

SEC. 4. *Be it further enacted,* That if any person shall falsely alter the stamp or mark or the certificate of any prover of firearms, appointed as aforesaid, and be convicted thereof before any Court proper to try the same, he shall forfeit and pay a fine of not more than one hundred dollars, nor less than twenty dollars, according to the nature and aggravation of the offence, for the use of the State.

[*Approved March* 10, 1821.]

*Marginal notes:*
- Governor to appoint provers of gun barrels.
- Barrels to be marked and certificate given.
- Prover's fees.
- Penalty for selling guns or pistols, not proved and marked.
- How recovered.
- Penalty for altering marks or certificates.

# LAWS

### OF THE

# STATE OF MISSISSIPPI.

---

### CHAPTER I.

AN ACT to amend and reduce into one the several acts in relation to the revenue of this State, and for other purposes.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That the following taxes shall be assessed and collected within this State, to-wit: An *ad valorem* tax of three-tenths of one per cent. on all lands in this State, not excepted by the ordinance admitting this State into the Union, or specially exempted by provisions of this act—on all money loaned at interest by individuals, or employed by them in the purchase of notes, bonds, checks, bills of credit of any description whatever, as security for money advanced—on all goods, wares, and merchandize sold by any regular merchant—on all bank stock, subscribed for in any incorporated bank in this State, which shall not have paid a bonus for its charter, or been exempted by the provisions thereof, (except stock subscribed for and owned by the State, or some incorporated literary or charitable in-

*Rate of taxation on real & personal property, &c.*

5

58          LAWS OF MISSISSIPPI.

Rate of taxation.

stitution.) An *ad valorem* tax of two and one-half per cent. on all merchandize sold by an auctioneer or transient vender of goods; an *ad valorem* tax of one per cent. on each pleasure carriage, watch, and clock, (except such as are kept for sale by merchants or artisans.) A tax of ten dollars on each nine or ten pin alley, or any alley of the same kind kept for public play; a tax of fifty dollars per annum on each theatre and each race track, and one dollar on each and every Bowie knife; a tax of one cent on each head of cattle over the number of twenty owned by any one individual; a poll tax of fifty cents on every free white male between the ages of twenty-one and fifty years; a tax of one dollar and a half on each and every free colored male between the age of twenty-one and fifty years; and of seventy-five cents on each and every slave under sixty and over five years of age; and on each slave under the age of five years, twenty-five cents; an *ad valorem* tax of two per cent. on all gold or silver above the amount of fifty dollars, manufactured otherwise than into coin, except jewelry worn about the person, and such as is kept for sale by merchants or artisans; an *ad valorem* tax of three-tenths of one per cent. on each piano; an *ad valorem* tax of one per cent. on each race, saddle or carriage horse, and each horse kept by livery stable keepers for hire; an *ad valorem* tax of one-fourth of one per cent. on all public toll ferries, bridges, and turnpikes; a tax of two dollars on each duelling or pocket pistol, except such as are kept for sale by merchants or artizans, or kept for use by military companies; for each stallion or jackass, for whose services as such money or other valu-

LAWS OF MISSISSIPPI.    59

able thing is received, a sum equal to the price of one mare, to be demanded and collected at any time during the season by the assessor, who shall pay over the same to the tax collector.

SEC. 2. *Be it further enacted,* That all lands appropriated to the use of any incorporated college, or other seminary of learning, or occupied by any church or by any school-house, court-house or jail, or appropriated to the use of any poor-house, or house of correction, or belonging to any public library, or incorporated charitable institution, shall be exempted from taxation. <span>Lands of colleges, churches, &c. exempt.</span>

SEC. 3. *Be it further enacted,* That the fiscal year shall commence on the first day of March, and all taxable property brought into this State, or acquired by any individual before the commencement of the fiscal year, shall be taxed for the succeeding year. <span>Fiscal year.</span>

