UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ROBERT M. MILLER,<br>   *Plaintiff-Appellant,*<br>v.<br>MERRICK B. GARLAND, et al.,<br>   *Defendants-Appellees*. | No. 23-1604 |

**MOTION TO STAY APPEAL**

  Appellant Robert M. Miller, *pro se*, respectfully moves for a stay of appellate proceedings until the earlier of (i) six months from the entry of the Court's order granting this motion, or (ii) the lifting of the nationwide stay of the Agency rule at issue in this appeal entered into *Britto v. ATF*, No. 2:23-cv-019-Z, 2023 WL 7418291 (N.D. Tex Nov. 9, 2023). Appellees' counsel will oppose this motion.

  A stay would preserve this Court's resources. "The Supreme Court has indeed confirmed that 'a federal court [is permitted] to stay proceedings in a case properly before it while awaiting the decision of another tribunal.' *United States v. Mich. Nat'l Corp.*, 419 U.S. 1, 4, 95 S.Ct. 10, 42 L.Ed.2d 1 (1974); *Aikens v. Ingram*, 652 F.3d 496, 506 (4th Cir. 2011).

  On November 8, 2023, Judge Kacsmaryk of the United States District Court for the Northern District of Texas stayed "the Rule" at issue in this case "in its entirety." *Britto* at *5. With a nationwide injunction in place, Appellant's need for

immediate preliminary injunctive relief is less acute. Further, proceedings in that case or in *Mock v. Garland*, 4:23-cv-95-O (N.D. Tex. filed Jan. 31, 2023) may lead to vacatur of the Rule prior to a decision by this Court, rendering Miller's claims moot. The issues may also be decided by arguments of licensed counsel rather than a lesser-skilled and experienced *pro se* litigant, better serving the ends of justice.

Appellant is currently preparing two unrelated petitions and an *amicus* brief for the U.S. Supreme Court, prosecuting four unrelated cases in the D.C. District Court, and arguing two appeals to the Merit Systems Protection Board. A stay will greatly relieve the burdens on a *pro se* litigant. *State v. Universal Elections, Inc.*, 729 F.3d 370, 379 (4th Cir. 2013) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

This Court granted an extension of time to file an opening brief for the same goal of judicial economy. Doc. 8. Staying this appeal will not cause any meaningful prejudice to Appellees. For the reasons stated above, this Court should stay appellate proceedings in the manner requested herein.

Executed on December 11, 2023.

[signature]

Robert M. Miller, *pro se*
4094 Majestic Lane, #278
Fairfax, VA  22033

## CERTIFICATE OF COMPLIANCE

Pursuant to Fourth Circuit Rule 32(g)(1), undersigned certifies that this paper complies with the type-volume limitation of FRAP 27(d) because it contains 388 words, excluding the parts exempted by local rules.

Undersigned further certifies this paper complies with the typeface and type style requirements of FRAP 27(d), 32(a)(5) and 32(a)(6) because this paper has been prepared in a proportionally spaced 14-point Times New Roman typeface using Microsoft Word, double spaced on 8.5 x 11 inch paper with one-inch margins.

EXECUTED on December 11, 2023.

_____
Robert M. Miller, *pro se*
4094 Majestic Lane, #278
Fairfax, VA  22033

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 11, 2023, a copy of the foregoing **MOTION TO STAY APPEAL** was filed with the Court by CM/ECF.

I caused a copy of this filing to be served by CM/ECF to:

Benjamin R. Lewis
U.S. Department of Justice
Civil Division, Appellate Staff
(202) 514-2494
Benjamin.R.Lewis@usdoj.gov

-s- *[signature]*
Robert M. Miller, Ph.D.
4094 Majestic Ln, #278
Fairfax, VA 22033
(415) 596-2444
RobMiller44@hotmail.com