# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 12, 2023

_____

RESPONSE REQUESTED

_____

No. 23-1604,    Robert Miller v. Merrick Garland
                1:23-cv-00195-RDA-JFA

TO:    Steven Michael Dettelbach
       Bureau of Alcohol, Tobacco, Firearms and Explosives
       Merrick B. Garland

RESPONSE DUE: 12/27/2023

Response is required to the motion to stay appeal on or before 12/27/2023.

Rachel Phillips, Deputy Clerk
804-916-2702