**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| ROBERT M. MILLER,<br><br>*Plaintiff-Appellant,*<br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>*Defendants-Appellees.* | No. 23-1604 |

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Fed. R. App. P. 42(b)(1) and Fourth Circuit Local R. 42, the

parties hereby jointly stipulate to the dismissal of this appeal, with each party to bear

its own costs and fees.

ABBY C. WRIGHT

/s/ *Robert M. Miller*
Robert M. Miller
4094 Majestic Ln, #278
Fairfax, VA 22033
(415) 596-2444

*Appellant, Pro Se*

/s/ *Sean R. Janda*
SEAN R. JANDA
BEN LEWIS
Civil Division, Room 7260
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-3388

*For Appellees*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fourth Circuit Rule 32(g)(1), undersigned certifies that this paper complies with the type-volume limitation of FRAP 27(d) because it contains 34 words, excluding the parts exempted by local rules.

Undersigned further certifies this paper complies with the typeface and type style requirements of FRAP 27(d), 32(a)(5) and 32(a)(6) because this paper has been prepared in a proportionally spaced 14-point Times New Roman typeface using Microsoft Word, double spaced on 8.5 x 11 inch paper with one-inch margins.

EXECUTED on June 26, 2024

/s/ *Robert M. Miller*
Robert M. Miller
4094 Majestic Ln, #278
Fairfax, VA 22033
(415) 596-2444

*Appellant, Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 26, 2024, a copy of the

foregoing **JOINT STIPULATION TO DISMISS APPEAL** was filed with the

Court by CM/ECF. I caused a copy of this filing to be served by CM/ECF to:

ABBY WRIGHT
SEAN R. JANDA
BEN LEWIS
Civil Division, Room 7260
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-3388


/s/ *Robert M. Miller*
Robert M. Miller
4094 Majestic Ln, #278
Fairfax, VA 22033
(415) 596-2444

*Appellant, Pro Se*