SEC. 4. *Be it further enacted,* That between the first day of March, and the first day of July, in each and every year, the tax assessors shall assess all the polls, and all the personal property subject to taxation in their respective counties; they shall each prepare an assessment roll, in which he shall set down, in separate columns, the names of all the taxable inhabitants of the county, and each item of taxation, whether taxed *ad valorem* or otherwise. <span>Time of assessm't.</span>

SEC. 5. *Be it further enacted,* That within the time specified in the fourth section of this act, it shall be the duty of the assessor of each county of this State to call upon each taxable inhabitant of his county for a list of his or her taxable property, either in person, or by leaving a written notice at his or her usual place of residence; and it shall be the duty of each taxable inhabitant within said time to make out <span>Assessor to demand list of taxable property under oath;</span>





DATE DOWNLOADED: Thu Mar  2 14:15:19 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1856-1857 28 .

ALWD 7th ed.
, , 1856-1857 28 .

Chicago 17th ed.
"," North Carolina - Public Laws, Regular Session : 28-61

AGLC 4th ed.
'' North Carolina - Public Laws, Regular Session 28

OSCOLA 4th ed.
'' 1856-1857 28

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# Add.95

offer to take them on the most favorable terms to the company.

**President to make return.**

Sec. 5. *Be it further enacted,* That it shall become the further duty of the said president to make a full and fair return of the sale of said bonds to the next annual meeting of the stockholders of the company, in which return shall be stated the amount of bonds sold, the name of each purchaser and the rate of interest at which he purchased the bonds he holds on the company.

Sec. 6. *Be it further enacted,* That the bonds hereby authorized to be issued shall not be sold under par.

Sec. 7. *Be it further enacted,* That this act shall take effect from and after its ratification. [*Ratified the 2d day of February,* 1857.]

---

*Chap.* 33. AN ACT TO EXTEND THE TIME OF PAYMENT OT THE BONDS DUE FROM THE SEABOARD AND ROANOKE RAILROAD COMPANY TO THE STATE.

**Extends the time of payment five years.**

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That the time of payment of the bonds held by the State against the Seaboard and Roanoke Company, be extended five years from the first day of January, 1857: *Provided,* Said company pays semi-annually the interest thereon, at the rate of six per cent. per annum. [*Ratified the 2d day of February,* 1857.]

---

## REVENUE.

*Chap.* 34.      AN ACT ENTITLED "REVENUE."

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same:*

The following taxes shall be annually collected and paid by the citizens and other persons, and by owners of property situate in the State, besides the taxes which by any other

law may be imposed on them: unless the property in this chapter described shall be expressly exempt from taxation by this or some other law: the property and estate hereby Exemptions. exempted from taxation, are all such and their profits, as may belong to the State, or may belong to or be set apart for the University and colleges, institutes, academies and schools for the education of youth, or the support of the poor or afflicted, or specially set apart for and appropriated to divine worship.

2. There shall be annually levied upon all real property, Land tax. with the improvements thereon, including entries of land, fifteen cents on every hundred dollars value thereof.

3. If any person shall sell his real property and shall have Land bound. no estate within reach of the sheriff to satisfy the taxes imposed thereon at the time when they become demandable, the land shall be bound for the same, and the land shall be bound in like manner for all the taxes, both real and personal, due from the original owner.

4. Upon every free male, between twenty-one and forty- Poll tax. five years of age, a tax of fifty cents; and upon every slave of either sex, between twelve and fifty years of age, a tax of fifty cents shall be paid by the owner, unless when the owner may be a non-resident, then the hirer shall list and pay the tax: *Provided, however,* That the county court may exempt from a poll tax such poor and infirm persons, and disabled and insane slaves as they may declare and record, to be fit objects for exemption: *Provided further,* That the Proviso. tax imposed by law for the insane asylum of North-Carolina of one and three-fourth cents on every one hundred dollars worth of land, and five and one-fourth cents on every taxable poll, is hereby discontinued.

5. Upon each toll gate of a turnpike road, a tax of fifteen Toll gate s. dollars shall be paid by every owner, and a tax of five dollars per gate by every person who may be permitted to erect gates across a highway; and a tax equal to seven times the largest toll by the owner demanded upon every public ferry, and a tax of fifteen dollars on every toll bridge.

6. Upon every studhorse or jackass let to mares for a Studs and price, a tax of six dollars, unless the value of the highest Jacks. season for one mare shall exceed that sum, in which case a

1856-'57.——Chap. 34.                    33

18. Every conveyance made by such deceased person *Fraudulent conveyance void.* with intent fraudently to evade the collection of said taxes, or any of them, shall, as against the State, be void ; and the same shall be chargeable at the suit of the State, on the property conveyed, in the hands of such vendee or donee, and his assignee.

19. Upon every dollar, more than six dollars, of net in- *Tax on interest.* terest, not previously listed, either received during the year, next preceding the first day of April, or during that time, accrued, or converted into principal so as to become an interest-bearing subject, (whether demandable or not) on money owed, by solvent debtors, wherever they may reside, a tax of four cents.

20. Upon every dollar, more than six dollars, of net div- *On dividends, profits, &c.* idend or profit, not previously listed, actually due or received during the year, ending on the said first day of April : upon money invested in steam vessels of twenty tons burden or upward, or in *stocks* of any *kind*, or in *shares* of any *incorporated* or *trading* company, whether in or out of the State, and herein shall be included all *bank* dividends, *bonds* and *certificates* of debt, of any other State, a tax of four cents.

21. Such net interest, dividend, or profit, shall be ascer- *How ascertained.* tained by deducting from the whole amount thereof, such interest as during that time had accrued against the payer of the tax.

22. Upon every hundred dollars employed in buying *Tax on capital.* and selling slaves, upon speculation, a tax of thirty-three and one-third cents : upon all sums of one hundred dollars and upward, employed in any other species of trade, for profit, by buying and selling, not in this chapter specially taxed, a tax of twenty cents ; whether these trades be carried on with cash or upon credit.

23. Upon each sulky, gig, buggy, barouche, carriage, *Pleasure vehicles.* and other pleasure vehicles in use by the owner, or by his consent, of the value of fifty dollars, and upwards, there shall be paid a tax of one per cent. upon the value thereof.

(2) Upon all gold and silver plate and ornamental jewel- *Plate, &c.* ry in use, except ornamental jewelry worn by females, of as great a value as twenty-five dollars, one and one-fourth

3

**Add.98**

per cent. on the value : on each gold watch in use, one dollar and twenty-five cents ; on each silver or other watch in use, thirty cents.

**Harps and pianos.**

(3) On each harp in use, two dollars and fifty cents ; on each piano forte in use, one dollar and fifty cents.

**Pistols, &c.**

(4) On every pistol, except such as are used exclusively for mustering, and on every bowie-knife, one dollar and twenty-five cents ; on dirks and sword canes, sixty-five cents : *Provided, however,* That of said arms, only such shall be taxable, as at some time within the year have been used, worn or carried about the person of the owner, or of some other, by his consent.

**Retailers and canes.**

(5) On all licensed retailers of wines, cordials, or spirituous liquors, thirty dollars ; on all gold-headed walking canes, in use by the owner, fifty cents ; on all silver-headed walking canes, in use by the owner, twenty-five cents.

**Tavern keepers.**

(6) All keepers of houses of public entertainment, whether in town or country, whose annual receipts amount to three hundred dollars or more, shall pay a tax of one-fourth of one per cent.: *Provided,* That nothing herein contained shall authorize the keepers of such houses to retail spirituous liquors, without taking a license to sell the same from the county courts, and paying tax for the same.

**Billiard tables.**

(7) On each public billiard table, one hundred and twenty-five dollars, except when there are more than one kept by the same individual in the same room ; in that case, a tax of one hundred and twenty-five dollars, shall be paid on the first, and sixty-five dollars on each additional table ; on each private billiard table, twenty-five dollars.

**Bowling alleys.**

(8) On each public bowling alley, commonly called nine pin or ten pin, or by what other name called, fifty dollars, and for each additional bowling alley, fifteen dollars.

**Livery stables.**

(9) On each livery stable, twenty-five dollars.

**Cards.**

(10) On each pack of playing cards, thirty-five cents, to be paid by the seller ; and every merchant, shop-keeper, retailer, inn or ordinary or tavern-keeper, or public dealer in goods, wares and merchandise, or other thing, shall list the number of packs he may have sold during the year.

**Peddlers of patent medicines, &c.**

(11) On all peddlers of patent soap, medicines for killing crows, chinches and other vermin, for the curing of head-



**Add.99**

DATE DOWNLOADED: Thu Mar  2 14:04:42 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1866 27 .

ALWD 7th ed.
, , 1866 27 .

Chicago 17th ed.
"," Georgia - Annual Session : 27-28

AGLC 4th ed.
'' Georgia - Annual Session 27

OSCOLA 4th ed.
'' 1866 27

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Add.99**

Add.100

PUBLIC LAWS—County Bonds, Taxes, etc.     **27**

Bibb county to issue bonds—Camden, Glynn and Effingham counties to levy a special tax.

# TITLE VI.

## COUNTY BONDS, TAXES, Etc.

**BIBB COUNTY,** (No 40.)
Sec. 1. Bonds authorized for building Court House and Jail.
2. Sale and payment of bonds.
**CAMDEN, GLYNN AND EFFINGHAM COUNTIES,** (No. 41.)
3. Tax on dogs and guns authorized.
4. Owners of plantations to make returns.
**DECATUR CO.,** (Nos. 42, 43.)
5. Payment of Jurors.
6. By extra tax.
7. Issue of bonds for building bridge.
8. Tax for payment.
9. Right of way, damages.
10. Rates of toll.
11. Amount and sale of bonds.
**ECHOLS CO.,** (No. 44.)
12. Extra tax for building bridge legalized.

**LOWNDES CO.,** (No. 45, 46.)
13. Issue of bonds for building Court House and Jail.
14. Signing and registering.
15. Coupons receivable for county dues.
16. Tax for payment of bonds.
17. Issue of scrip legalized.
**RANDOLPH CO.,** (No. 47.)
18. Tax for 1866 legalized.
**RICHMOND CO.,** (No. 48.)
19. Extra tax for county purposes.
**THOMAS AND MITCHELL COS.,** (No. 49.]
20. Issue of bonds for taking railroad stock.
21. Legal voters to consent to subscription.

### (No. 40.)

*An Act to authorize the Inferior Court of Bibb county to issue their bonds for the purpose of raising funds to build a new Court House and Jail.*

1. Section I. *The General Assembly of the State of Georgia do enact,* That the Inferior Court of Bibb county shall have power and authority to issue their bonds in such sums as they may deem proper, **Amount of bonds.** and having not longer than ten years to run, bearing seven per cent. interest; such bonds to amount, in the aggregate, to not more than fifty thousand dollars, for the purpose of raising funds to build a new Court House and Jail for the county of Bibb.

2. Sec. II. The bonds authorized by this act shall be approved and signed by all the Justices of the Inferior Court in their official **How sold.** capacity, and may be sold in the market or at public outcry, as the Inferior Court may direct; at any rate not less than ninety per cent. of their nominal value, and when so issued and sold shall be valid and binding on the county of Bibb, and for the payment of which **Payment,** and the interest thereon, the Inferior Court shall provide by taxa-**how provided for.** tion.

Sec. III. Repeals conflicting laws.

Assented to 13th of December, 1866.

### (No. 41.)

*An Act to authorize the Justices of the Inferior Courts of Camden, Glynn and Effingham counties to levy a special tax for county purposes, and to regulate the same.*

3. Section I. *The General Assembly of the State of Georgia do* **Justices of** *enact,* That the Justices of the Inferior Courts of Camden, Glynn and **Infr Court authorized** Effingham counties be and they are hereby authorized to levy and **to levy tax.**

Add.100

**28**            PUBLIC LAWS—County Bonds, Taxes, etc.

collect a tax of two dollars per head on each and every dog over the number of three, and one dollar a piece on every gun or pistol, musket or rifle over the number of three kept or owned on any plantation in the counties aforesaid ; the said tax to be applied to such county purposes as the said courts shall direct.

Planters required to render full return upon oath.

4. SEC. II. That the owner of every plantation in said counties shall be required to render, upon oath, a full return of every dog, gun, pistol, musket, or rifle so held or kept as aforesaid, and shall be held responsible for the tax imposed upon them, which tax the said Inferior Courts are hereby authorized and empowered to enforce, as in other cases.

SEC. III. Repeals conflicting laws.

Approved 7th of December, 1866.

(No. 42.)

*An Act to compensate Grand and Petit Jurors of the Superior, Inferior and County Courts in the county of Decatur, in this State, and to authorize the levy of an extra tax for said purpose.*

Compensation of Jurors.

5. SECTION I. *The General Assembly of the State of Georgia do enact,* That from and immediately after the passage of this act Grand and Petit Jurors who may serve in the Superior or County Courts in the county of Decatur shall be entitled to receive for each and every day they may serve as such jurors, two dollars; *provided* he shall produce the certificate of the sheriff, countersigned by the presiding Judge or Justice, of the time he has served, which certificate shall be a warrant for the sum allowed, and a voucher to the treasurer of the county for paying the same.

Proviso.

6. SEC. II. That the Inferior Court of Decatur county is authorized and required to levy and have collected an extra tax, to be styled the "Jury Tax," of sufficient amount to pay all jurors in said county as provided for in the first section of this act.

Inf'r Court may collect Jury tax.

SEC. III. That this act shall be of force immediately after its passage, and all conflicting laws are repealed.

Act shall be of force.

Assented to 12th of December, 1866.

(No. 43.)

*An Act to authorize the Justices of the Inferior Court of Decatur County to issue Bonds for the payment of erecting a Bridge over Flint River, within the limits of Bainbridge, or for the payment of stock in a corporate company for that purpose.*

Bonds.

7. SECTION I. *The General Assembly of the State of Georgia do enact,* That a majority of the Justices of the Inferior Court of Decatur county may issue bonds, payable in two, three, four, five, six, seven, eight, nine and ten years, and if in their judgment it would be better, up to twenty years, with a rate of interest not greater than that rate fixed by law ; which bonds, so issued, shall be signed by





DATE DOWNLOADED: Fri Mar  3 11:27:56 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
A.J. Walker. Revised Code of Alabama (1867).

ALWD 7th ed.
Walker, A.J. Revised Code of Alabama (1867).

APA 7th ed.
Walker, A. (1867). Revised Code of Alabama. Montgomery, Ala, Reid & Screws.

Chicago 17th ed.
Walker A.J. Revised Code of Alabama. Montgomery, Ala, Reid & Screws.

McGill Guide 9th ed.
A.J. Walker, Revised Code of Alabama (Montgomery, Ala: Reid & Screws., 1867)

AGLC 4th ed.
A.J. Walker, Revised Code of Alabama (Reid & Screws., 1867)

MLA 8th ed.
Walker, A.J. Revised Code of Alabama. Montgomery, Ala, Reid & Screws. HeinOnline.

OSCOLA 4th ed.
Walker, A.J. Revised Code of Alabama. Montgomery, Ala, Reid & Screws.

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

4. All property of literary, scientific, and benevolent institutions, Societies.
actually used for the purposes for which said institutions were
created, not exempting, however, any of such property when em-
ployed in any other than the regular business of such institutions. Houses of wor-
5. Houses of religious worship, and their appurtenances. ship
6. Places and monuments of the dead, and implements of burial. Burial places.
7. All tools and implements in actual use of any calling, occupa- Tools of trade.
tion or trade, to the value of one hundred dollars.
8. All insane persons and their property, to the value of one Insane persons.
thousand dollars.
9. All disabled or crippled persons, whose taxable property does Crippled.
not exceed five hundred dollars, from any poll tax.
10. All lands donated by acts of congress to railroads in this state Railroad lands.
remaining unsold and uncultivated.

---

## ARTICLE II.

*Subjects and rates of assessment by assessors as to property and persons.*

SECTION.                                          SECTION.
   434.   Subjects and rates of assessment          435.   Assessment of incomes, &c.
          by assessors.

§ 434. *Subjects and rates of assessment by assessors.*—Taxes must be a. 19 Feb'y, 67,
assessed by the assessor in each county on and from the following p. 269. § 2.
subjects, and at the following rates, to-wit:

1. On every male inhabitant between the ages of eighteen and
and fifty, (except those persons between the ages of eighteen and Polls.
twenty-one, the emoluments of whose labor go to parents or mas-
ters) the sum of two dollars; and to insure the payment of such tax,
all partnerships, associations, corporations, officers or individuals
must return to the assessor the number and names of persons in
their employment on the first day of February of each year, as
clerks, book-keepers, overseers, deputies, agents, workmen, journey-
men, or laborers subject to such tax, which tax the assessor shall as-
sess against such employers, by them to be deducted out of the hire,
wages or salary of such employees as before enumerated; and upon
the failure of any employer to make return of such employees when
called upon by the assessor to do so, the assessor must proceed to
ascertain the number of such employees from the best sources of
information practicable, and such employer so failing shall be held
liable in double the amount of the tax.

2. On all real estate, to be estimated at its market value in money, 3-10 of 1 per ct.
according to the best judgment the assessor can form by informa-
tion, inspection or otherwise, taking into consideration its location, Real Estate.
whether in town, city or the country, its proximity to local advan-
tages, its quality of soil, growth of timber, mines, minerals, quar-
ries, or coal beds, and the amount and character of improvements,
three-tenths of one per cent. *ad valorem.*

3. On all mills, foundries, forges, mining establishments, quarries, Mills.
lime or marble works, gin and carriage making shops, tanneries, and
other manufacturing establishments;

On all wharves and wharf boats, toll bridges and ferries, turn- Wharves, &c.
pikes, and all passes, channels or canals, where tolls are charged;

On all stocks of goods, wares and merchandise on hand to be as- Merchandise.
sessed upon not less than the largest amount on hand at any one

time during the preceding year, and this shall include all merchandise kept on plantations for sale, or to be dealt out to laborers; but any goods, wares or merchandise offered for sale by any dealer or person, commencing business subsequent to the first day of January of the current tax year, shall become at once liable to the tax levied by this act, and must be estimated by the maximum amount thereof;

*Horses.* On all horses and mules not used strictly for agricultural purposes, except studs, jacks and race horses;

*Cattle.* On all cattle on the excess over five head;

*Furniture.* On all household furniture, on the excess over three hundred dollars;

*Libraries.* On all libraries not exempted by law, on the excess over three hundred dollars;

*Clocks.* On all clocks kept for use; and

*Other property.* On all other property, real, personal, or mixed, not otherwise specified and taxed herein, or exempted therefrom—and this shall not be construed to tax the crops produced upon lands within the state taxed under the second subdivision of this section, as real estate—three-tenths of one per cent. *ad valorem;* but no hogs, sheep, goats, or poultry, kept or raised for the use of any family, or work oxen, or animals used for agricultural purposes exclusively, and no farming tools and implements of husbandry necessary on the farm, shall be taxed by this act.

*½ of 1 per cent. Vehicles.* 4. On all vehicles not exclusively used for agricultural purposes;

*Jewelry, &c.* On all jewelry, plate and silver ware, ornaments and articles of taste, pianos and other musical instruments, and paintings, except family portraits;

*Cotton presses.* On all cotton presses and pickeries;

*Studs, &c.* On all studs, jacks, and race horses;

*Watches, &c.* On all gold and silver watches, and gold safety chains;

*Money hoarded* On all money hoarded, or kept on deposit subject to order, either in or out of the state, except funds held subject to draft in the prosecution of a regular exchange business, and except also money kept on hand to defray current family expenses, for a period not exceeding one year;

*Money loaned.* On all money loaned, and solvent credits bearing interest, from which credits the indebtedness of the tax payer shall be deducted, and the excess only shall be taxed;

*Money employed.* On all money employed in buying or trading in paper, or in a regular exchange business, or invested in paper, whether by individuals or corporations, except where the money so employed or invested is otherwise taxed as capital;

*Stock of corporations.* On the capital stock, actually paid in, of all incorporated companies, created under any law of the state, whether general or special, (except railroads,) and not exempted by their charter from such tax, except any portion that may be invested in property and taxed otherwise as property, one-half of one per cent. *ad valorem.*

*½ of 1 per cent. Auction sales.* 5. On the gross amount of all sales at auction, made in or during the tax year preceding the assessment, except those made by or under the direction of executors, administrators and guardians, as such, by order of court or under legal process, and under any deed, will or mortgage, at the rate of one-fourth of one per cent.

*1 per cent.* 6. On the gross amount of premiums, (after deducting therefrom all return premiums,) received from their business in this state during such tax year, by any insurance company not chartered by this

*Foreign insurance companies on premium.* state, and doing business herein by agents or otherwise, at the rate of one per cent.

*Gross commissions, &c.* 7. On the gross amount of commissions or sums charged or re-

**Add.105**

ceived in or during such tax year, by any factor, commission merchant, or auctioneer, in buying, selling, or any other act done in the course of their business;

On the gross receipts, during such tax year, of all cotton pickeries, and from the storage of cotton, or other merchandise, or produce, at the rate of one per cent. *Cotton.*

8. On every pack, or part of a pack of playing cards, sold by wholesale, retail, or otherwise disposed of, during such tax year, fifty cents. *Cards, 50 cents.*

9. On every legacy, where letters testamentary have not been taken out in this state, received by any person other than the child, adopted child, grandchild, brother, sister, father, mother, husband, or wife, and on all property given by deed or otherwise, to any such person, on the amount or value thereof, to be assessed to the beneficiary, guardian, trustee, or legal representative, at the rate of three per cent. *Legacies, 3 per cent.*

10. On all pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each; and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and such tax must be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment when demanded by the assessor, such pistols, revolvers, bowie knives, or knives of like description, must be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same must be sold at public outcry before the court house door, after five days notice; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, must be paid over to the person from whom the said pistol, revolver, bowie knife, or knife of like description, was taken, and the net amount collected by him must be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto. *Pistols, knives.*

11. On all steamboats, vessels, and other water crafts plying in the navigable waters of the state, at the rate of one dollar per ton of the registered tonnage thereof, which must be assessed and collected at the port where such vessels are registered, if practicable; otherwise, at any other port or landing within the state where such vessels may be; but this does not include flat-bottom sail boats, or other like craft, employed exclusively in the transportation of wood, lumber, or coal, which shall only be assessed at the rate of twenty-five cents per ton. *Steamboats. Other boats.*

12. On the gross profits of all banking associations, created under the laws of the United States, at the rate of two per cent. *Banking companies.*

13. On all acts of incorporation granted by the general assembly, other than acts incorporating cities or towns, and acts incorporating manufacturing companies, an *ad valorem* tax of one tenth of one per cent. on the estimated value of the interest involved, or capital authorized as a bonus, to be due and payable to the tax collector of the county in which the office of such incorporation may be located, whenever such corporation shall commence actual operation; and this shall apply to all such acts passed by the general assembly of 1866-7. *Acts of incorporation.*

14. On all dividends declared or earned and not divided by incorporated companies created under the laws of this state, (except rail- *Dividends.*

**Add.105**

**Add.106**

# HEINONLINE

DATE DOWNLOADED: Fri Mar  3 10:48:22 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1867 412 .

ALWD 7th ed.
, , 1867 412 .

Chicago 17th ed.
"," Mississippi - Called Session : 412-414

AGLC 4th ed.
'' Mississippi - Called Session 412

OSCOLA 4th ed.
'' 1867 412

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**412**                         LAWS OF MISSISSIPPI.

filing in, the office of the Secretary of State a copy of said acceptance, so far as to bestow upon the Company accepting its provisions, all the powers and privileges granted by this act.

Approved Feb. 21, 1867.

---

## CHAPTER CCCXVII.

AN ACT to amend an act entitled an act to raise a revenue to defray the expenses of the Government of the State of Mississippi, approved December 5th, 1865.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That a tax of one per cent. upon the gross amount of any and all collateral inheritances, devices or bequests received by any beneficiary or recipient thereof, shall hereafter be assessed and collected from said beneficiary or recipient.

**Bequests, inheritances.**

SEC. 2. *Be it further enacted,* That hereafter the following taxes shall be assessed and collected, to-wit:

On each and every pistol which has more than one barrel or revolver, the sum of two dollars.

On each and every single barrel pistol, the sum of one dollar.

**Pistols.**

On each rifle, shotgun, or army gun, the sum of fifty cents.

**Shotguns.**

On each and every bowie-knife, sword-cane or dirk, the sum of two dollars.

**Bowie-knives.**

And it shall be the duty of the Assessor, when he assesses the taxes imposed by this

LAWS OF MISSISSIPPI.                              **413**

section, to collect at the time of the assessment, the said tax, and pay the same over to the Sheriff, with the names of the parties from whom it was collected, and for his services in collecting, the said Assessor shall have the right to reserve five per cent.

*Duty and fee of Assessor.*

On all dogs of every name and species, the sum of forty cents.

*Dogs.*

On each and every male inhabitant of this State, between the ages of twenty-one years and fifty-five years, the sum of two dollars, except disabled State and Confederate soldiers, to be assessed and collected in accordance with the provisions of the act to which this is an amendment.

*Poll tax.*

On each and every bale of cotton, the sum of fifty cents; all of which taxes to be assessed and collected, as now provided by law: *Provided,* That this tax on cotton shall not take effect until the first day of September, 1867.

*Cotton.*

On the gross amount of any prizes in money or property drawn by any person in any lottery, gift enterprise or any other scheme of chance authorized by law, the sum of five per cent., which it shall be the duty of the manager or agent who pays said prize to the party who drew it to collect and pay over to the Sheriff, and it is hereby made the duty of the Assessors to require all managers of lotteries, gift enterprizes or companies chartered by this State, or their agents, to give in on oath a list of prizes, either of money or property which have passed through their hands, or which have come to their knownledge.

*Tax on prizes*

Sec. 3. *Be it further enacted,* That hereafter any and all flat-boats, or other water craft which bring down or deal exclusively in provisions or breadstuffs shall be exempted from all tax levied by the act to which this

414 · LAWS OF MISSISSIPPI.

*Flat-boats.* act is an amendment, or any other act upon payment of one half of one per cent. on amount of gross sales.

SEC. 4. *Be it further enacted,* That all cotton of any crop or growth of any year prior to the year 1867, hereafter shipped or sent to *Cotton.* market shall be subject to a tax of one dollar per bale.

SEC. 5. *Be it further enacted,* That a tax of two thousand dollars shall hereafter be paid annually by each and every express company doing business in this State, and that after the first day of May next, any express company, or agent of any express company, who shall presume to transact any ex- *Express com- panies.* press business, without the payment of the tax herein imposed, shall be liable, upon conviction, to a fine of not less than five thousand dollars, and imprisonment in the county jail not less than twelve months, or both, at the discretion of the court, and that said tax shall be paid into the Treasury of the State, and the receipt of the Treasurer shall be sufficient authority for any express company to carry on their business until the commencement of the next fiscal year.

SEC. 6. *Be it further enacted,* That the *Breweries.* tax on breweries for the manufacture of malt liquors in this State, shall be one hundred dollars per annum.

SEC. 7. *Be it further enacted,* That a tax of three-tenths of one per centum shall be *Rents.* be levied and collected from the lessors upon the amount of annual rents of lands and tenements in this State.

SEC. 8. *Be it further enacted,* That the taxes herein levied shall be assessed and collected as now provided by law, and that all acts and parts of acts inconsistent with this act, be, and they are hereby repealed.

Approved Feb. 21, 1867.